IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emanuel Thomas Newman #13418-039 <br> Plaintiff, <br> F.C.I. PEKIN <br> P.O. BOX 5000 (MO-1) <br> PEKIN, ILLINOIS 61555-5000 <br> **Name of Plaintiff(s)** <br><br> v. <br><br> Ronald L. Jury, Defendant, <br> James White, Defendant, <br> Louis Caprio, Defendant, <br><br> **Name of Defendant(s)** | 1: CV01-0677 <br> Civil Case No. <br><br> _____ <br> Judge <br><br> (Number and Judge to be assigned by court) <br><br> **FILED** <br> **SCRANTON** <br><br> APR 18 2001 <br><br> PER _RMf_ <br> DEPUTY CLERK |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. XXXXXXX   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. XXXXXX   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

• Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No XXXXX

   (a)   If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No XXXXXX

(b) Please explain in detail why you are under imminent danger of serious physical injury:

N/A

_____

_____

4. (a) Are you presently employed at the Institution? Yes _xx_ No ____

   (b) If yes, what is your monthly compensation? $ 20.50

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   Gifts from friends whenever they get the urge to send something

   it is not done on a regular basis, and I never know when I'll

   be receiving something from them.

   In the past 12 months I have received about 250 to 400.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  APRIL 1, 2001          _Emmanuel Thomas Newman_
             (Date)                    (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

Emanuel Thomas Newman
13418-039
F.C.I PEKIN
P.O. BOX 5000(MO-1)
PEKIN, ILLINOIS 61555-5000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF THE COURT
235 NORTH WASHINGTON AVE
SCRANTON, PA 18501-1148

April 10, 2001

Re: The filing of my motion to proceed In Forma Pauperis.

Dear Ms. D'Andrea:

    I received your form letter instructing me to complete and answer question number one on the motion to proceed In Forma Pauperis.

    I have enclosed the completed form, and should there be anything else you need of me please contact me at the above listed address.

Your's

*Emanuel Thomas Newman*
Emanuel Thomas Newman