## AUTHORIZATION
(Prisoner's Account Only)

FILED
SCRANTON
APR 18 2001
PER _____ DEPUTY CLERK

# 1 : CV 01 - 0677

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Emanuel Thomas Newman #13418-039__ request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __APRIL 1ST__, 2001.

_____
Signature of Prisoner

```
                                              ACCOUNT
                                              STATEMENT
FCI PEKIN - LIMITED OFFICAL USE               DATE 03/02/01
2600 SOUTH SECOND STREET                      PAGE No. 02
PEKIN, IL  61554
```

Account # 13418039

NEWMAN, EMANUEL T
M01

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| 000039  | 17:48 | 02-22-01 | SALE / REGULAR          | 56.95-  | 53.52  |
| 0933    | 9:23  | 02-26-01 | COMMISSARY FORM         | 5.00-   | 48.52  |
| 000048  | 18:07 | 02-28-01 | SALE / REGULAR          | 18.15-  | 30.37  |
| FEB01P  | 10:13 | 03-01-01 | PERFORMANCE PAY         | 20.23   | 50.60  |
|         |       |          | **** TRANSACTION TOTAL **** | 26.08 |      |

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 50.60 | .00 | .00 | .00 | 50.60 |

```
                                          ACCOUNT
                                          STATEMENT
FCI PEKIN - LIMITED OFFICAL USE           DATE 03/02/01
2600 SOUTH SECOND STREET                  PAGE No. 01
PEKIN, IL  61554
```

Account # 13418039

NEWMAN, EMANUEL T
M01

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 24.52 | .00 | .00 | .00 | 24.52 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP00P | 10:42 | 10-02-00 | PERFORMANCE PAY | 39.95 | 64.47 |
| T00309 | 12:43 | 10-03-00 | MONEY ORDER | 50.00 | 114.47 |
| 000114 | 20:49 | 10-04-00 | SALE / REGULAR | 34.45- | 80.02 |
| 06A13A | 19:09 | 10-06-00 | DEPOSIT ITS FUNDS | 5.00- | 75.02 |
| 0101 | 9:43 | 10-12-00 | COMMISSARY FORM | 8.00- | 67.02 |
| 000046 | 17:51 | 10-12-00 | SALE / REGULAR | 25.05- | 41.97 |
| 000036 | 17:47 | 10-18-00 | SALE / REGULAR | 10.90- | 31.07 |
| 000043 | 18:08 | 10-25-00 | SALE / REGULAR | 24.30- | 6.77 |
| OCT00P | 11:10 | 11-01-00 | PERFORMANCE PAY | 17.00 | 23.77 |
| 000062 | 19:34 | 11-01-00 | SALE / REGULAR | 13.35- | 10.42 |
| T03501 | 15:21 | 11-07-00 | MONEY ORDER | 50.00 | 60.42 |
| 097BFB | 22:39 | 11-07-00 | DEPOSIT ITS FUNDS | 4.00- | 56.42 |
| 000054 | 18:02 | 11-08-00 | SALE / REGULAR | 6.85- | 49.57 |
| T04047 | 10:00 | 11-14-00 | MONEY ORDER | 15.00 | 64.57 |
| 000047 | 18:07 | 11-15-00 | SALE / REGULAR | 24.95- | 39.62 |
| T04650 | 14:56 | 11-20-00 | MONEY ORDER | 10.00 | 49.62 |
| 0ABA8C | 23:02 | 11-21-00 | DEPOSIT ITS FUNDS | 4.00- | 45.62 |
| T04896 | 14:05 | 11-22-00 | MONEY ORDER | 30.00 | 75.62 |
| 000043 | 18:05 | 11-22-00 | SALE / REGULAR | 5.90- | 69.72 |
| 000042 | 18:11 | 11-29-00 | SALE / REGULAR | 8.25- | 61.47 |
| NOV00P | 10:11 | 12-04-00 | PERFORMANCE PAY | 16.15 | 77.62 |
| 0CE29B | 8:14 | 12-16-00 | DEPOSIT ITS FUNDS | 2.00- | 75.62 |
| 000006 | 17:17 | 12-20-00 | SALE / REGULAR | 6.30- | 69.32 |
| 0DB036 | 20:50 | 12-24-00 | DEPOSIT ITS FUNDS | 2.00- | 67.32 |
| DEC01P | 9:06 | 01-02-01 | PERFORMANCE PAY | 17.85 | 85.17 |
| 0EA56D | 17:09 | 01-03-01 | DEPOSIT ITS FUNDS | 5.00- | 80.17 |
| 000085 | 11:36 | 01-05-01 | SALE / REGULAR | 6.90- | 73.27 |
| 000034 | 17:49 | 01-10-01 | SALE / REGULAR | 13.80- | 59.47 |
| T11278 | 14:32 | 01-25-01 | MONEY ORDER | 75.00 | 134.47 |
| 000131 | 12:12 | 01-26-01 | SALE / REGULAR | 12.10- | 122.37 |
| 000035 | 17:45 | 01-31-01 | SALE / REGULAR | 39.55- | 82.82 |
| JAN01P | 8:23 | 02-02-01 | PERFORMANCE PAY | 17.00 | 99.82 |
| 0750-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 5.00- | 94.82 |
| 0751-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 10.00- | 84.82 |
| 1144E0 | 7:45 | 02-03-01 | DEPOSIT ITS FUNDS | 4.00- | 80.82 |
| 11B18A | 23:00 | 02-06-01 | DEPOSIT ITS FUNDS | 5.00- | 75.82 |
| 000062 | 19:02 | 02-07-01 | SALE / REGULAR | 43.05- | 32.77 |
| 0821-1 | 8:17 | 02-08-01 | COMMISSARY FORM | 6.00- | 26.77 |
| 000026 | 17:41 | 02-14-01 | SALE / REGULAR | 14.30- | 12.47 |
| T13532 | 14:06 | 02-20-01 | MONEY ORDER | 100.00 | 112.47 |
| 13115D | 17:01 | 02-22-01 | DEPOSIT ITS FUNDS | 2.00- | 110.47 |