1-01-0677

Emanuel Thomas Newman
13418-039
F.C.I. PEKIN
P.O. BOX 5000 (MO-1)
PEKIN, ILLINOIS 61555-5000

RECEIVED
SCRANTON
APR 2 3 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE OF PENNSYLVANIA
235 NORTH WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA 18501-1148

April 16, 2001

Re: The filing of my motion to proceed In Forma Pauperis. (Newman v. Jury., et.al.)

Dear Clerk of the court.

I received a letter from your office stating that I had not filled out all of the questions on the In Forma Pauperis from. I corrected that mistake and returned the form to your office.

I was later informed that there had been a problem with the mail, so I am including a completed form with this letter. Also, when I originally filed my civil complaint, I included the front page (only) of my complaint to be file stamped dated, and returned to me. Furthermore, I included a self addressed, stamped envelope so that your office could return said file stamped page to me.

I am hoping that this is just an oversight on your part, and that your office would please send me my filed stamped copy in the stamped envelope I included with it.

If you have already done so please disregard this request, and thank you for your time in this matter.

Your's

Emanuel Thomas Newman
13418-039

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman # 13418-039
F.C.I. PEKIN
P.O. BOX 5000(MO-1)
PEKIN, ILLINOIS 61555-5000
**Name of Plaintiff(s)**

v.

Ronald Jury, defendant,
James White, defendant,
Louie Caprio, defendant,
et.al.
**Name of Defendant(s)**

Civil Case No. _____

Judge _____

(Number and Judge to be assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __XXXXX__   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __XXXXXX__   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __XXXX__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury? _N/A_
   Yes _____   No __X__

(b) Please explain in detail why you are under imminent danger of serious physical injury:

N/A

4. (a) Are you presently employed at the Institution? Yes xx___ No ___

(b) If yes, what is your monthly compensation? $_____ $20.53

5. Do you own any cash or other property; have a bank account; or receive money from any source?   Yes.

If the answer is "yes" to any of the above, describe each source and the amount involved.

Inmate account $27.55

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2001
(Date)

xx _____
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Emanuel Thomas Newman # 13418-039__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __April 16, 2001__

_____
Signature of Prisoner