IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,      :   CIVIL ACTION NO. 1:CV-01-0677
                            :
    Plaintiff           :
                            :
v.                          :
                            :
RONALD L. JURY, ET AL.,     :   (Judge Rambo)
                            :
    Defendants          :

O R D E R

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

                                SYLVIA H. RAMBO
                                United States District Judge

Dated: April 23, 2001.

SR:jvw

---

1. Newman completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 23, 2001

Re:  1:01-cv-00677   Newman v. Jury

True and correct copies of the attached were mailed by the clerk to the following:

Emanuel Thomas Newman
FCI-Pekin
13418-039
P O Box 5000
Pekin, Il  61555-5000

cc:
| | | | |
|---|---|---|---|
| Judge | (X) | (X) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | (X) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | (X) | with N/C attached to complt. and served by: U.S. Marshal (X)   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to:  US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: April 23rd, 2001          BY: /s/ _____
                                     Deputy Clerk