

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148



MARY E. D'ANDREA
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

May 1, 2001

**FILED**
**SCRANTON**
**MAY 3 2001**
PER _____
DEPUTY CLERK

Mr. Emanuel T. Newman
#13418-039
FCI-Pekin
P.O. Box 5000
Pekin, IL 61555-5000

    Re: <u>Newman v. Jury, et al.</u>, Civil No. 1:CV-01-0677
        (Judge Rambo)

Dear Mr. Newman:

    In response to your letter of April 16, 2001, enclosed you will find a copy of the front page of your civil action referenced above.

                                      Sincerely,

                                      James P. Van Wie, Esquire
                                      Pro Se Law Clerk

JPVW:laf
Enclosures