U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Newman | COURT CASE NUMBER CV-01-677 PCHS |
|---|---|
| DEFENDANT Jury | TYPE OF PROCESS S&c |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Attorney General

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

DoJ   Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

The Attorney General
DoJ
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

DEPARTMENT OF JUSTICE

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 30 2001
Kenneth Parker
SUPERVISOR

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Copy from service label)
7000 0520 0022 3037 4788

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

01-677

Address (complete only if different than shown...)

| TELEPHONE NUMBER | DATE |
|---|---|

DO NOT WRITE BELOW THIS LINE

| USMS Deputy or Clerk Lavelle | Date 4/25/01 |
|---|---|

...ted as shown in "Remarks", the process described ...rporation; etc., shown at the address inserted below.

...named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 4/30/01 | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
G. Lavelle

| Service Fee 8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal or FILED SCRANTON | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

MAY 25 2001

PER _____
DEPUTY CLERK

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF *Newman* | COURT CASE NUMBER *CV-01 - 677* |
|---|---|
| DEFENDANT *Jury* | TYPE OF PROCESS *Sre* |

**SERVE** ➡ {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*U. S. Attorney*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** *Williamsport, PA*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                      Fold

| Signature of Attorney or other Originator requesting service on behalf of: □ PLAINTIFF □ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. *67* | District to Serve No. *67* | Signature of Authorized USMS Deputy or Clerk *Andrea Lanelle* | Date *4/25/01* |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) *Fred Martin  ASUSA* | □ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service *30 APR 01*   Time *1035*  am / pm |
| | Signature of U.S. Marshal or Deputy *5057* |

| Service Fee *45.* | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges *45.* | Advance Deposits | Amount owed to US Marshal or *SCRANTON* | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

MAY 25 2001

PER _____
DEPUTY CLERK

PRIOR EDITIONS
MAY BE USED                    **1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF _Newman_ | COURT CASE NUMBER _CV-01-677_ |
|---|---|
| DEFENDANT _Lt. Ronald Jury, et al_ | TYPE OF PROCESS _S4c_ |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | _Lt. Louis Capris_ |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | _USP-Allenwood_ |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. _67_ | District to Serve No. _67_ | Signature of Authorized USMS Deputy or Clerk _Q. Lanelle_ | Date _4/25/01_ |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service _5/21/01_ | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy _Q. Lanelle_ |

| Service Fee _8.00_ | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges _8.00_ | Advance Deposits | Amount owed to U.S. Marshal or FILED SCRANTON | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

MAY 2 5 2001

PER _____
DEPUTY CLERK

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

## WAIVER OF SERVICE OF SUMMONS

TO: _Emanuel Thomas · Newman_

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _____Newman_____ VS

_____Jury_____,

which is case number _CV-01-677_____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _4-25-01____ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____5-01-01_____          _L Caprio_____
Date                          Signature

Printed/typed name:     _Louis Caprio_____

Title if any:           _Lieutenant_____

Address of person       _USP Allenwood_____
signing:                _P O Box 3500_____
                        _White Deer, PA   17887_____
Representing
defendant(s) if any:

FILED
SCRANTON

MAY 2 5 2001

PER_____
DEPUTY CLERK

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF *Newman* | COURT CASE NUMBER *CV-01-677* |
|---|---|
| DEFENDANT *Jury* | TYPE OF PROCESS *S&C* |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN *Lt. Ronald L. Jury* |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *USP-Allenwood* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                            Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. *67* | No. *67* | *G Lavelle* | *4/25/01* |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service *5/11/01* | Time ___ am / pm |
| | Signature of U.S. Marshal or Deputy *G Lavelle* | |

| Service Fee *8.00* | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges *8.00* | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

FILED SCRANTON
MAY 25 2001

PER _____
DEPUTY CLERK

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## WAIVER OF SERVICE OF SUMMONS

TO: *Emanuel Thomas Newman*

    (Name of plaintiff's attorney or pro se plaintiff)

    I acknowledge receipt of your request that I waive service of a summons in the action of _*Newman*_ VS

_*Jury*_,

which is case number *CV-01-677* in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after *4-25-01* (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/11/01_
Date

_(signature)_
Signature

Printed/typed name:      Ron Jury

Title if any:      Emergency Prepardness Officer

Address of person signing:      USP Allenwood

P O Box 3500

Representing defendant(s) if any:      White Deer, PA 17887

FILED
SCRANTON

MAY 2 5 2001

PER _____
DEPUTY CLERK

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Newman* | C V- 01-677 |
| DEFENDANT | TYPE OF PROCESS |
| *Jury* | *Svc* |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Lt. James White*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT *USP - Allenwood*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                   Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 67 | No. 67 | *G Lavelle* | 4/25/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 5/11/01 — Time: am / pm |
| | Signature of U.S. Marshal or Deputy: *G Lavelle* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 6.00 | | | 8.00 | | FILED SCRANTON | |

REMARKS:

MAY 2 5 2001

PER _____

DEPUTY CLERK

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## WAIVER OF SERVICE OF SUMMONS

TO: _Emanuel Thomas Newman_
   (Name of plaintiff's attorney or pro se plaintiff)

      I acknowledge receipt of your request that I waive service of a summons in the action of _____ _Newman_ _____ VS _Jury_ _____, which is case number _CV-01-677_ _____ in the United States District Court for the Middle District of Pennsylvania.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _4-25-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/11/01_
Date

_____
Signature

Printed/typed name:        James White

Title if any:              Lieutenant

Address of person          USP Allenwood
signing:
                           P O Box 3500

Representing               White Deer, PA  17887
defendant(s) if any:       _____

FILED
SCRANTON

MAY 2 5 2001

PER _____
             DEPUTY CLERK