```
Tue Jun 26 11:11:42 2001

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   111 134203
Cashier       jill

Tender Type   CHECK

Check Number: 2221 58138951

Transaction Type   AR

DW Code    Div No    Acct
4667       1         5100PL

Amount              $   14.50

U.S. TREASURY AUSTIN TEXAS

PARTIAL FILING FEE FOR 1:CV-01-677
```

(11) 6/27/01

```
                              ACCOUNT
                             STATEMENT
FCI PEKIN - LIMITED OFFICAL USE                DATE 06/05/01
2600 SOUTH SECOND STREET                       PAGE No.01
PEKIN, IL  61554
```

*(signature)* UNT UK FCI PEKIN

433-99 deposits in 6 mos
72.33 average mos. depos
x .20%

Account # 13418039

NEWMAN, EMANUEL T
M01

$14.50 initial payment

FILED HARRISBURG  JUN 26 2001  MARY E. D'ANDREA, CLERK  Per *(signature)* DEPUTY CLERK

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 24.52 | .00 | .00 | .00 | 24.52 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP00P | 10:42 | 10-02-00 | PERFORMANCE PAY | 39.95 | 64.47 |
| T00309 | 12:43 | 10-03-00 | MONEY ORDER | 50.00 | 114.47 |
| 000114 | 20:49 | 10-04-00 | SALE / REGULAR | 34.45- | 80.02 |
| 06A13A | 19:09 | 10-06-00 | DEPOSIT ITS FUNDS | 5.00- | 75.02 |
| 0101 | 9:43 | 10-12-00 | COMMISSARY FORM | 8.00- | 67.02 |
| 000046 | 17:51 | 10-12-00 | SALE / REGULAR | 25.05- | 41.97 |
| 000036 | 17:47 | 10-18-00 | SALE / REGULAR | 10.90- | 31.07 |
| 000043 | 18:08 | 10-25-00 | SALE / REGULAR | 24.30- | 6.77 |
| OCT00P | 11:10 | 11-01-00 | PERFORMANCE PAY | 17.00 | 23.77 |
| 000062 | 19:34 | 11-01-00 | SALE / REGULAR | 13.35- | 10.42 |
| T03501 | 15:21 | 11-07-00 | MONEY ORDER | 50.00 | 60.42 |
| 097BFB | 22:39 | 11-07-00 | DEPOSIT ITS FUNDS | 4.00- | 56.42 |
| 000054 | 18:02 | 11-08-00 | SALE / REGULAR | 6.85- | 49.57 |
| T04047 | 10:00 | 11-14-00 | MONEY ORDER | 15.00 | 64.57 |
| 000047 | 18:07 | 11-15-00 | SALE / REGULAR | 24.95- | 39.62 |
| T04650 | 14:56 | 11-20-00 | MONEY ORDER | 10.00 | 49.62 |
| 0ABA8C | 23:02 | 11-21-00 | DEPOSIT ITS FUNDS | 4.00- | 45.62 |
| T04896 | 14:05 | 11-22-00 | MONEY ORDER | 30.00 | 75.62 |
| 000043 | 18:05 | 11-22-00 | SALE / REGULAR | 5.90- | 69.72 |
| 000042 | 18:11 | 11-29-00 | SALE / REGULAR | 8.25- | 61.47 |
| NOV00P | 10:11 | 12-04-00 | PERFORMANCE PAY | 16.15 | 77.62 |
| 0CE29B | 8:14 | 12-16-00 | DEPOSIT ITS FUNDS | 2.00- | 75.62 |
| 000006 | 17:17 | 12-20-00 | SALE / REGULAR | 6.30- | 69.32 |
| 0DB036 | 20:50 | 12-24-00 | DEPOSIT ITS FUNDS | 2.00- | 67.32 |
| DEC01P | 9:06 | 01-02-01 | PERFORMANCE PAY | 17.85 | 85.17 |
| 0EA56D | 17:09 | 01-03-01 | DEPOSIT ITS FUNDS | 5.00- | 80.17 |
| 000085 | 11:36 | 01-05-01 | SALE / REGULAR | 6.90- | 73.27 |
| 000034 | 17:49 | 01-10-01 | SALE / REGULAR | 13.80- | 59.47 |
| T11278 | 14:32 | 01-25-01 | MONEY ORDER | 75.00 | 134.47 |
| 000131 | 12:12 | 01-26-01 | SALE / REGULAR | 12.10- | 122.37 |
| 000035 | 17:45 | 01-31-01 | SALE / REGULAR | 39.55- | 82.82 |
| JAN01P | 8:23 | 02-02-01 | PERFORMANCE PAY | 17.00 | 99.82 |
| 0750-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 5.00- | 94.82 |
| 0751-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 10.00- | 84.82 |
| 1144E0 | 7:45 | 02-03-01 | DEPOSIT ITS FUNDS | 4.00- | 80.82 |
| 11B18A | 23:00 | 02-06-01 | DEPOSIT ITS FUNDS | 5.00- | 75.82 |
| 000062 | 19:02 | 02-07-01 | SALE / REGULAR | 43.05- | 32.77 |
| 0821-1 | 8:17 | 02-08-01 | COMMISSARY FORM | 6.00- | 26.77 |
| 000026 | 17:41 | 02-14-01 | SALE / REGULAR | 14.30- | 12.47 |
| T13532 | 14:06 | 02-20-01 | MONEY ORDER | 100.00 | 112.47 |

