(12)
6/27/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** | CIVIL NO. 1:CV-01-0677 |
| **Plaintiff** | |
| v. | |
| **RONALD L. JURY, LT., et al.,** | (Judge Rambo) |
| **Defendants** | |

FILED
HARRISBURG, PA
JUN 27 2001
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

**ORDER**

AND NOW, THIS 27 DAY OF JUNE, 2001, upon consideration of defendants' motion for an enlargement of time in which to file a response to the complaint, **IT IS HEREBY ORDERED THAT** the motion (Doc. 10) is hereby granted. Defendants shall have until July 16, 2001 in which to file their response.

SYLVIA H. RAMBO
United States District Judge

Dated: June 27, 2001.

```
              UNITED STATES DISTRICT COURT
                         FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       June 27, 2001


Re:  1:01-cv-00677      Newman v. Jury



True and correct copies of the attached were mailed by the clerk
to the following:


     Emanuel Thomas Newman
     FCI-Pekin
     13418-039
     P O Box 5000
     Pekin, Il  61555-5000

     Dulce Donovan, Esq.
     Office of the US Attorney
     316 Federal Building
     240 West Third Street
     Williamsport, PA  17701




cc:
Judge                         (X )              (X ) Pro Se Law Clerk
Magistrate Judge              (  )              (  ) INS
U.S. Marshal                  (  )              (  ) Jury Clerk
Probation                     (  )
U.S. Attorney                 (  )
Atty. for Deft.               (  )
Defendant                     (  )
Warden                        (  )
Bureau of Prisons             (  )
Ct Reporter                   (  )
Ctroom Deputy                 (  )
Orig-Security                 (  )
Federal Public Defender       (  )
Summons Issued                (  )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           (  )
Order to Show Cause           (  )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )

Bankruptcy Court              (  )
Other_____      (  )
                                                MARY E. D'ANDREA, Clerk
```

DATE: June 27th, 2001                                    BY: _____
                                                              Deputy Clerk