COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUL 26 2001
PER _____
DEPUTY CLERK

EMANUEL THOMAS NEWMAN,
PLAINTIFF,

VS.

RONALD L. JURY, LT, SIS, ET AL.,
DEFENDANT

CIVIL NO.: 1:CV-01-0677

MOTION REQUESTING EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION
FOR SUMMARY JUDGEMENT

**Comes now**, Emanuel Thomas Newman, pro-se (hereinafter Plaintiff) and respectfully requests, pursuant to Fed.Rules.Civil Procedure, Rule 6(b), an Order extending the time to respond to the Defendant's Motion for Summary Judgement for a period of 6 weeks. Plaintiff states the following in support thereof:

1) Plaintiff is an inmate who is incarcerated at the Federal Correctional Institution in Pekin, Illinois.

2) On April 18, 2001, Plaintiff filed the now pending Civil complaint under 28 U.S.C. § 1331. In which he claimed deliberate indifference to his safety and welfare.

3) That on June 25, 2001, the Defendant's moved this Court for an extention of time in which to respond to Plaintiff's

claims, that went uncontested, and that was granted on June 27, 2001.

4) On June 13, 2001, the Plaintiff was seriously injured in an accident in the prison factory. Plaintiff, who was a welder in U.N.I.C.O.R. tripped over an open set of welding table legs and shattered his elbow.

5) On June 20, 2001, Plaintiff was taken to an outside hospital for emergency surgery. It required 6 screws, 2 metal plates, 4 pins, and 27 staples in order to reconstruct his elbow.

6) Plaintiff has been placed on 6 weeks medical restriction to his cell in the housing unit, and is only allowed to go to medical and the dining hall.

7) Therefore, Plaintiff is unable to go to the law-library to do the necessary research so that he can respond to the Defendant's Motion for Summary Judgement.

8) Accordingly, Plaintiff requests a 6-week extension of time, which will make his response to Defendant's Motion for Summary Judgement due August 27, 2001.

9) Plaintiff submits that the Defendant's will not be prejudiced in any way by this enlargement of time, as it will allow the Plaintiff the additional time needed for his body to heal so that the medical restrictions can be removed, and he can investigate the Defendant's objections, research the law and prepare a response that is thorough and complete in all respects.

Respectfully Submitted, _Emanuel T. Newman_,
Plaintiff

7/19/01

-2-

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF**
**PENNSYLVANIA**

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>  Plaintiff,<br><br>Vs.<br><br>Ronald L. Jury, LT, SIS, ET AL.,<br>  Defendant, | Civil No.: 1:CV-01-0677<br><br>(Rambo, Judge) |

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. ENLARGEMENT OF TIME

This _19Th_ day of _July_ 2001.

By, _[signature]_
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:   U.S. Attorney                  Clerk Of The Court
             316 Federal Building            U.S. District Court
             240 West Third Street           228 Walnut Street
             Williamsport, PA 17703          P.O. Box 983
                                             Harrisburg, PA 17108