IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,  : CIVIL ACTION NO. 1:CV-01-0677
    Plaintiff  :
  v.  :
RONALD L. JURY, et. al.,  : (Judge Rambo)
    Defendants  :

FILED
HARRISBURG, PA
AUG 06 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

Upon consideration of plaintiff's motion for an enlargement of time in which to "respond to defendant's motion for summary judgment", **IT IS HEREBY ORDERED THAT** the motion (Doc. 14) is denied. There are no pending motions before this court requiring a response.[1]

_/s/ Sylvia H. Rambo_
SYLVIA H. RAMBO
United States District Judge

Dated: August 6, 2001.

---

[1] Defendants filed an answer on July 16, 2001 not a motion for summary judgment.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                            August 6, 2001


    Re:  1:01-cv-00677    Newman v. Jury



    True and correct copies of the attached were mailed by the clerk
    to the following:


         Emanuel Thomas Newman
         FCI-Pekin
         13418-039
         P O Box 5000
         Pekin, Il  61555-5000

         Dulce Donovan, Esq.
         Office of the US Attorney
         316 Federal Building
         240 West Third Street
         Williamsport, PA  17701




cc:
Judge                          (X )           (X ) Pro Se Law Clerk
Magistrate Judge               (  )           (  ) INS
U.S. Marshal                   (  )           (  ) Jury Clerk
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  )  with N/C attached to complt. and served by:
                                     U.S. Marshal (  )   Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  )  with Petition attached & mailed certified mail
                                     to: US Atty Gen   (  )  PA Atty Gen   (  )
                                         DA of County  (  )  Respondents   (  )
Bankruptcy Court               (  )
Other_____   (  )
                                                 MARY E. D'ANDREA, Clerk
```

DATE: August 6th, 2001                            BY: /s/ Mark J. Ambrose
                                                      Deputy Clerk