FILED
SCRANTON
AUG - 6 2001
PER ___dm___
DEPUTY CLERK

Emanuel T. Newman
13418-039
F.C.I Pekin
P.O. Box 5000 (MO-1)
Pekin, Illinios 61555-5000

Office of the Clerk
United Staes District Court
Middle District Of Pennsylvania
235 North Washington, Ave
P.O. BOX 1148
Scranton, Pa 18501-1148

July 31, 2001

Re: The address of the United States Attorney, and service.

Dear Clerk of the Court:

    I sent a copy of the enclosed document to the address that was given to me as the return address of the United States Attorney. Furthermore, said address is listed on all of the envelpoes as the return address for the U.S. Attorney.

    I have no idea what the address of the U.S. Attorney is, and therefore, I am sending this document to your office so that you can forward it to the U.S. Attorney.

    I am an inmate, and I have no way of calling information to find out what the correct address is. I am attaching the return address off one of the letters that I received from the U.S. Attorney so that you will know that I am telling the truth.

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Pennsylvania*
P.O. Box 548, 240 West Third Street
Williamsport, Pennsylvania 17703-0548

Official Business
Penalty for Private Use $300

Thank you.

Emanuel T. Newman, D.D.

P.S. CASE # 01-0677

NEWMAN V. JURY, et al.