UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN, :
        Plaintiff :
 :
     v. : Civil No. 1:CV-01-0677
 : (Rambo, J.)
RONALD L. JURY, Lieutenant, :
SIS, et al., :
        Defendants :

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE
### AND ENTRY OF APPEARANCE OF NEW COUNSEL

Please withdraw my appearance as Counsel of Record for defendants in the captioned case.

Respectfully submitted

MARTIN C. CARLSON
United States Attorney

Dated: 8/31/01

DULCE DONOVAN
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703
(570) 326-1935

FILED
WILLIAMSPORT, PA

SEP - 4 2001

MARY E. D'ANDREA, CLERK
Per_____ KF
    DEPUTY CLERK

### ENTRY OF APPEARANCE

Please enter my appearance as Counsel of Record for defendants in the captioned case.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

Dated: 8/31/01

MARK E. MORRISON
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703
(570) 326-1935

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
        Plaintiff

      v.                      Civil No. 1:CV-01-0677
                            (Rambo, J.)
RONALD L. JURY, Lieutenant,
SIS, et al.,
        Defendants

## CERTIFICATE OF SERVICE BY MAIL

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

      That on September 4, 2001, she served a copy of the attached

**PRAECIPE FOR WITHDRAWAL OF APPEARANCE
AND ENTRY OF APPEARANCE OF NEW COUNSEL**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

                                                */s/ Michele E. Lincalis*
                                                MICHELE E. LINCALIS
                                                Paralegal Specialist