ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>PLAINTIFF,<br><br>Vs.<br><br>RONALD L. JURY, Lt. SIS,<br>et. al.,<br>DEFENDANTS. | CIVIL NO.: 1:CV-01-0677<br><br>FILED<br>HARRISBURG<br>SEP 0 4 2001<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

PLAINTIFF'S MOTION TO AMEND
HIS REPLY TO DEFENDANT'S ANSWER

    Comes now, Emanuel T. Newman, Plaintiff, pro-se, and submits Plaintiff's Motion to Amend his reply to Defendant's answer.

    Plaintiff is a layman with no formal training in the numerous facets of the law.

    Therefore, he moves this Court pursuant to **Haines v. Kerner**, 404 U.S. 519, 520 (1972), and **Zilch v. Lucht**, 981 F.2d 694 (3rd Cir 1992), which holds that the Courts have an obligation to construe the pleadings of pro-se litigants liberally.

    In support thereof Plaintiff states:

    That on June 13, 2001 he broke his arm while working in U.N.I.C.O.R.

1

Therefore, it was necessary to enlist the help of a Jailhouse Lawyer/Paralegal to reply to the Defendant's answer to his complaint.

Numerous times during the construction of Plaintiff's reply to the Defendant's answer, the term **summery judgement** was used.

It appears that this Plaintiff didn't understand the difference between an "answer" and a motion for summery judgement.

Therefore, Plaintiff moves this Court to construe all of his pleadings in which the term "summery judgement" is used in the proper context for that which is necessary.

Furthermore, should this Court decide not to construe in the proper context, that the Court allow Plaintiff's Affidavit along with all exhibits remain as part of the overall record.

This request relates to all documents filed in this Court on August 13, 2001.

Respectfully submitted by: *[signature]*
8/29/01

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>         Plaintiff,<br><br>Vs.<br><br>Ronald L. Jury, LT, SIS, ET AL.,<br>         Defendant, | Civil No.: 1:CV-01-0677<br><br>(Rambo, Judge) |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents.

This _29Th_ day of _August_ 2001.

By, _[signature]_
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:   U.S. Attorney                  Clerk Of The Court
             316 Federal Building           U.S. District Court
             240 West Third Street          228 Walnut Street
             Williamsport, PA 17703         P.O. Box 983
                                            Harrisburg, PA 17108