IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,  : CIVIL ACTION NO. 1:CV-01-0677
    Plaintiff  :
  v.  :
RONALD L. JURY, et. al.,  : (Judge Rambo)
    Defendants  :

FILED
HARRISBURG, PA
SEP 13 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

On April 18, 2001, plaintiff filed a complaint pursuant to 28 U.S.C. § 1331. Currently pending before the Court is plaintiff's "motion to amend his reply to defendant's answer".[1] (Doc. 21.)

Rule 7(a) of the Federal Rules of Civil Procedure states that "(t)here shall be a complaint and an answer . . . . No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer." Defendants filed an answer (Doc. 13) on July 16, 2001. This court has not ordered a reply to answer; therefore, a reply is not proper.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to amend his reply to defendant's answer (Doc. 21) is **denied.**

---

[1] Plaintiff had previously misconstrued defendants' answer to be a motion for summary judgment. Plaintiff filed a brief in opposition to the alleged motion for summary judgment. Plaintiff requests to amend his brief to be a reply to defendants' answer.

2. The Clerk of Court is directed to strike plaintiff's brief in opposition to defendants' summary judgment motion[2] (Doc. 19) from the record and return the document to plaintiff.

SYLVIA H. RAMBO
United States District Judge

Dated: September *13*, 2001.

---

[2] Defendants' have not filed a motion for summary judgment.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  1:01-cv-00677   Newman v. Jury

True and correct copies of the attached were mailed by the clerk to the following:

```
Emanuel Thomas Newman 13418-039
FCI-Pekin
P O Box 5000
Pekin, Il  61555-5000

Mark E. Morrison, Esq.
U.S. Attorney's Office
Harrisburg, PA. 17101
```

```
cc:
Judge                        (X)        (X) Pro Se Law Clerk
Magistrate Judge             ( )        ( ) INS
U.S. Marshal                 ( )        ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )

Bankruptcy Court             ( )
Other_____( )
```

MARY E. D'ANDREA, Clerk

DATE: September 13th, 2001                BY: _____
                                              Deputy Clerk