PAYMENT IDENTIFICATION DATA

Thu Sep 27 11:44:03 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 85326
Cashier         rich

Tender Type   CHECK

Check Number: 2221 08689468

Transaction Type   AR

D0 Code    Div No      Acct
4667         3        5100PL

Amount            $     15.09

EMANUEL NEWMAN 13418039 C/0 US TREAS
URY

PARTIAL FILING FEE 01-CV-677 EMANUEL
NEWMAN

**FILED**
**SCRANTON**

SEP 27 2001

Thu Sep 27 11:44:03 2001

Check No. 2221 08689468
Amount$    15.09     DEPUTY CLERK
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

---

DATE 09/10/01
PAGE No.01

August  75.43 x .2

Account # 13418039

| | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| | .00 | .00 | .00 | 24.52 |
| TRANSACTION DESCRIPTION | | | AMOUNT | |
| PERFORMANCE PAY | | | 39.95 | 64.47 |
| MONEY ORDER | | | 50.00 | 114.47 |
| SALE / REGULAR | | | 34.45- | 80.02 |
| DEPOSIT ITS FUNDS | | | 5.00- | 75.02 |
| COMMISSARY FORM | | | 8.00- | 67.02 |
| SALE / REGULAR | | | 25.05- | 41.97 |
| SALE / REGULAR | | | 10.90- | 31.07 |
| SALE / REGULAR | | | 24.30- | 6.77 |
| PERFORMANCE PAY | | | 17.00 | 23.77 |
| SALE / REGULAR | | | 13.35- | 10.42 |
| MONEY ORDER | | | 50.00 | 60.42 |
| DEPOSIT ITS FUNDS | | | 4.00- | 56.42 |
| SALE / REGULAR | | | 6.85- | 49.57 |
| MONEY ORDER | | | 15.00 | 64.57 |
| SALE / REGULAR | | | 24.95- | 39.62 |
| MONEY ORDER | | | 10.00 | 49.62 |
| DEPOSIT ITS FUNDS | | | 4.00- | 45.62 |
| MONEY ORDER | | | 30.00 | 75.62 |
| SALE / REGULAR | | | 5.90- | 69.72 |
| SALE / REGULAR | | | 8.25- | 61.47 |
| PERFORMANCE PAY | | | 16.15 | 77.62 |
| DEPOSIT ITS FUNDS | | | 2.00- | 75.62 |

| | | | | | |
|---|---|---|---|---|---|
| 000006 | 17:17 | 12-20-00 | SALE / REGULAR | 6.30- | 69.32 |
| 0DB036 | 20:50 | 12-24-00 | DEPOSIT ITS FUNDS | 2.00- | 67.32 |
| DEC01P | 9:06 | 01-02-01 | PERFORMANCE PAY | 17.85 | 85.17 |
| 0EA56D | 17:09 | 01-03-01 | DEPOSIT ITS FUNDS | 5.00- | 80.17 |
| 000085 | 11:36 | 01-05-01 | SALE / REGULAR | 6.90- | 73.27 |
| 000034 | 17:49 | 01-10-01 | SALE / REGULAR | 13.80- | 59.47 |
| T11278 | 14:32 | 01-25-01 | MONEY ORDER | 75.00 | 134.47 |
| 000131 | 12:12 | 01-26-01 | SALE / REGULAR | 12.10- | 122.37 |
| 000035 | 17:45 | 01-31-01 | SALE / REGULAR | 39.55- | 82.82 |
| JAN01P | 8:23 | 02-02-01 | PERFORMANCE PAY | 17.00 | 99.82 |
| 0750-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 5.00- | 94.82 |
| 0751-1 | 12:35 | 02-02-01 | COMMISSARY FORM | 10.00- | 84.82 |
| 1144E0 | 7:45 | 02-03-01 | DEPOSIT ITS FUNDS | 4.00- | 80.82 |
| 11B18A | 23:00 | 02-06-01 | DEPOSIT ITS FUNDS | 5.00- | 75.82 |
| 000062 | 19:02 | 02-07-01 | SALE / REGULAR | 43.05- | 32.77 |
| 0821-1 | 8:17 | 02-08-01 | COMMISSARY FORM | 6.00- | 26.77 |
| 000026 | 17:41 | 02-14-01 | SALE / REGULAR | 14.30- | 12.47 |
| T13532 | 14:06 | 02-20-01 | MONEY ORDER | 100.00 | 112.47 |