ORIGINAL

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

FILED
HARRISBURG, PA
DEC 10 2001
MARY E. D'ANDREA, CLERK
Deputy Clerk

### CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serving all documents. Defendant White

PLAINTIFF'S FIRST SET OF INTERROGATORIES

This  5Th  day of  Octobor  2001.

By, _____
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:   U.S. Attorney              Clerk Of The Court
             316 Federal Building       U.S. District Court
             240 West Third Street      228 Walnut Street
             Williamsport, PA 17703     P.O. Box 983
                                        Harrisburg, PA 17108

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
          Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
          Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

FILED
HARRISBURG, PA

DEC 10 2001

MARY E. D'ANDREA, CLE
Per _____

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. Defendant Caprio

PLAINTIFF'S FIRST SET OF INTERROGATORIES

This  5th  day of  October  2001.

By, _____
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:   U.S. Attorney
             316 Federal Building
             240 West Third Street
             Williamsport, PA 17703

             Clerk Of The Court
             U.S. District Court
             228 Walnut Street
             P.O. Box 983
             Harrisburg, PA 17108