ORIGINAL

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF**
**PENNSYLVANIA**

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

FILED
HARRISBURG, PA
DEC 10 2001
MARY E. D'ANDREA, CLERK
per _____

### CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. Defendant White:

MOTION TO STRIKE AND SECOND SET OF INTERROGATORIES

This _30Th_ day of _November_ 2001.

By, _Emanuel Thomas N___
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:    U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

**ORIGINAL**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
        Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
        Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

FILED
HARRISBURG, PA
DEC 10 2001
MARY E. D'ANDREA, C
Per: _____

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. DEFENDANT CAPRIO

MOTION TO STRIKE AND SECOND SET OF INTERROGATORIES

This 30Th day of NOVEMBER 2001.

By, _____
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:    U.S. Attorney
               316 Federal Building
               240 West Third Street
               Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108