**ORIGINAL**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>    Plaintiff,<br><br>Vs.<br><br>Ronald L. Jury, LT, SIS, ET AL.,<br>    Defendant, | Civil No.: 1:CV-01-0677<br><br>(Rambo, Judge)<br><br>FILED<br>HARRISBURG, PA<br><br>DEC 10 2001<br><br>MARY E. D'ANDREA, CLE<br>Per _____ |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. Defendants White & Caprio

PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

This  30Th  day of  NOVEMBER  2001.

By, _____
     Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000


COPIES TO:    U.S. Attorney                Clerk Of The Court
              316 Federal Building         U.S. District Court
              240 West Third Street        228 Walnut Street
              Williamsport, PA 17703       P.O. Box 983
                                           Harrisburg, PA 17108