IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>Plaintiff<br><br>v.<br><br>RONALD L. JURY, *et. al.*,<br>Defendants | CIVIL NO. 1:CV-01-0677<br><br><br><br>(Judge Rambo) |

### ORDER

FILED
JAN 0 2 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK

The plaintiff filed this civil rights action under 28 U.S.C. § 1331 on April 18, 2001. The court previously granted plaintiff's request for *in forma pauperis* status. Defendant filed an answer to the complaint raising affirmative defenses on July 16, 2001.[1] More than 30 days have elapsed since the filing of defendant's answer and affirmative defenses and no dispositive motions have been filed.

Because the court is responsible for the orderly and expeditious management of cases and because we believe that this case should be brought to fruition without further delay, the court will allow the parties 30 days from the date of this order to complete discovery and 60 days from the date of this order in which to file dispositive motions. If the parties fail to file such motions within the required time period, this case will be set for pretrial conference and trial.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties are allowed 30 days from the date of this order to complete discovery.

---

[1]. On April 19, 2001 this court sent the parties a copy of its Standing Practice Order, advising the parties of their responsibilities under the Local Rules of Court for the Middle District of Pennsylvania.

  2. The parties are allowed 60 days from the date of this order in which to file any dispositive motions.

  3. Failure of the parties to file such dispositive motions within the aforesaid time period will result in the matter being set for pretrial conference and trial.

                  /s/ SYLVIA H. RAMBO
                    United States District Judge

Dated: January 2, 2002.