ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

Civil no. 1:CV-01-0677

v.

(Rambo. J)

Ronald L. Jury, Lieutenant,
Sis, et al.,
    Defendant,

FILED
HARRISBURG, P

JAN 17 2002

MARY E. D'ANDREA,
Per _____
    Deputy Clerk

## CERTIFICATION OF GOOD FAITH

**Comes Now,** plaintiff Emanuel Thomas Newman, and submits this certification of good faith pursuant to Federal Rules of Civil Procedure Rule 37 (a)(2)(A).

In support thereof, plaintiff states the following:

That he has attempted through his correctional counselor to contact the defendant's counsel, and his phone call was not accepted.

Therefore, he has attempted in good faith and with Due Diligence to contact the defendant's concerning any misunderstanding they might concerning his interrogatories.

Furthermore, I make these statements pursuant to title 28 U.S.C. § 1746. And,

**FURTHER I SAYETH NOT.**

This 9 day of January, 2002.

By, _____
Emanuel Thomas Newman
13418-039
F.C.I. Pekin
P.O. BOX 5000 (M0-1)
Pekin, Ill 61555-5000

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. ( CERTIFICATION OF GOOD FAITH )

This  9  day of  JANUARY  2002.

By, _____
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:

U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108