IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | CIVIL NO. 1:CV-01-0677 |
| Plaintiff | |
| v. | |
| RONALD L. JURY, *et. al.*, | (Judge Rambo) |
| Defendants | |

# ORDER

Upon consideration of Defendants' motion for an enlargement of time in which to complete discovery and file dispositive motions, **IT IS HEREBY ORDERED THAT** the motion (Doc. 35) is **granted**. The parties shall complete discovery by March 18, 2002 and the deadline for filing dispositive motions shall be enlarged to April 18, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: February 6, 2002.