MCC:MEM:mel:2001V00411

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT, PA

FEB 1 1 2002

MARY E. D'ANDREA, CLERK
Per _____KF_____
          Deputy Clerk

EMANUEL THOMAS NEWMAN,        :
            Plaintiff         :
                              :
        v.                    :   Civil No. 1:CV-01-0677
                              :   (Rambo, J.)
RONALD L. JURY, Lieutenant,   :
SIS, et al.,                  :
            Defendants        :

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

Defendants Jury, Caprio, and White, move the Court for leave to take plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2) as the plaintiff is confined in prison. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

MARK E. MORRISON
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Date: February 11, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,    :
        Plaintiff      :
                       :
        v.             :   Civil No. 1:CV-01-0677
                       :   (Rambo, J.)
RONALD L. JURY, Lieutenant, :
SIS, et al.,              :
        Defendants     :

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on February 11, 2002, she served a copy of the attached

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

                                              */s/ Michele E. Lincalis*
                                              MICHELE E. LINCALIS
                                              Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,         :
      Plaintiff                :
                               :
      v.                       :  Civil No. 1:CV-01-0677
                               :  (Rambo, J.)
RONALD L. JURY, Lieutenant,    :
SIS, et al.,                   :
      Defendants               :

## O R D E R

**AND NOW,** this _____ day of _____, 2002, upon consideration of defendants' motion to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted. Defendants, by their counsel, may take the deposition of plaintiff, Emanuel Thomas Newman, at a place and time suitable to the Bureau of Prisons.

                                        _____
                                        SYLVIA H. RAMBO, Judge
                                        United States District Court