

MCC:MEM:mel:2001V00411

FILED
WILLIAMSPORT, PA

FEB 1 1 2002

MARY E. D'ANDREA, CLERK
Per ___ KF
             Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,  :
       Plaintiff  :
         :
   v.  :  Civil No. 1:CV-01-0677
         :  (Rambo, J.)
RONALD L. JURY, Lieutenant,  :
SIS, et al.,  :
       Defendants  :

**DEFENDANTS' BRIEF IN SUPPORT
OF THEIR MOTION TO DEPOSE PLAINTIFF**

### I. Procedural History

Plaintiff is Emanuel Thomas Newman, a federal inmate formerly incarcerated at the Allenwood United States Penitentiary in White Deer, Pennsylvania ("USP Allenwood").[1] On April 18, 2001, Newman filed a <u>Bivens</u> complaint alleging his rights were violated by the defendants. An answer to the complaint was filed on July 16, 2001. Defendants have filed a motion seeking leave to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2). This brief is submitted in support of that motion in accordance with M.D. Pa. Local Rule 7.5.

---

[1] Newman is presently confined at the Federal Correctional Institution in Pekin, Illinois.

## II. Question Presented

Should defendants be granted leave to depose the inmate plaintiff?

## III. Argument

**DEFENDANTS SHOULD BE GRANTED LEAVE TO DEPOSE THE INMATE PLAINTIFF.**

Pursuant to Fed. R. Civ. P. 30(a)(2), "[a] party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison. . . ." Defendants submit that Newman is confined in prison and, therefore, they request that the Court grant them leave to depose the plaintiff.

In that Newman is the plaintiff, he obviously possesses relevant knowledge about the allegations in the complaint and the injuries and damages he claims to have suffered. By deposing plaintiff, defendants will be able either to present a motion for summary judgment based on the disputed facts or to appropriately prepare for trial so they and their counsel can address the issues and facts concisely and cogently. See Miller v. Bluff, 131 F.R.D. 698, 700 (M.D. Pa. 1990)(concluding that "[t]he plaintiff himself started this lawsuit and any defendant surely is entitled to take his deposition in conjunction therewith").

Accordingly, in order to prepare a dispositive motion and/or for trial, defendants request leave to depose the plaintiff inmate.

2

## IV. Conclusion

For the reasons stated above, defendants request this Court to grant their motion to depose the inmate plaintiff.

                            Respectfully submitted,

                            MARTIN C. CARLSON
                            United States Attorney

                            */s/ Mark E. M.*

                            MARK E. MORRISON
                            Assistant U.S. Attorney
                            MICHELE E. LINCALIS
                            Paralegal Specialist
                            316 Federal Building
                            240 West Third Street
                            Williamsport, PA  17703

Date: February 11, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,    :
      Plaintiff    :
      :
   v.    :    Civil No. 1:CV-01-0677
      :    (Rambo, J.)
RONALD L. JURY, Lieutenant,    :
SIS, et al.,    :
      Defendants    :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 11, 2002, she served a copy of the attached

**DEFENDANTS' BRIEF IN SUPPORT
OF THEIR MOTION TO DEPOSE PLAINTIFF**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist