```
Mon Mar  4 12:52:13 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   333 87162
Cashier       sylviam

Check Number: 6112305

DØ Code    Div No
4667       3

Sub Acct Type Tender    Amount
1:5100PL  AR   2         33.36
2:0869PL  AR   2         14.87

Total Amount      $      48.23

US TREASURY


PARTIAL FF 01CV677 NEWMAN




bn

Mon Mar  4 12:52:13 2002

Check No.  6112305
Amount$    48.23
Pay any Federal Reserve Bank or
General Depository, for credit to
United States Treasury Symbol 4667
```

(41)
m
3/5/02

1:01CV677

PRSLC

Pitts

| | NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | CLERK, US DISTRICT COURT | VENDOR I.D. NUMBER: | 113418039 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-6112305 | $*****48.23 | 02-19-02 |
| PAYMENT IDENTIFICATION DATA | 24111075COURT FEES NEWMAN,EMANUEL 13418039 01-677 FOR INFO CALL 202-307-3052 | | AGENCY SCHEDULE NUMBER 0002S00215 |
| | | | AGENCY TELEPHONE NUMBER 202-307-3052 |

33.36
14.87 0869

**NON NEGOTIABLE**

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.