IN THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

    -Vs-

Ronald L. Jury, Lt S.I.S.,
et al.,
    Defendants,

Civil no. 1:CV-01-0677

(Rambo, J.)

FILED
HARRISBURG, PA
MAR 1 1 2002
MARY E. D'ANDREA, CLE
Per _____

## MOTION TO STAY THE CIVIL PROCEEDINGS IN THIS CASE UNTIL PLAINTIFF IS ESTABLISHED IN A PLACE OF RESIDENCE

    Comes Now, Emanuel Thomas Newman, pro-se plaintiff, and submits to this court a motion to stay all proceedings in this action until further notice of the plaintiff.

    In support thereof, plaintiff states the following:

    1) That he is the plaintiff in the now pending civil action against Ronald L. Jury, et al. (1:CV-01-0677).

    2) That plaintiff was made know of transfer, and instructed to pack his property on March 5, 2002.

    3) Plaintiff is in-carcerated at this time and has no control over when is to be transered, and has no idea where he is being transfered to, because staff at F.C.I. Pekin have refused to inform him for security reasons.

    4) Plaintiff has submitted a second request for the production of documents to the defendant's, and beleives that because of the documents that he has requested that he is being transferred ( given diesel therapy ) so as to cause documents to be lost in the mail and never get to him, and to cause him to miss important deadlines. Furthermore, defendant's have just been granted the right to depose the plaintiff. This plaintiff would state that he has no idea what will become of that action now that he is being transferred to an unknown institution.

    Therefore, for the reasons stated above, plaintiff request that this court suppend/stay any and all proceedings until further notice by the palintiff as to what institution he has been moved to.

Date: 2/7/02

Submitted by, _Emanuel T. Newman_

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

(Rambo, Judge)

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. (~~PLAINTIFF'S AFFIDAVIT~~)
(MOTION TO STAY)

This 7 day of MARCH 2002.

By, _____
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, Illinois 61555-5000

COPIES TO:   U.S. Attorney
             316 Federal Building
             240 West Third Street
             Williamsport, PA 17703

             Clerk Of The Court
             U.S. District Court
             228 Walnut Street
             P.O. Box 983
             Harrisburg, PA 17108