IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | CIVIL ACTION NO. 1:CV-01-0677 |
| Plaintiff | |
| v. | |
| RONALD L. JURY, *et. al.*, | (Judge Rambo) |
| Defendants | |

### ORDER

On April 18, 2001, Plaintiff filed a complaint pursuant to 28 U.S.C. § 1331. Currently pending before the court is Plaintiff's "motion to stay the civil proceedings in this case until plaintiff is established in a place of residence." (Doc. 42.)

Plaintiff states he has received notice that he will be transferred and was instructed to pack his personal belongings on March 5, 2002. (*Id.*, ¶ 2.) Plaintiff requests that the instant complaint be suspended or stayed "until further notice by the palintiff [sic] as to what institution he has been moved to." (*Id.*)

On January 2, 2002, this court issued a scheduling order to bring the case to fruition without further delay. (Doc. 29.) The court has since granted Defendants' motion for an enlargement of time to extend the discovery deadline to March 18, 2002 and the deadline for filing dispositive motions to April 18, 2002.

It remains this court's desire to bring this case to fruition without further delay. Therefore, Plaintiff's request for a stay will be denied. If Plaintiff is unable to comply with previous court orders due to his transfer, he can file a motion for enlargement of time.

      **IT IS THEREFORE ORDERED THAT** Plaintiff's motion for stay (Doc. 42) is **DENIED**.

                                                /s/ Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       United States District Judge

Dated: March 14, 2002.