FILED
WILLIAMSPORT, PA

MAR 1 4 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
    Plaintiff

v.

RONALD L. JURY, Lieutenant,
SIS, et al.,
    Defendants

Civil No. 1:CV-01-0677
(Rambo, J.)

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT JURY

COMES NOW, Emanuel Thomas Newman, plaintiff, and moves this Court to dismiss defendant Ronald L. Jury as a defendant in the captioned case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted,

EMANUEL THOMAS NEWMAN
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Date: 3/14, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,        :
            Plaintiff         :
                              :
        v.                    :   Civil No. 1:CV-01-0677
                              :   (Rambo, J.)
RONALD L. JURY, Lieutenant,   :
SIS, et al.,                  :
            Defendants        :

## CERTIFICATE OF CONCURRENCE

I hereby concur in the grant of plaintiff's request to dismiss Ronald L. Jury as a defendant in this action.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

*[signature]*

MARK E. MORRISON
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Date: 3/14, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,  :
     Plaintiff  :
       :
     v.  :  Civil No. 1:CV-01-0677
       :  (Rambo, J.)
RONALD L. JURY, Lieutenant,  :
SIS, et al.,  :
     Defendants  :

## O R D E R

NOW, this _____ day of _____, 2002, upon consideration of plaintiff's motion to voluntarily dismiss Ronald L. Jury as a defendant, and defendants' concurrence thereto, IT IS HEREBY ORDERED THAT Ronald L. Jury is dismissed with prejudice as a defendant in the captioned case.

                                              SYLVIA H. RAMBO
                                              United States District Judge