IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** | CIVIL NO. 1:CV-01-0677 |
| Plaintiff | |
| v. | |
| **RONALD L. JURY**, *et. al.*, | (Judge Rambo) |
| Defendants | |

## ORDER

Upon consideration of Plaintiff's motion to voluntarily dismiss Ronald L. Jury as a defendant, and Defendants' concurrence thereto (Doc. 44), **IT IS HEREBY ORDERED THAT** the motion is **granted** and Ronald L. Jury is dismissed with prejudice as a defendant in the captioned case pursuant to Federal Rule of Civil Procedure 41(a).

YVETTE KANE
United States District Judge
on behalf of Judge Rambo

Dated: March 19, 2002.



FILED
MAR 1 9 2002
PER_____
HARRISBURG, PA   DEPUTY CLERK