IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, | : | CIVIL NO. 1:CV-01-0677 |
| Plaintiff | : | |
| v. | : | |
| RONALD L. JURY, *et. al.*, | : | (Judge Rambo) |
| Defendants | : | |

**ORDER**

FILED
HARRISBURG, PA
APR 5 2002
MARY E. D'ANDREA, CLERK
Per ____

Upon consideration of Plaintiff's motion for an enlargement of time in which to complete discovery and file dispositive motions (Doc. 46), **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. The parties shall complete discovery by May 20, 2002, and the deadline for filing dispositive motions is enlarged to June 20, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: April 5, 2002.