(48)
4-12-0
SC

Emanuel T. Newman
13418-039
F.C.I. Pekin
P.O. BOX 5000 (MO-1)
Pekin, Illinois 61555-5000

Office of the Clerk of The Court
United States District Court
Middle District of Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, Pa 17108

April 8, 2002

Re: Payment of filing fee for civil case no. 01-0677

Dear Clerk of the Court:

Please find a Federal draft in the amount of $45.13.

I have enclosed this amount as the final amount due on the filing fee for case number 01-0677 (civil). The name of the case is: Emanuel Thomas Newman Vs. Ronald L. Jury, SI.S.,Lt. et al.

Would you please send me a complete account statement showing each payment I've made, and anyother amount I might owe at this time.

Your's

Emanuel T. Newman

Thu Apr 11 11:01:23 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 136239
Cashier        pamela

Tender Type  CHECK

Check Number: 10194427

Transaction Type   N

DØ Code    Div No      Acct
  4667       1        086900

Amount           $     45.13

US TREASURY AUSTIN, TX

FILING FEES RE 01-677

bn

Name Emanuel T. Newman  Reg# 13418-039
Federal Correctional Institution
PC Box 5000
Penn IL 61555-5000

Legal Mail

FILED
HARRISBURG

APR 1 1 2002

MARY E. D'ANDREA, CLERK
Per _____ D2 _____
DEPUTY CLERK



The Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, Pa 17108

