OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

April 12, 2002

Inmate Accounting
FCI-Pekin
PO Box 5000
Pekin, IL 61555

FILED
SCRANTON

APR 1 2 2002

PER _____ /M/ _____
         DEPUTY CLERK

Re: CV 01-0677
    Newman v Jury, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Emanuel Newman, 13418-039, indicates that Mr. Newman is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist