IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

v.

Ronald L. Jury, Lieutenant,
SIS, et al.,
    Defendants,

Civil no. 1:CV-01-0677

(Rambo, J.)

FILED
HARRISBURG, PA
MAY 21 2002
MARY E. D'ANDREA, CLERK
Per _____

**PLAINTIFF'S RESPONSE TO DEFENDANTS REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes Now, plaintiff and responds to the defendant's request for the production of documents.

Plaintiff has included in his response the following documents:

1) All medical reports related to the May 14, 1999 injury.
2) All administrative remedies filed while in the S.H.U. in relationship to the May 14, 1999 incident.
3) All documents received through the freedom of information Act.
4) All pages from plaintiff's calendar showing all notes made 1999 related to the incident in question.
5) All notes related to the May 14, 1999 incident, and the resulting injuries.
6) All correspondence from the warden's office at U.S.P. Allenwood related to the May 14, 1999 incident.
7) Affidavits from witnesses to incidents related to the May 14, 1999 incident.

Plaintiff has submitted those requested documents asked for by the defendants.

Respectfully submitted
By, _Emanuel Thomas Newman_
Emanuel Thomas Newman
13418-039
P.O. BOX 5000 (MO-1)
Pekin, Illinois 61555-5000

Date: 5/13/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

v.

Civil no. 1:CV-01-0677

(Rambo, J.)

Ronald L. Jury, Lieutenant,
SIS, et al.,
    Defendants,

## CERTIFICATE FOR SERVICE

I, Emanuel Thomas Newman, Plaintiff, pursuant to title 28 U.S.C. § 1746 do hereby state upon my oath that I have placed a copy of the attached document in the United State Postal service to all concerned parties.

That on May 13, 2002, plaintiff serviced a copy of the attached document:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

by placing said copy in an envelope with sufficient postage for first class mailing, and mailed it to the last known address of the defendants attorney, which is listed below.

Copies sent to:

MARK E. MORRISON
A.U.S.A.
316 Federal Building
240 West Third Street
Williamsport, Pa 17703

This 13th Day, 2002

*Emanuel Thom Yem*
13418-039