TAM:MEM:mel:2001V00411

FILED
WILLIAMSPORT, PA

JUN 20 2002

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,  :
      Plaintiff  :
        :
      v.  : Civil No. 1:CV-01-0677
        : (Rambo, J.)
RONALD L. JURY, Lieutenant,  :
SIS, et al.,  :
      Defendants  :

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Defendants Caprio and White move this Court to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

    Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                                      Respectfully submitted,

                                      THOMAS A. MARINO
                                      United States Attorney

                                      MARK E. MORRISON
                                      Assistant U.S. Attorney
                                      MICHELE E. LINCALIS
                                      Paralegal Specialist
                                      316 Federal Building
                                      240 West Third Street
                                      Williamsport, PA  17703

Date: June 20, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,          :
       Plaintiff            :
                                :
       v.                   :    Civil No. 1:CV-01-0677
                                :    (Rambo, J.)
RONALD L. JURY, Lieutenant,     :
SIS, et al.,                    :
       Defendants           :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 20, 2002, she served a copy of the attached

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

                                                        */s/ Michele E. Lincalis*
                                                        MICHELE E. LINCALIS
                                                        Paralegal Specialist