(52)
7/3/02
KF

FILED
WILLIAMSPORT, PA

JUL - 2 2002

MARY E. D'ANDREA, CLERK
Per____KF____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,　　　　　:
　　　　　Plaintiff　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　: Civil No. 1:CV-01-0677
　　　　　　　　　　　　　　　　　: (Rambo, J.)
RONALD L. JURY, Lieutenant,　　　:
SIS, et al.,　　　　　　　　　　　:
　　　　　Defendants　　　　　　　:

SECOND CERTIFICATE OF SERVICE BY MAIL

　　　　　The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

　　　　　That on July 2, 2002, she re-served a copy of the attached

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

　　　　　　　　　　　　　　　　　　　　　_Michele E. Lincalis_
　　　　　　　　　　　　　　　　　　　　　MICHELE E. LINCALIS
　　　　　　　　　　　　　　　　　　　　　Paralegal Specialist