JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

-Vs-

Ronald L. Jury, et. al.,
    Defendant,

Civil no.  1:CV-01-0677

(Judge Rambo)

FILED
HARRISBURG, P

JUL 0 2 2002

MARY E. D'ANDREA,
Per_____

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO THE DEFENDANT'S SUMMARY JUDGEMENT MOTION

**Comes Now,** Emanuel thomas Newman, plaintiff pro-se, and moves this court for an enlargement of time to respond to the defendant's summary judgement motion.

In support thereof, plaintiff would state the following to the court:

1) That this court has in a prior order dated April 5, 2002 granted this plaintiff an enlargement of time to complete his discovery and file his dispositive motion if any.

2) Furthermore, said enlargement of time was until June 20, 2002 to have all dispositive motions filed.

3) On June 21, 2002, plaintiff called the clerk of the court in the middle district of Pennsylvania, and inquired as to whether or not the defendant's had filed a dispositive motion in the clerk's office. Plaintiff was informed that the defendant's had in fact filed their motion for summary judgement.

4) On June 27, 2002, plaintiff again called the clerk's office and stated that he had not received a copy of the defendant's summary judgement motion. Plaintiff at that time requested that the clerk send him a copy of the document. The clerk informed him that he would have to pay for copies.

5) Plaintiff would state to this court that it takes as long as 3 to 5 weeks for the business office at F.C.I. Pekin to have a check sent to cover the funds requested by the clerk's office.

6) Therefore, plaintiff, would request that the defendant's send him another copy of their motion for summary judgement to the following address in the event there has been some kind of mix up:

> **EMANUEL THOMAS NEWMAN**
> **13418-039**
> **F.C.I.PEKIN**
> **P.O. BOX 5000 (MO-1)**
> **PEKIN, ILLINOIS 61555-5000**

7) Furthermore, plaintiff's legal mail from the court and the defendant's was sent to F.C.I. Allenwood, where he was in holdover status during his deposition, for some time after he was returned to his institution of incarceration (F.C.I. Pekin). Plaintiff, strongly believes that his copy of the summary judgement motion was sent to the wrong address by mistake.

8) Plaintiff, therefore humbly moves the court for an extension of time of 30 days so that the defendant's will have time to send him another copy of their motion for summary judgement, and so that he can respond to same.

Respectfully submitted by        6-30-02

_Emanuel thomas Newman_
Emanuel thomas Newman

U.S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN<br>  PLAINTIFF,<br><br>VS.<br><br>RONALD L. JURY, Lt., SIS,<br>  ET AL.,<br>      DEFENDANT. | Civil No.: 1:CV-01-0677<br><br>(Rambo, Judge) |

### CERTIFICATE OF SERVICE

The undersigned Plaintiff hereby certifies that pursuant to 28 U.S.C. § 1746, the following is true:

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class Mailing to all the Defendant's via their attorney, upon who I am serving all documents. MOTION FOR ENLARGEMENT OF TIME.

This _30 Th_ day of _June, 2002_.

By: _Emanuel T Newman_
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, IL 61555-5000

**COPIES TO:**

U.S. Attorney
316 Federal Building
240 West third Street
Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
Harrisburg, PA 17108