In Camera Review

Newman v. Jury
Civ. No. 1:CV-01-0677