IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, | : | CIVIL ACT. NO. 1:CV-01-0677 |
| Plaintiff | : | |
| v. | : | |
| RONALD L. JURY, *et. al.*, | : | (Judge Rambo) |
| Defendants | : | |

## ORDER

AND NOW, THIS 15 DAY OF JULY, 2002, upon consideration of Plaintiff's motion for an enlargement of time in which to file a response to the Defendants' Motion For Summary Judgment, **IT IS HEREBY ORDERED THAT** said motion (Doc. 53) is **GRANTED**. The Plaintiff shall have thirty (30) days from the date of this order to file his response to the Defendants' Motion For Summary Judgment.

SYLVIA H. RAMBO
United States District Judge