IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | : CIVIL ACT. NO. 1:CV-01-0677 |
| Plaintiff | : |
| v. | : |
| RONALD L. JURY, *et. al.*, | : (Judge Rambo) |
| Defendants | : |

**ORDER**

FILED
AUG - 1 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

AND NOW, THIS 1st DAY OF August, 2002, upon consideration of Plaintiff's superceding motion for enlargement of time to respond to the Defendants' motion for summary judgment(Doc.59), asking the court to disregard the Plaintiff's prior motion for enlargement (Doc.53), **IT IS HEREBY ORDERED THAT** the motion is hereby **DISMISSED** as moot. Plaintiff shall have thirty (30) days from July 15, 2002 to respond to the Defendants' summary judgment motion.

SYLVIA H. RAMBO
United States District Judge