IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Szymanski v. SCI Waymart, *et al.* | : | CIVIL NO. 1:CV-99-2081 |
| Branch v. Department of Corrections, *et al.* | : | CIVIL NO. 1:CV-00-1728 |
| Newman v. Caprio, *et al.* | : | CIVIL NO. 1:CV-01-0677 |
| Motton v. Chesney, *et al.* | : | CIVIL NO. 1:CV-01-1898 |
| Wojtczak v. Pennsylvania Department of Corrections, *et al.* | : | CIVIL NO. 1:CV-01-2096 |
| Williams v. Bitner, *et al.* | : | CIVIL NO. 1:CV-01-2271 |
| Frazer v. United States Federal Bureau of Prisons | : | CIVIL NO. 1:CV-01-2329 |
| Ayoade v. Ashcroft, *et al.* | : | CIVIL NO. 1:CV-01-2352 |
| Thompson v. Pennsylvania Board of Probation and Parole, *et al.* | : | CIVIL NO. 1:CV-01-2361 |
| Blakeney v. Dauphin County Prison, *et al.* | : | CIVIL NO. 1:CV-01-2423 |
| Lane v. Kyler, *et al.* | : | CIVIL NO. 1:CV-02-0158 |
| Kremenet v. Immigration and Naturalization Service, *et al.* | : | CIVIL NO. 1:CV-02-0286 |
| Champagne v. Clark | : | CIVIL NO. 1:CV-02-0422 |
| Douglas v. Wolf | : | CIVIL NO. 1:CV-02-0466 |
| Moss v. Halterman, *et al.* | : | CIVIL NO. 1:CV-02-0591 |
| Holder v. Gallagher, *et al.* | : | CIVIL NO. 1:CV-02-0629 |
| Shelly v. Beard, *et al.* | : | CIVIL NO. 1:CV-02-0751 |

| | | |
|---|---|---|
| Gibbs v. Martinez, *et al.* | : | CIVIL NO. 1:CV-02-0777 |
| Jatta v. Immigration and Naturalization Service | : | CIVIL NO. 1:CV-02-0971 |
| Anyakoha v. Ashcroft | : | CIVIL NO. 1:CV-02-1067 |
| Russell v. DeRose, *et al.* | : | CIVIL NO. 1:CV-02-1132 |
| Potopowicz v. Honesdale State Police, *et al.* | : | CIVIL NO. 1:CV-02-1165 |
| Coombs v. Commonwealth of Pennsylvania, *et al.* | : | CIVIL NO. 1:CV-02-1173 |

## ORDER

**IT IS ORDERED THAT** the captioned actions are transferred to the Honorable Christopher C. Conner, United States District Judge for the Middle District of Pennsylvania. Any case management orders remain in effect unless otherwise ordered by Judge Conner or by the magistrate judge to whom the case may be referred.

SYLVIA H. RAMBO
United States District Judge

Dated: August 13, 2002.

FILED
HARRISBURG, PA
AUG 13 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk