

10-7-02
SC

IN THE ORIGINAL
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

FILED
HARRISBURG, PA

CIVIL CASE NO. 1:CV-01-0677

OCT 0 4 2002

MARY E. D'ANDREA, CLERK
Per_____
         Deputy Clerk

EMANUEL THOMAS NEWMAN, )
    PLAINTIFF, )
 )
 )     JUDGE, SYLVIA H. RAMBO
 )     SENIOR DISTRICT JUDGE
VS. )     UNITED STATES DISTRICT COURT
 )     MIDDLE DISTRICT OF PENNSYLVANIA
 )     HARRISBURG DIVISION
RONALD L. JURY, LIEUTENANT, )
SIS, ET AL., )
    DEFENDANTS. )

NOTICE
OF CHANGE OF ADDRESS

COMES NOW, EMANUEL T. NEWMAN BY HIS: NEXT KIN/BEST FRIEND, CONCHITA WASHINGTON, WHO IS NOTIFYING THIS HONORABLE COURT AND ALL INTERESTED PARTIES OF HIS CHANGE OF ADDRESS, EFFECTIVE UNTILL FURTHER NOTICE. THIS CHANGE IS EFFECTIVE IMMEDIATELY.

    EMANUEL T. NEWMAN
    REG. NO. 13418-039
    UNITED STATES PENITENTIARY, TERRE HAUTE
    POST OFFICE BOX 33
    TERRE HAUTE, INDIANA 47808.

    RESPECTFULLY SUBMITTED THIS __30TH__ DAY OF _SEPTEMBER_, 2002
BY: _____, NEXT KIN/BEST FRIEND
    FOR EMANUEL T. NEWMAN
    BY: CONCHITA WASHINGTON

ATTACHMENTS/

- 1 -

STATE OF TEXAS )
            ) SS:
COUNTY OF TARRANT )

## SUPPORTING CERTIFICATION

I, CONCHITA WASHINGTON PURSUANT TO TITLE 28 U.S.C. § 1746, UPON MY OATH BEFORE GOD AND UNDER THE PENALTIES OF THE LAWS OF PERJURY OF THE UNITED STATES OF AMERICA; DO HEREBY CERTIFY AND STATE THAT:

I AM THE NEXT KIN/BEST FRIEND OF PLAINTIFF, EMANUEL T. NEWMAN WHO FOR REASONS BEYOND HIS CONTROL IS UNABLE TO FILE THIS NOTICE OF CHANGE OF ADDRESS AND DOES NOT HAVE ACCESS TO ANY OF HIS LEGAL DOCUMENTATION, THROUGH NO FAULT OF HIS. THAT HE IS EFFECTIVELY DENIED ACCESS TO THE COURT AS A RESULT THEREOF.

THAT THE STATEMENTS AND THE CONTENTS OF THIS DOCUMENTATION ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND MY BELIEF; AND

FURTHER I SAYETH NOT.

THIS 30TH DAY OF SEPTEMBER, 2002
BY: _____, CONCHITA WASHINGTON, CERTIFIER
CONCHITA WASHINGTON FILING AS
NEXT KIN/BEST FRIEND OF AND FOR
EMANUEL T. NEWMAN, PLAINTIFF.

## PROOF OF MAILING/SERVICE

I, CONCHITA WASHINGTON DO HEREBY CERTIFY THAT I HAVE ATTACHED SUFFICIENT POSTAGE FOR FIRST CLASS UNITED STATES POSTAL SERVICE MAIL DELIVERY TO THE CLERK OF THE CAPTIONED COURT AND TO THOSE INTERESTED PARTIES AS LISTED BELOW AND HAVE THIS DATE PURSUANT TO HOUSTON V. LACK, 487 US 266, 101 L. ED. 2D. 245, 257, 108 S.CT. 2379 (1988) FILED THIS DOCUMENTATION WITH THE CLERK OF THE CAPTION COURT UPON DEPOSIT IN THE PRISON MAILBOX AND HAVE SENT EXACT COPIES TO THE PARTIES LISTED BELOW.

THIS 30TH DAY OF SEPTEMBER, 2002
BY: _____, CONCHITA WASHINGTON, CERTIFIER
CONCHITA WASHINGTON CERTIFYING AND MAILING AS
NEXT KIN/BEST FRIEND OF
PLAINTIFF, EMANUEL T. NEWMAN
REG. NO. 14826-039
UNIT: C.C.-4/STEP DOWN
FEDERAL MEDICAL CENTER, CARSWELL
POST OFFICE BOX 27137
FORT WORTH, TEXAS 76127

INTERESTED PARTIES/
CLERK, UNITED STATES DISTRICT COURT FOR THE MIDDLES DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION
P. O. BOX 983
HARRISBURG, PENNSYLVANIA 17108-0983

ASSISTANT U. S. ATTORNEY, MARK E. MORRISON
316 FEDERAL BUILDING
240 WEST THIRD STREET
WILLIAMSPORT, PENNSYLVANIA 17703