Law Clerk's Copy

Emanuel T. Newman
13418-039
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

copy 66

U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

November 23, 2002

Re: Change of Address for Newman v. Jury, #1:01-CV-0677

Dear Clerk of Court:

Please take formal notice of my address change at this time.

My new address is:

Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. Box 1000
Oxford, Wis 53952-1000

FILED
HARRISBURG, PA
NOV 29 2002
MARY E. D'ANDREA, CLERK
Per _____

Thank you

Emanuel T. Newman