IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emanuel Thomas Newman,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Case no. 1:CV-01-0677<br>)<br>) |
| Ronald L. Jury, Lieutenant,<br>SIS, et al.,<br>    Defendant, | ) (Judge Conner)<br>)<br>) |

FILED
HARRISBURG, PA
FEB 20 2003
MARY E. D'AN... CLERK
Per _____

PLAINTIFF'S MOTION FOR APPIONMENT OF COUNSEL

**Comes Now,** Emanuel Thomas Newman, Pro-Se plaintiff (herein after Newman), and submits this motion for the appionment of counsel.

In support thereof, Newman states the following:

1) Newman is the plaintiff in the above captioned civil action at bar at this time.

2) Newman is not currently, nor was he previously represented by an attorney in the matter now before the court.

3) On April 23, 2001, this court granted Newman's motion to proceed in forma pauperis, and set up a payment plan for Newman to meet his obligation to pay the filing fee. That fee was paid in full.

4) Newman is a lay individual who has no formal training in the numerous facets of the law. Newman has never litigated a case in a courtroom while acting as his own attorney.

5) Newman, who has a total of 19¢ in his inmate account cannot afford the necessary books to instruct him on how to take his case to trial. He was blessed to have been able to carry his case this far and make it pass summary judgment.

-1-

6) A trained United States Attorney is a serious professional who knows his or her job well. Newman doesn't want to make it all the way into the courtroom after all that he has been put through in order to to have litigated his case this far, only to be slam-dunked by a professional.

7) Newman understands that he has no right to have counsel appionted in a civil action, and therefore, he falls back on the argument that his case will not get the full effect of a winning defense, with him acting as his own attorney (A man who has himself for a lawyer has a fool for an attorney).

Therefore, Newman placeses himself before this court as a lay-man who knows nothing of the law, and moves this court to **Grant** this motion for appoinment of counsel, and or Hybrid counsel, and or any and all other refief deemed fit in this matter.

Date: 2/10/03

Respectfully submitted

By _____
Emmanuel Thomas Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wisconsin 53952-1000

U.S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN
    PLAINTIFF,

VS.

RONALD L. JURY, Lt., SIS,
    ET AL.,
        DEFENDANT.

Civil No.: 1:CV-01-0677

(Judge, Conner)

## CERTIFICATE OF SERVICE

The undersigned Plaintiff hereby certifies that pursuant to 28 U.S.C. § 1746, the following is true:

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class Mailing to all the Defendant's via their attorney, upon who I am serving all documents. *MOTION FOR COUNSEL*

This _10Th_ day of _February_, 2003.

By: _[signature]_
Emanuel Thomas Newman 13418-039
P.O. Box 5000
Pekin, IL 61555-5000

**COPIES TO:**   U.S. Attorney                    Clerk Of The Court
                 316 Federal Building             U.S. District Court
                 240 West third Street            228 Walnut Street
                 Williamsport, PA 17703           Harrisburg, PA 17108