IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

    -Vs-

Ronald L. Jury, et.al,
    Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:CV-01-0677

(Conner, J.)

**FILED**
HARRISBURG, PA

FEB 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

PLAINTIFF'S THIRD REQUEST FOR
THE PRODUCTION OF DOCUMENTS

**Comes Now,** Emanuel Thomas Newman, plaintiff, and submits the above styled motion pursuant to the **Fed.R.Civ.P-Rule 34,** the defendants Jimmie White and Louis Caprio, are hereby directed to produce for inspection and make available for the copying of the the following documents:

1). Any and all documents, pass book log records etc, mirco film, computer files, etc, that show which institutional pass book(s) were used by officer Manning at U.S.P. Allenwood during the week of May 10, 1999 through May 14, 1999.

2). Any and all documents, pass book log records etc, mirco film, computer files etc, that show any and all institutional passes written by officer Manning during the week of May 10, 1999 through May 14, 1999.

3). Any and all documents, pass book log records etc, mirco film, computer files etc, that show the location of any of the items listed in subsection (1) or (2) of this request.

Date: _February 14Th_ ,2003.

Submitted By, _Emanuel T. Newman_
Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

**U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA**

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents.

This ___14Th___ day of ___FebRuaRy___ 2003.

By, _Emanuel Thomas Newman 13418-039_
Emanuel Thomas Newman 13418-039

COPIES TO:    U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108