UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Emanuel Thomas Newman, <br> Plaintiff, | ) <br> ) Case no. 1:CV-01-0677 <br> ) | |
| -Vs- | ) <br> ) | |
| Ronald L. Jury, et.al., <br> Defendant, | ) (Conner, J.) <br> ) <br> ) | |

**ORIGINAL**

FILED
HARRISBURG, PA
MAR 1 0 2003
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

PLAINTIFF'S MOTION FOR SANCTIONS
AGAINST THE DEFENDANTS

**Comes Now**, Emanuel Thomas Newman, plaintiff, and submits the above styled motion pursuant to **Fed.R.Civ.P-Rule 16(f)**, and moves this court to sanction the defendants Jimmie White and Louis Caprio $100 per day for every day that they continue to withhold the requested documents.

In support thereof, plaintiff states the following:

1). Plaintiff has made three request for the production of documents from the defendant's, and each time said request is given a negtive response. Plaintiff was first told that no such documents existed. Plaintiff's second request was met with the response that said requested documents were not available. Todate plaintiff's third request has gone unanswered.

2). Plaintiff originally requested any and all documents related to the institutional pass book used by officer Manning at U.S.P. Allenwood during the week May 10, 1999 through May 14, 1999. In response to plaintiff's interrogatories concerning the institutional pass books, the defendant's admitted that these records were kept in the normal course of business so as to keep track of the movement of each inmate.

-1-

U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

EMANUEL THOMAS NEWMAN,
    Plaintiff,

Vs.

Ronald L. Jury, LT, SIS, ET AL.,
    Defendant,

Civil No.: 1:CV-01-0677

## CERTIFICATE OF SERVICE BY MAIL

The undersigned plaintiff hereby certifies that persuant to 28 U.S.C. § 1746, the following is true.

That I, Emanuel Thomas Newman, have placed sufficient postage for First Class mailing to all the defendant's via their attorney upon who I am serviing all documents. *MOTION FOR SANCTIONS*

This _3rd_ day of _MARCH_ 2003.

By, _[signature]_
Emanuel Thomas Newman 13418-039

COPIES TO:

U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Clerk Of The Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Emanuel T. Newman #13418-039
Federal Correctional Institution
P.O. BOX 1000
Oxford, Wis 53952-1000

Legal Mail

FILED
HARRISBURG, PA
MAR 10 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Office Of The Clerk Of The Court
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PENNSYLVANIA 17108

17108+0983 99