IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman, )
    Plaintiff, )
) Civil no. 1:CV-01-0677
)
-Vs- )
)
Ronald L. Jury, et al, )
    Defendant, )

FILED
HARRISBURG, PA

MAR 14 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS
DUCES TECUM AD TESTIFICANDUM

    **Comes Now**, Emanuel Thomas Newman, (hereinafter Newman), and moves this court for a writ of habeas corpus duces tecum ad testificandum in orde that Newman may be presant at the requested hearing for sanctions against the defendants for voilating the Federal Civil Rules Of Procedure as they relate to plaintiff's discovery request.

    Furthermore, Newman would request that he be allowed to to appear before this court in proper attire suitable for an appearence in the courtroom, and that he be allowed to bring his legal papers, books and exhibits with him that are necessary to aid him at the hearing.

Respectfully submitted by, _____
Emanuel Thomas NEwman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 1 53952-1000

Date: *March 8*, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
    Plaintiff,

    -Vs-

Ronald L. Jury, et al,
    Defendant,

Civil no. 1:CV-01-0677

ORDER

This matter before the court on the plaintiff's motion for WRIT OF HABEAS CORPUS DUCES TECUM AD TESTIFICANDUM and the court being suffuiciently advised,

It is HEREBY ORDERED that Emanuel Thomas NEwman in suitable attire, and with all of his necessary legal papers, books, and exhibit shall be produced in this courtroom for the scheduled hearing on _____, 2003 at_____am/pm, and kept in the custody of the U.S. Marshcll Service until such case can be heard; and that he be returned to F.C.I. Oxford once the hearing is completed.

This_____day of_____, 2003

by,_____
United States District Court Judge.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,            )
                                  )
                                  )  Civil no. 1:CV-01-0677
        Vs.                       )
                                  )
                                  )
Ronald L. Jury, et al,            )
                                  )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents. MOTION FOR HABEAS DUCE TECUM Ad TESTIFICANdum.

This 8TH day of March, 2003.

By, _____
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, Pa 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 1&1)*
                17108

E.T. NEWMAN # 13418-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD WIS 53952-1000





CLERK OF THE COURT
U.S. DISTRICT COURT
228 WALNUT STREET
HARRISBURG, PA 17108

FILED
HARRISBURG, PA

MAR - - 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

LEGAL MAIL