IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,
     Plaintiff,       )
                           )   Civil no. 1:CV-01-0677
                           )
    -Vs-                 )
                           )   FILED
                           )   HARRISBURG, PA
Ronald L. Jury, et al,   )
     Defendant,      )   MAR 14 2003
                           )
                           )   MARY E. D'ANDREA, CLERK
                           )   Per _____ Deputy Clerk

PLAINTIFF'S MOTION FOR ORDER TO TRANSPORT

    **Comes Now**, Emanuel Thomas Newman, plaintiff pro-se, and moves this court to order the United States Marshall Service to transport him to the requested hearing for sanctions against the defendant's for violating discovery, and to return him to F.C.I. Oxford in Oxford, Wisconsin once the hearing has been concluded together with his legal papers, books, and exhibits necessary to conduct said hearing.

                    Respectfully submitted by, _____
                                                 Emanuel Thomas Newman
                                                 13418-039
                                                 F.C.I. Oxford
                                                 P.O. BOX 1000
                                                 Oxford, Wisconsin 563
                                                         53953-1000

Date: MARCH 8, 2003.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emanuel Thomas Newman,<br>    Plaintiff, | )<br>)  Civil no. 1:CV-01-0677<br>) |
| -Vs- | )<br>) |
| Ronald L. Ronald L. Jury, et al,<br>    Defendant, | )<br>)<br>) |

ORDER FOR TRANSPORT

It is hereby ORDERED, that the United States Marshall Service transport Emanuel Thomas Newman from F.C.I. Oxford in Oxford, Wisconsin to this court for a hearing into sanctions against the defendants on_____, 2003 at _____am/pm, and return him to the warden at F.C.I. Oxford in Oxford, Wisconsin once said hearing has been concluded.

IT IS SO ORDERED THIS_____DAY OF_____, 2003.

By_____

**UNITED STATES DISTRICT COURT JUDGE.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman, )
)
) Civil no. 1:CV-01-0677
Vs. )
)
)
Ronald L. Jury, et al, )
)

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents. MOTION FOR TRANSPORT

This 8Th day of March, 2003.

By, _Emanuel Thomas Newman_
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, Pa 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA !&!)*
                17108