IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>Plaintiff, | : NO. 1:01-CV-0677<br>:<br>: |
| v. | : (Judge Conner)<br>: |
| LOUIS CAPRIO, Lieutenant, and<br>JAMES P. WHITE, Lieutenant,<br>Defendants | :<br>:<br>: |

## ORDER

AND NOW, this 5th day of November, 2003, in accordance with this court's order dated January 30, 2003, and upon review of the court's calendar, it is hereby ORDERED that:

1. Trial in the above-captioned action is placed on the February 2004 trial list. Jury selection will commence **at 9:30 a.m. on Monday, February 2, 2004**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Pending criminal trials, if any, will be tried first.

2. If Plaintiff is incarcerated, a writ will issue before trial to secure his attendance.

3. If Plaintiff intends to present witnesses, he shall file, within thirty (30) days, a statement giving the name and address of each witness, and <u>a detailed statement of the facts to which the witness will testify</u>. Writs will issue to secure the attendance of inmate-witnesses who have relevant and admissible testimony to offer. Plaintiff shall advise the court of any change of address for said witnesses.

BY THE COURT:

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge