UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

*1 to PRSLC DB*

**ORIGINAL**

| | |
|---|---|
| Emanuel Thomas Newman<br>       Plaintiff, | )<br>)<br>) CASE NO. 1:01-CV-0677<br>)<br>)<br>-Vs-    )<br>) (Judge Conner)<br>)<br>)<br>Louis Caprio and  )<br>James P. White,<br>       Defendants, | 

FILED
HARRISBURG, PA

NOV 18 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

MOTION FOR ORDER
OF CORRESPONDENCE

Comes Now, Emanuel Thomas Newman plaintiff pro-se, and moves this court for an order allowing him to correspond with his witnesses in the pending civil case.

Newman has been attempting to get correspondence through the normal administrative remedy procedures since this court denied the defendant's motion for summary judgement, and set the case to go to trial.

Newman's counselor Teddy Edgecomb, has failed to respond at all to the numerous cop-outs or B.P.-8's that Newman has given to him requesting to be allowed to correspond with the witnesses his pending civil case. Newman showed him this court's order stating that the matter was set for trial. Newman has shown him numerous documents, affidavits from said witnesses, letters from the United States Attorney's Office in that district concerning plaintiff's witnesses. Still, nothing but procrastination from

-1-

counselor Edgecomb. Newman then explained that by failing to address this matter he was denying this plaintiff access to the court, because without prior contact with his witnesses, plaintiff would be unable to **perpare** for trial.

On October 6, 2003, Newman again filed a BP-8 to counselor Edgecomb, and on November 10, 2003 Newman received this court's order setting trial for February 2, 2004. Still, counselor Edgecomb has not responded to Newman's request for correspondence to his listed witnesses, and the trial date is fast coming into being.

Therefore, Newman request that this court issue an order granting him limited "legal" correspondence with his listed witnesses:

Johnny Mack Brown  # 04780-084
U.S.P. Allenwood
P.O. BOX 3000
White Deer, Pa 17887

Aldrich Ames  #40087-083
U.S.P. Allenwood
P.O. BOX 3000
White Deer, Pa 17887

Ervin D. Worthy  # 52349-060
U.S.P. Allenwood
P.O. BOX 3000
White Deer, Pa 17887

Wayne Jackson # 58074-004
U.S.P. Coleman
486 N.E. 54th Terrace
Coleman, Florida 33521

Bobby E. Hazel  # 41097-133
U.S.P. Florence
P.O. BOX 7500
Florence, Co 81226

Kevin Tensley # 49227-083
U.S.P. Lewisburg
R.D. # 5
Lewisburg, PA  17837

Dr. Whyatt, (Eye Doctor)
U.S.P. Allenwood
P.O. BOX 3000
White Deer, Pa 17887

This court's order will have to be taken seriously, and this plaintiff will be able to notify his witnesses of the up coming trial date as well as requesting written statements from them.

Respectfully submitted by, *Emanuel T. Newman*

Emanuel T. Newman

11/10/03

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,    )
                          )
                          )
                          )  Civil no. 1:CV-01-0677
                          )
    Vs.                   )
                          )
                          )
                          )
Ronald L. Jury, et al,    )
                          )
                          )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This 10 day of ~~March~~ November, 2003.

By, *[signature]*
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, PA 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 17101*
                17108



FILED
HARRISBURG, PA

NOV 18 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Emanuel T. Newman
13418-039
Federal Correctional INstitution
P.O. BOX 1000
Oxford, Wis 53952-1000

U.S. DISTRICT COURT
OFFICE OF THE CLERK OF THE COURT
228 Walnut Street
HARRISBURG, PA  17108