UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

ORIGINAL

Emanuel Thomas Newman,
    Plaintiff,

CASE NO. 1:01-CV-0677

-Vs-

(Judge Conner)

Louis Caprio and
James P. White,
    Defendants

FILED
HARRISBURG, PA

PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS
DUCES TECUM AD TESTIFICANDUM

    Comes Now, Emanuel Thomas Newman, plaintiff pro-se, and moves this court for a writ of habeas corpus Duces Tecum Ad Testificandum in order that he will be present at the ordered court date for trial. Plaintiff further request that this court issue an order allowing this plaintiff to bring all pertinent documentation, exhibits and other legal material in aid of the presentation of his civil claim during trial.

    Furthermore, Plaintiff request that this court order that he appear before the court in proper attire suitable for an appearance before this Honorable Court. Without this court's order the prison officials will (a) not allow him to leave the prison with any of the documents and legal papers; (b) nor will the U.S. Marshal Service transport him with said documents and legal material; and (c) he will be made to appear in court wearing a prison uniform, which he fears will prejudice the jury against him.

Lastly, plaintiff would request that this court order that he be allowed to have his legal papers with him while being held awaiting to go to trial so that he might be able to study over his documents, exhibits, and legal papers so as to be prepared for trial.

If seperated from his documents, exhibits, and legal papers while being held for trial in that district he will be unprepared for trial, and he is not an attorney and does not know how to try a civil case in the United States Federal District Court.

Respectfully submitted by _____
Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952

Date: November 10, 2003

### CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, plaintiff pro-se do hereby state upon my oath, pursuant to 28 U.S.C. § 1746, that I have serviced all parties concerned in this matter via the U.S. Postal Service.

This 10 day of November, 2003.

BY, _____
Emanuel T. Newman

Copies to:

Clerk of the Court
U.S. District court
228 Walnut Street
Harrisburg, Pa 17108

U.S. Attorney
Middle District of Pennyslvania
240 West Third Street, Suite 316
Williamsport, Pa 17701