IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSLVANIA

ORIGINAL

Ervin Darnell Worthy
U.S. Allenwood
P.O. Box 3000
White Deer, PA 17887

November 25, 2003

FILED
HARRISBURG, PA
NOV 2 8 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Clerk of Court
U.S. District court
228 Walnut Street
Harrisburg, PA 17108-0827

In Ref. Newnan v. Caprio and White
        No. 1:01-CV-0677, Judge Conner

LETTER MOTION OF NOTICE
OF WRIT OF HABEAS CORPUS DUCES
TECUM AD TESTIFICANDUM

   NOW COMES, Ervin Darnell Worthy, on this 25th date of November, hereby putting this court on notice that I will be a witness in the above captioned matter, i.e., set for trial on Febraury 2, 2004 at 9:30 A.M., on Monday in Courtroom No. 2, Ninth floor, Federal Building, 228 Walnut Street, Harrisburg Pennsylvania.

                                    Respectfully submitted
                                    /s/ Ervin Darnell Worthy
                                    Ervin Darnell Worthy

                  PROOF OF SERVICE
I Ervin Darnell Worthy on this 25th day of Nov do swear this date. i have served the enclosed Motion for Writ of Habeas Corpus Dues Tecum Ad Testificandum, on each party to the above proceeding or the party counsel, and every other person required to be served by depositing an envelope in the United States Mail Box in U.S.P. Allenwood. The following names are:

Clerk of Court                      U.S. Attorneys offices
U.S. District Court                 P.O. Box 309 Scranton
228 Walnut Street                   Scranton PA 18501
Harrisburg, PA 17108-0827

