```
              IN THE UNITED STATES DISTRICT
              COURT FOR THE MIDDLE DISTRICT OF
              PENNSYLVANIA HARRISBURG DIVISION
```

Emanuel Thomas Newman,  )
    Plaintiff,       )
                      )
                      )   Civil no. 1:CV-01-0677
    -Vs-              )
                      )   (Judge, Conner)
Ronald L. Jury, et.al., )
    Defendants,       )

**ORIGINAL**

FILED
HARRISBURG, PA

DEC 0 2 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

PLAINTIFF'S SUPPLEMENTAL MOTION FOR WRIT OF
DUCES TECUM AD TESTIFICANDUM

    **Comes Now**, Emanuel Thomas Newman, plaintiff pro-se and moves this court for two additional writs of habeas corpus Duces Tecum Ad Testificandum to be issued so that both persons can be in court on February 2, 2004 for the start of trial.

    Furthermore, plaintiff would move this court to have both persons bring with them any and all related papers.

    Correctional Officer B. Manning
    U.S.P. Allenwood
    P.O. BOX 3500
    White Deer, PA 17887

    Officer Manning will testify that during the week of May 10th, 1999 he was contacted by defendant James White and or his office, and instructed to send plaintiff to his office at once.

    And, he issued plaintiff an institutional pass to make the move to the defendant's office. He is to bring with him any and all copies of the pass book log for the week of May 10 th, 1999, and a copy of the institutional pass issued to plaintiff by him.

-1-

```
Correctional Officer D. Couch
U.S.P. Allenwood
P.O. BOX 3500
White Deer, PA 17887
```

Officer Couch will testify that plaintiff on May 8 and 9, 1999 approached him and made him aware of a plot against his life, and that he took approprate action by contacting defendant Caprio, and the following day sending plaintiff to see defendant Caprio.

He is to bring with him any and all reports, notes, etc, concerning the meeting between he and the plaintiff.

Therefore, because the testimony of both of these Officer's goes directly to the heart of the facts in dispute in the case at bar, plaintiff moves that a writ be issued for both persons.

Respectfully submitted by _____
```
                                Emanuel Thomas Newman
                                13418-039
                                F.C.I. Oxford
                                P.O. BOX 1000
                                Oxford, Wis 53952-1000
```
                                                    11/25/03

## CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to 28 U.S.C. § 1746, do hereby state that I have placed copies of this document into the United States Postal Mail Box for legal Mail at F.C.I. Oxford to all parties concerned.

This 25/th day of November, 2003.

By, _____
    Emanuel Thomas Newman
    13418-039

COPIES TO:

| | |
|---|---|
| United States District Court<br>Office of the Clerk Of the Court<br>228 Walnut Street<br>HArrisburg, PA 17108 | U.S. Attorneys Office<br>240 West Third St.,<br>Suite 316<br>Williamsport, PA 17701 |





Emanuel T. Newman 13418-039
Federal Correctional Institution
P.O. BOX 1000
Oxford, Wis 53952-1000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION
228 WALNUT STREET
HARRISBURG, PA 17108



FILED
HARRISBURG, PA

DEC 02 2003

MARY E. D'ANDREA, CLERK
Per: _____ Deputy Clerk

LEGAL MAIL