UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

Emanuel Thomas Newman,
    Plaintiff,

-Vs-

Case no. 01-CV-0677

Ronald L. Jury, Lt, SIS,
et al.,
    Defendants,

FILED
HARRISBURG, PA
DEC 10 2003
MARY E. D'ANDREA, CLERK
Per _____

PLAINTIFF'S NOTICE OF WITNESSES CHANGE
OF ADDRESS

**Comes Now**, Emanuel Thomas Newman, plaintiff pro-se, and submits to this court a notice of the change of address of two (2) of the witnesses he wishes to call to testify in his pending civil trial.

In support thereof Newman states the following:

The new addresses for the witnesses in question are:

Wayne Jackson
58074-004
U.S.P. Lee
P.O. BOX 900
Jonesville, Va 24263

Kevin Tensley
49227-038
U.S.P. Lee
P.O. BOX 900
Jonesville, Va 24263-0900

Respectfully submitted by, _____
Emanuel T. Newman
13418-039
P.O. BOX 1000
Oxford, Wis 53952-1000

Date: December 2, 2003

CERTIFICATE OF SERVICE
_____

I, Emanuel T. Newman, pursuant to title 28 U.S.C. § 1746 do hereby state upon my oath that I have placed copies of the attached document in the UNited States Postal Service MAil Box located at F.C.I. Oxford, in the State of Wisconsin to all parties concerned.

This 2 day of December, 2003.

By, _____
Emanuel Thomas Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wisconsin 53952-1000


COPIES TO:

UNITED STATES ATTORNEY
316 Federal Building
240 West Third Street
Williamsport, Pa 17703

United States District Court
Office Of The Clerk Of the Court
228 Walnut Street
Harrisburg, PA 17108