UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

ORIGINAL

Emanuel Thomas Newman,  )
    Plaintiff,  )
  )
  )  Case no. 01-CV-0677
  )
-Vs-  )
  )
  )
Ronald L. Jury, Lt, SIS  )
et al.,  )
    Defendants,

FILED
HARRISBURG, PA
DEC 10 2003
MARY E. D'ANDREA, CLERK
Per _____

---

PLAINTIFF'S MOTION FOR SUBPOENAS DUCES TECUMS

TO ADD AN ADDITIONAL WITNESS TO HIS WITNESS LIST AND

TO CORRECT INFORMATION ON ANOTHER

---

    Comes Now, Emanuel Thomas Newman, plaintiff pro-se, and moves this court to order the clerk of the court to prepare and serve subpoenas duces tecums on behalf of this plaintiff, for the witnesses listed in this document. Plaintiff intends to call these witnesses to testify at trial, that is to begin on February 2, 2004.

    In support thereof plaintiff list the following:

    Plaintiff listed the name Dr. Whyatt in his original witness list for persons to be called for trial. Since that time he has discovered that he accidentally gave the court incorrect information concerning both the name and address of Dr. Whyatt.

    The person in question is not named Dr. Whyatt. His correct name and address is:

Dr. James Weyand
FedOpt
P.O. BOX 264
Jersey Shore, Pa 17740

Plaintiff would humbly request the court to instruct the clerk to make the change on any notice(s) sent to this person.

Plaintiff wishes to add one other individual to his witness list.

K. MIchael Sullivan
Attorney for the Federal Bureau Of Prisons
Federal Correctional Complex
Allenwood
White Deer, PA 17887

Attorney Sullivan is to testify concerning the information maintained by the Bureau Of Prisons related to plaintiff's discovery request for any and all documents related to the institutional pass, pass book, pass book log etc, conceted to the issuance of the pass to this plaintiff during the week of May 10, 1999, and or why these documents were and or are unavailable to this plaintiff.

Furthermore, he is to bring with him the original and or a copy of the institutional pass that was issued to this plaintiff during the week of May 10, 1999 by Officer B. Manning. The pass log book page and or a copy of same, and or the reason whay said documents are still not availbale for discovery.

Therefore, plaintiff moves this court to issue a subpoenas duces tecums for the listed persons.

Respectfully submitted by, _____
Emanuel Thomas Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

-2-

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, plaintiff pro-se, pursuant to 28 U.S.C. § 1746, do hereby state that I have placed copies of the attached document in the U.S. Postal Mail Box at F.C.I. Oxford in the State of Wisconsin to all of the parties concerned.

This 2 day of December, 2003

By, /s/ Emanuel T. Newman
Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wisconsin 53952-1000

COPIES TO:

UNITED STATES ATTORNEY
316 Federal Building
240 West Third Street
Williamsport, Pa 17703

U.S. DISTRICT COURT
OFFICE OF THE CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 17108





E.T. Newman #13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL MAIL

U.S. District Court
Office of the Clerk
228 Walnut Street
Harrisburg, PA