UNITED STATES DISTRICT COURT
MIDDLE OF PENNSYLVANIA
HARRISBURG DIVISION



Emanuel Thomas Newman,
    Plaintiff,

Case no. 01-0677

    -Vs-

(Judge, Conner)

Ronald L. Jury, Lt.SIS,
et al.,
    Defendants,

## PLAINTIFF'S MOTION FOR CONTINUANCE

       **Comes Now,** Emanuel Thomas Newman, plaintiff pro-se, and submits plaintiff's motion for continuance.

       In support thereof, plaintiff states the following:

       On November 5, 2003, this court issued an order stating that the trial date for plaintiff's civil matter would begin on February 2, 2004 at 9:30 A.M. in the courthouse in Harrisburg, Pa.

       Furthermore, the court requested that plaintiff submit a list of witnesses he wishes to call to testify at trial. And, to date this plaintiff has complied with said order.

       However, defendant's have objected to his witness list and have pointed out that plaintiff is responsible for the $40 per day witness fee that must be submited with his application for a Subpoena  for all non-inmate witnesses.

       Plaintiff, is employed by U.N.I.C.O.R. and on avrage makes about $124.00 per month. Petitioner spends about $30 to $35 a month on his personal needs. He also sends $50.00 per month to his 13 year old daughter for her personal needs.

Plaintiff has submitted a motion to the court to reduce his non-inmate witness list to seven (7) persons.

$40 per day per witness times seven witnesses comes to a total amount due of $280.00, which must be submitted with the application for Subpoeans.

Plaintiff, will reduce his personal needs to the absolute bare essentials so that he can quickly save up the necessary funds ($280.00) to submit to the clerk of the court.

Therefore, for good cause shown, plaintiff moves this court to **GRANT** him a continuance of 180 days (6 months) so that he can correspond with the clerk of the court to obtain the correct forms, and set aside the necessary $280.00 to submit with his Subpoena applications.

Respectfully submitted by, _Emanuel T. Newman_

Date: December 9, 2003.

Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

### CERTIFICATE OF SERVICE

I, Emanuel T. Newman, pursuant to 28 U.S.C. § 1746, do hereby state that I have served a copy of this document upon all parties concerned via United State Postal Service.

This 9th, day of December, 2003.

By, _Emanuel T. Newman_

Emanuel T. Newman

COPIES TO:    United States District Court    U.S. Attorney
              Clerk Of The Court              316 Federal Building
              228 Walnut Street               240 West Third Street
              Harrisburg, Pa 17703            Williamsport, Pa 17108

```
Sales Rec??? ----.O.O. ---
Oxford PA?
397A
Account No. 1D-18639      0X80860
KEIMACL PRODUCT, ?
12/09/0007 06:12:25 PM TX#42651#    97

Credit??? as Customer
Prseical's Balance is $124.14
Operating Draft Balance is $000.42
Account Balance is $126.14

Qty   Description              Price
      Break Card              $00.00
1     SCIFMOOL, CLASE W/        $2.45
1     CEREAL, COCOA NUT        $2.80
#     GARLIC, 2-BULB BO        $0.45
#     GARLIC, 2-BULB BO        $0.45
1     ICE CREAM, CHOCOL        $1.80
1     GUMS, WINTERMINT         $1.30
1     ?????                    $2.45
      ICE CREAM, PREMIU        $2.80
      CHEESE, MOZZERELL        $0.90
2     P-BAG, OLIVES, C,C       $0.75
2     P-BAG, MUSHROOMS         $0.75
2     P-BAG, MINT-FUDGE        $0.25
2     P-BAG, MINT-FUDGE        $0.25
1     BROCCOLI, FRESH          $7.05
      RICE, BROWN              $2.50
??    BEEF, SUMMER             $5.20

                  Total        $33.05

Charge Balance:        $33.05

?? ??? for Use of This are Local Use Only

Pending Surcharge:
Available Balance is $69.49
Operating Draft Balance is $000.42
Account Balance is $00?.42

???????
?? ??????? ????? ???????
```

E.T. Newman #13418-039
Federal Correctional Institution
P.O. BOX 1000
Oxford, Wis 53952-1000



FILED

PER
HARRISBURG, PA

DEC 1 6 2003

DEPUTY CLERK

Legal Mail

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA

17703



