ORIGINAL

) ·  ∪ P/25ᴜᴄ

DB

FILED

DEC 1 6 2003

PER _____ ᴌᴛᴋ/
HARRISBURG, PA.    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Newman,          )
                         )
          Plaintiff      )
                         )
                         )
     v.                  )
                         )        Case No.  01-0677
                         )                 _____
                         )
Ronald L. Jury, SIS,     )        (Judge, Conner)
et al,                   )
          Defendant      )
                         )

Motion to Set Settlement Conference

Comes now plaintiff and moves the court to set a settlement
conference in the above captioned cause. In support of the motion,
plaintiff would show the court:

1. That he is preparing for a week long trial in federal
court involving a minimum of ten (10) witnesses with a jury
decision thereafter;

2. That in the interests of justice and reducing the
administrative burden upon the court's time and personel,
it may be beneficial to explore settlement between the parties;

3. That plaintiff will willingly participate in negotiations
in the event that a telephonic settlement conference is set.

WHEREFORE, plaintiff moves the court to grant the above

motion and for all other just and proper relief in the premises.


                                    Respectfully submitted,


                                    Emanuel Newman, Plaintiff
                                    13418-039
                                    F.C.I. Oxford
                                    P.O. BOX 1000
                                    Oxford, Wis 53952-1000


                        Certificate of Service
                        _____

      I certify that a true copy of the above and foregoing

was mailed to opposing counsel  this  8th day of December,

2003, by depositing same in the United States mail, first

class postage.


      Copies to:


                                    Emanuel Newman, Plaintiff



U.S. District Court              U.S. Attorney
Office Of The Clerk              Middle District Of Pennsylvania
228 Walnut Street                316 Federal Building
Harrisburg, Pa 17108             240 West Third Street
                                 Williamsport, Pa 17701

EMMANUEL T. NEWMAN
13418-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WIS 53952-1000

LEGAL MAIL

FILED
DEC 16 2003
PER _____
HARRISBURG, PA    DEPUTY CLERK



U.S. DISTRICT COURT
OFFICE OF THE CLERK
228 WALNUT STREET
HARRISBURG, PA 17108

