UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| Emanuel Thomas Newman,<br>Plaintiff,<br><br>-Vs-<br><br>Ronald L. Jury, Lt, SIS,<br>et al,<br>Defendants, | Case no. 01-0677<br><br>(Judge, Conner) |

FILED
DEC 1 6 2003
HARRISBURG, PA.    DEPUTY CLK

PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION
TO MOTION FOR CORRESPONDENCE

**Comes Now**, Emanuel Thomas Newman, plaintiff pro-se, and submits his response to the defendant's objections to correspondence with the witnesses which plaintiff wishes to call.

In support thereof, plaintiff states the following:

The defendants have failed to cite any case law in support of their motion in objection to correspondence. Furthermore, their reason for objecting is centered around only one of plaintiff's six inmate witnesses. That witness is Aldrich Ames Fed. Reg. No 400-87-083. To date plaintiff has been alowed to correspond with five of the six inmate witnesses, which he wishes to call.

However, plaintiff has been informed by institution staff at F.C.I. Oxford, that      correspondence will be denied.

Inmate Ames's testimony is important to plaintiff case, because he alone out of the other witnesses has been trianed in sence investigation and recognition. Furthermore, his training as

an agent in the Cenntral Inteligence Agency delt with memory retention of sences and events.

Inmate Ames is no different from any other inmate witness who this plaintiff will correspond with. All incoming and outgoing inmate mail is read by staff. The only correspondence plaintiff will have with inmate Ames will be legal in nature and deal specifically with the pending civil case, and nothing more.

Plaintiff conceeds that some years back inmate Ames might have been considered a high profile inmate, but that time has long since passed, and the defendants failed to specifically state just what the nature of the restrictions placed upon Ames were.

Furthermore, this plaintiff has no such restrictions that have been placed upon him. There are no matters of national security at issue in this case. This case deals with a failure to protect, and nothing else. Defendants objections appear to be more of a political nature, and therefore, have no place in this case.

Therefore, plaintiff moves this court to issue an order granting **limited legal correspondence** between plaintiff and inmate Aldrich Ames, so that plaintiff who is pro-se can prepare for trial.

Respectfully submitted by, _[signature]_
Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

Date: December 6, 2003

## AFFIDAVIT OF EMANUEL T. NEWMAN

I, Emanuel T. Newman, pursuant to 28 U.S.C. § 1746, do hereby state that the following is true and correct to the best of my knowledge and belief:

1) That I Emanuel T. Newman, inmate number 13418-039 am the plaintiff in the now pending civil case Newman v. Jury, et al.

2) That Aldrich Ames is a witness to facts and events that took place from April 16, 1999 to May 14, 1999.

3) That Aldrich Ames and myself have had conversations concerning conversations that he personally had with Kevin Tensley and persons whom Tensley attempted to employ to carry out a muder plot against myslef.

4) That Aldrich Ames informed me himself that he saw myself along with inmates Brown, Hazel, and JAckson walking to Lt. Jimme White's office on or around the week of May 10, 1999.

5) That I want to call Aldrich Ames as a witness to testify concerning the facts and events about which he has personal knowledge.

6) That I Emanuel T. Newman plaintiff pro-se in the pending civil case Newman v. Jury, et al., am preparing to go to trial and defend myself in this matter, and I need correspondance with all of my inmate witnesses including Aldrich Ames, because I am untrained in the legal profession. And,

FURTHER I SAYETH NOT.

This 5th day of December, 2003

By *(signature)*
Emanuel Thomas Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,       )
                             )
                             )
                             )  Civil no. 1:CV-01-0677
        Vs.                  )
                             )
                             )
                             )
Ronald L. Jury, et al,       )
                             )
                             )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This  5  day of  Dec , 2003.

By: _____
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, Pa 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA (  )*
                17108





U.S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

LEGAL MAIL

E.T. Newman 13418-039
Federal Correctional Institution
P.O. BOX 1000
Oxford, Wisconsin 53952-1000



FILED
DEC 16 2003
PER _____ DEPUTY CLERK
HARRISBURG, PA