TAM:MEM:mel:2001V00411

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,   Plaintiff | : : : |
| v. | : Civil No. 1:CV-01-0677 : (Conner, J.) |
| RONALD L. JURY, Lieutenant, SIS, et al.,   Defendants | : : **FILED ELECTRONICALLY** : : |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S "MOTION FOR CONTINUANCE"

This is a failure to protect case filed under <u>Bivens</u> by a federal prisoner, Emanuel Thomas Newman. Defendants are two employees of USP Allenwood: Lieutenant Louis Caprio and Lieutenant James White. Newman alleges these staff members allowed him to be assaulted on May 14, 1999, by another inmate, Kevin Tinsley, despite the fact that Newman sought defendants' protection prior to the day of the assault.

The case is presently set for trial. Jury selection is scheduled to commence on February 2, 2004.

On December 16, 2003, Newman filed a motion seeking a six-month continuance of the trial.  Defendants take no position on the motion.

                                      Respectfully submitted,

                                      THOMAS A. MARINO
                                      United States Attorney

                                      <u>s/Mark E. Morrison</u>
                                      MARK E. MORRISON
                                      Assistant U.S. Attorney
                                      Atty. I.D. No. PA43875
                                      MICHELE E. LINCALIS
                                      Paralegal Specialist
                                      316 Federal Building
                                      240 West Third Street
                                      Williamsport, PA 17701
                                      Phone:  717-221-4482
                                      Fax: 717-221-2246

Date: December 22, 2003

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** : | |
| Plaintiff : | |
| : | |
| v. : | Civil No. 1:CV-01-0677 |
| : | (Conner, J.) |
| **RONALD L. JURY, Lieutenant,** : | |
| **SIS, et al.,** : | **FILED ELECTRONICALLY** |
| Defendants : | |

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on December 22, 2003, she served a copy of the attached

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S "MOTION FOR CONTINUANCE"**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952-1000

                                                       s/ Michele E. Lincalis
                                                       MICHELE E. LINCALIS
                                                       Paralegal Specialist