**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of December, 2003, upon consideration of plaintiff's motion for order of correspondence (Doc. 81), and it appearing that procedures exist to permit inmate correspondence and that prison officials have reasonably followed these procedures with respect to plaintiff's requests, it is hereby ORDERED that the motion (Doc. 81) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge