**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of December, 2003, upon consideration of plaintiff's motion to set settlement conference (Doc. 91), and it appearing that defendants neither concur in the request nor believe that a settlement may be reached, it is hereby ORDERED that the motion (Doc. 91) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge