**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of January, 2004, upon consideration of plaintiff's motion for continuance (Doc. 90), and it appearing that defendants do not oppose the motion, it is hereby ORDERED that the motion (Doc. 90) is GRANTED. Jury selection will commence **at 9:30 a.m. on Monday, May 24, 2004**, in Courtroom No. 1, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Pending criminal trials, if any, will be tried first.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge