**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of January, 2004, upon consideration of plaintiff's motion for writ of habeas corpus ad testificandum (Doc. 82), seeking a court order compelling the production of plaintiff at trial in the above-captioned case in "proper attire," other than a "prison uniform," and requiring prison officials to allow plaintiff access to "all pertinent documentation, exhibits and other legal materials" during trial, it is hereby ORDERED that the motion (Doc. 82) is GRANTED in part and DENIED in part as follows:

1. A writ shall issue securing plaintiff's attendance in court during trial of the above-captioned case wearing clothes other than prison garb.

2. Prison officials shall make reasonable efforts consonant with legitimate penological objectives to ensure that plaintiff has access to pertinent legal preparation materials in court during trial of the above-captioned case.

3. The motion (Doc. 82) is otherwise DENIED.

        <u>S/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge