```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


EMANUEL THOMAS NEWMAN,            :
            Plaintiff             :  No. 1:CV-01-0677
                                  :  (Conner, J.)
            v.                    :
                                  :
RONALD L. JURY, Lieutenant,       :
SIS, et al.,                      :  Filed Electronically
            Defendants            :
```

## O R D E R

**NOW**, this _____ day of _____, 2004, upon consideration of defendants' motion for enlargement of time, **IT IS HEREBY ORDERED** that the motion is granted. Defendants shall advise the Clerk of Court of the availability of locations suitable for videoconferencing on the dates scheduled for trial on or before February 9, 2004.

```
                              _____
                              CHRISTOPHER C. CONNER
                              United States District Judge
```