**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of February, 2004, upon consideration of defendants' motion for an extension of time to advise the Clerk of Court of the availability of locations suitable for videoconferencing on the dates scheduled for trial (Doc. 102), it is hereby ORDERED that the motion (Doc. 102) is GRANTED. Defendants shall advise the Clerk of Court of the availability of such locations on or before February 23, 2004.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge