F.C.I. Oxford
P.O. Box 1000
Oxford, Wis 53952

none to U

CLERK OF COURT
U.S. DISTRICT COURT
228 WALNUT STREET
HARRISBURG, PA 17703

Feb 16, 2004

FILED
FEB 23 2004
PER _____
HARRISBURG, PA DEPUTY CLERK

Re: PAYMENT OF WITNESS FEE'S.    1-CV-677

Dear Clerk of the Court:

I am the inmate plaintiff in case No: 01-CV-0677 Newman vs. Jury. I was granted an enlargement of time to go to trial by the court so I could save up the necessary $280 in witness fees (7 x $40 = $280).

However, there is nothing in the local rules of procedure, civil rules of procedure, or any of the self help manuals that I have purchased, which instructs me on how to proceed.

Furthermore, I've called the court twice concerning this matter, and none of the clerks knew what to tell me.

I don't want any legal advice; I just need the procedure on what to do.

—1—

1) Do I send the subpoena for each witness with a separate check for $40.00? <u>To the court</u>? or <u>to the witness</u>?

2) Or, can I send the separate subpoenas for each witness with a single check for the entire amount i.e. $40 x 7 = $280.00? <u>To the court</u>?

3) Do I send it to the court? If so what? The subpoenas and or the checks? Please help me with this matter.

Shalom

Emanuel Thomas Njem

EMANUEL T. NEWMAN
13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000



FILED
FEB 23 2004
PER HARRISBURG, PA
DEPUTY CLERK



MADISON WI
PM
18 FEB
2004

CLERK OF THE COURT
Middle District Pennsylvania
228 Walnut Street
Harrisburg, PA 17703



FIRST-CLASS USA