IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, <br> Plaintiff | : <br> : <br> : | CIVIL ACTION NO. 1:01-CV-677 |
| v. | : <br> : | (Judge Conner) |
| LOUIS CAPRIO and <br> JAMES P. WHITE, <br> Defendants | : <br> : <br> : <br> : | |

FILED
HARRISBURG, PA
MAR 25 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE UNITED STATES MARSHALS SERVICE and THE SUPERINTENDENT OF THE FEDERAL CORRECTIONAL INSTITUTION AT OXFORD, WISCONSIN

You or one of your authorized deputies are hereby commanded to produce the person of (**Emanuel Thomas Newman, ID # 13418-039**) from the Federal Correctional Institution at FCI Oxford, P.O. Box 500, Oxford, WI 53952, for the purpose of attending and testifying at trial in the captioned action, to which he is a party, before the undersigned at **9:30 a.m. on Monday, May 24, 2004**, in Courtroom No. 2, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, and to keep the prisoner safe and confine him from day to day, when not appearing in court.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

Dated: March 25, 2004

_____
CHRISTOPHER C. CONNER
United States District Judge