IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA, HARRISBURG DIVISION

Emanuel T. Newman,           )
        Plaintiff,           )
                             )
                             )
                             )                Case no. 01-CV-0677
                             )
        -Vs-                 )
                             )
                             )
                             )
Ronald L. Jury.,S.I.S. et al.,)
        Defendants,          )                (Judge, Conner)
                             )

**PLAINTIFF'S MOTION FOR VIDEO PLAYER**

FILED
MAR 3 1 2004
PER _____
HARRISBURG, PA   DEPUTY CLERK

Comes Now, Emanuel T. Newman, plaintiff (hereinafter New-
man), and moves this court to order the government to produce a
video player and T.V. in the court room for the viewing of the
video made by staff at U.S.P. Allenwood on April 16, 1999, and
and May 14, 1999.

In support thereof, Newman states:

That during both incidents related to this court trial
the staff at U.S.P. Allenwood made video tapes of this plaintiff,
and the area of the incident, as well as the other inmate involved.

Therefore, because this plaintiff has moved his non-inmate
witnesses to bring copies of said videos with them, plaintiff
moves the court to order the government and or clerk of the court
to have a video player, cables to hook it up and a T.V. to play
them on in the courtroom on May 24, 2004.

Respectfully submitted by, _____

Emanuel T. Newman
13418-039

Dated: _____,2004

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

Emanuel Thomas Newman,

)
)
)
)                          Civil no. 1:CV-01-0677
)
Vs.                         )
)
)
)
Ronald L. Jury, et al,      )
)
)

---

CERTIFICATE OF SERVICE

---

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. §
1746, do hereby upon my oath state that I have served all parties
to this civil action via the United States Mail Service, of copies
of the attached documents.

This __23__ day of March, 2004.

By, _Emanuel Thomas Newman_
Emanuel Thomas Newman

Copies to:U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, Pa 17703

U.S.DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA (PA)*
17108

Emanuel T. Newman
13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000





FILED
MAR 3 1 2004
PER
HARRISBURG, PA   DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

Legal Mail