IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA, HARRISBURG DIVISION

| | |
|---|---|
| Emanuel T. Newman,<br>    Plaintiff, | )<br>)<br>) |
| -Vs- | ) Case no. 01-CV-0677<br>)<br>) |
| Ronald L. Jury., S.I.S. et al.,<br>    Defendants, | )<br>) (Judge, Conner)<br>) |

FILED
MAR 31 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

PLAINTIFF'S MOTION FOR SEPERATION OF WITNESSES

Comes Now, Emanuel T. Newman, PLaintiff (hereinafter Newman), and moves this court for a seperation of witnesses for both plaintiff and defendants.

This seperation is needed to ensure that certain persons who have been called as witnesses cannot alter their testimony after hearing the testimony of other person who have taken the witness stand to testify.

Furthermore, said motion is made on good faith by the plaintiff to ensure that none of the witnesses whom he calls, that are incarcerated inmates will have the opportunity to adopt bits of others statements into their own. Thereby, protecting the rights of the defendants as well as his own.

Respectfully submitted by, _____
                             Emanuel T. Newman
                             13418-039
Date: March 23 ,2004.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,           )
                                 )
                                 ) Civil no. 1:CV-01-0677
         Vs.                     )
                                 )
                                 )
                                 )
Ronald L. Jury, et al,           )
                                 )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This ___ day of MARCH, 2004.

By, _____
       Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, PA 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 17108