13115D 17:01  02-22-01 DEPOSIT ITS FUNDS                                2.00-      110.47

```
                      ACCOUNT
                     STATEMENT
FCI PEKIN - LIMITED OFFICAL USE              DATE 06/05/01
2600 SOUTH SECOND STREET                     PAGE No.02
PEKIN, IL  61554


                                         Account # 13418039

     NEWMAN, EMANUEL T
     M01
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |         |
|---------|-------|----------|-------------------------|---------|---------|
| 000039  | 17:48 | 02-22-01 | SALE / REGULAR          | 56.95-  | 53.52   |
| 0933    | 9:23  | 02-26-01 | COMMISSARY FORM         | 5.00-   | 48.52   |
| 000048  | 18:07 | 02-28-01 | SALE / REGULAR          | 18.15-  | 30.37   |
| FEB01P  | 10:13 | 03-01-01 | PERFORMANCE PAY         | 20.23   | 50.60   |
| 000026  | 17:44 | 03-07-01 | SALE / REGULAR          | 9.50-   | 41.10   |
| 148A3A  | 10:54 | 03-10-01 | DEPOSIT ITS FUNDS       | 1.00-   | 40.10   |
| 000031  | 17:51 | 03-14-01 | SALE / REGULAR          | 4.75-   | 35.35   |
| 000074  | 18:47 | 03-23-01 | SALE / REGULAR          | 11.55-  | 23.80   |
| 15B3BE  | 19:44 | 03-23-01 | DEPOSIT ITS FUNDS       | 3.00-   | 20.80   |
| MAR01P  | 13:51 | 04-02-01 | PERFORMANCE PAY         | 38.57   | 59.37   |
| 16D0D3  | 21:34 | 04-04-01 | DEPOSIT ITS FUNDS       | 4.00-   | 55.37   |
| 000014  | 17:20 | 04-05-01 | SALE / REGULAR          | 28.15-  | 27.22   |
| 1249    | 9:43  | 04-10-01 | COMMISSARY FORM         | 3.00-   | 24.22   |
| 000033  | 17:40 | 04-19-01 | SALE / REGULAR          | 9.00-   | 15.22   |
| 000067  | 19:06 | 04-26-01 | SALE / REGULAR          | 3.55-   | 11.67   |
| 18824C  | 19:13 | 04-29-01 | DEPOSIT ITS FUNDS       | 2.00-   | 9.67    |
| APR01P  | 11:01 | 05-01-01 | PERFORMANCE PAY         | 27.37   | 37.04   |
| 000005  | 13:21 | 05-01-01 | SALE / REGULAR          | 11.75-  | 25.29   |
| 1340    | 9:26  | 05-03-01 | COMMISSARY FORM         | 3.00-   | 22.29   |
| 192B3B  | 22:33 | 05-06-01 | DEPOSIT ITS FUNDS       | 3.00-   | 19.29   |
| T20301  | 13:26 | 05-09-01 | MONEY ORDER             | 50.00   | 69.29   |
| 000020  | 13:47 | 05-09-01 | SALE / REGULAR          | 15.90-  | 53.39   |
| 1429    | 9:07  | 05-10-01 | COMMISSARY FORM         | .76-    | 52.63   |
| T20744  | 13:50 | 05-15-01 | CASH                    | 20.00   | 72.63   |
| 000001  | 13:04 | 05-16-01 | SALE / REGULAR          | 27.60-  | 45.03   |
| 1483    | 8:50  | 05-17-01 | COMMISSARY FORM         | 10.00-  | 35.03   |
| 1A4374  | 19:41 | 05-20-01 | DEPOSIT ITS FUNDS       | 5.00-   | 30.03   |
| 000007  | 13:11 | 05-23-01 | SALE / REGULAR          | 20.85-  | 9.18    |
| 000006  | 13:07 | 05-30-01 | SALE / REGULAR          | 3.80-   | 5.38    |
| MAY01P  | 9:07  | 06-01-01 | PERFORMANCE PAY         | 14.79   | 20.17   |
| MAY01U  | 10:26 | 06-01-01 | PERFORMANCE PAY         | 37.03   | 57.20   |

```
                      TRANSACTION TOTAL ****    32.68
```

| -----ENDING----- | -----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 57.20 | .00 | .00 | .00 | 57.20 |