```
            IN THE UNITED STATES DISTRICT
            COURT FOR THE MIDDLE DISTRICT OF
            PENNSYLVANIA, HARRISBURG DIVISION
```

| | |
|---|---|
| Emanuel T. Newman,<br>    Plaintiff, | )<br>)<br>) |
| -Vs- | )  Case no. 01-CV-0677<br>)<br>) |
| Ronald L. Jury., S.I.S. et al.,<br>    Defendants, | )<br>)  (Judge, Conner)<br>) |

FILED
MAR 3 1 2004
PER _____
HARRISBURG, PA  DEPUTY C

PLAINTIFF'S PROPOSED VOIR DIRE
QUESTIONS

Plaintiff submits the following list of proposed voir dire questions:

1) How long have you lived in this area?

2) Do you own your own home?

3) Do you have any children? If so how many and what sex?

4) Where do you work, and what is you job title?

5) What clubs and or social organizations do you belong?

6) Does any member of you family work in law enforcement or corrections?

7) Do you believe that a law enforcement persons testimony is likely to be more truthful than the average citizen?

8) Do you feel that the property value of the houses where you live would be adversely effected if Blacks moved into the area?

9) Have you, any member of your family, or anyone that you know, been the victem of a crime?

10) Have you, any member of your family, or anyone you know been the victem of a crime that was committed by a Black person?

11) Do you feel that affirmitive action programs, and racial set aside programs are good for America?

-1-

12) Do you believe that the criminal justice system sometimes makes mistakes, and that innocent people are found guilty?

13) Do you believe that its alright for prisoners to be tortured?

14) Do you believe that the Federal Bureau Of Prisons has the responsibility to protect prisoners from unnecessary harm?

15) How far did you go in school?

16) Have you or anyone that you know been arrested before?

17) If you do, as most people do, have certain prejudices, can you agree that you will levae those prejudices outside this courtroom, and that you will decide this case strickly upon the evidence.

18) Do you feel that everyone who has been convicted of a crime is guilty?

19) Do you believe that there are circumstances in which the U.S. Government is legally responable to pay monitary damages where it is proven by the evidence that it agents failed to protect someone in their care?

20) Do you believe that serving on this jury will interfere with either your family life or job to the extent that you don't think that you can devote the time necessary to weigh the evidence?

21) Do you believe that correctional officers would lie to protect one another, even though they know that person is in the wrong?

22) Do you believe that correctional officers should lie to protect one another, even when one of them is in the wrong?

23) Do you know anyone who is incarcerated or has been?

24) The following persons are defendants in this case: Louis Caprio, and Jimmie White. Do you know them or anyone who does?

25) Have you any personal opion about U.S.P. Allenwood? If so what are they.

26) Does your job cause you to come in contact with or work with law enforcement or correctional persons?

27) Have you ever been inside a jail or prison? Please explaine.

28) Do you think prisoners at U.S.P. Allenwood are treated to lightly?

29) Do you feel that prisoners in general are treated to lightly?

30) What do you think the purpose of prison is?

31) Do you believe that prisoners are entitled to fair and humane treatment?

32) If a prisoner disobeys a prison rule/order, should he or she be punished, and if so how?

33) If a prisoner makes prison staff aware of a murder plot againt himself should prison staff do everthing in their power to stop said from taking place?

34) Do you believe that their are circumstances under which a prisoner forfeits his or her rights to humane and equitable treatment, if so what are they?

35) Do you think at a prison gard is more likely to tell the truth than a prisoner?

36) Under what circumstances do you think that a prison staff person would be likely to give false testimony?

Under what circumstances do you think that people working on the same job are likely to protect a co-worker they suspect of wrongdoing?

-3-

37) Do you believe that in a prison where the movement of every inmate is tracked by a written institutional pass, that prison officials can prove where an inmate is at any given time?

38) Do you believe that in a prison where the movement of every inmate is tracked by a written pass system that if an inmate claims to have been at a certain place in that institution, that prison staff can prove that he has never been to that place by producing all of the passes for that time period?

39) Do you believe that if an inmate claims to have been to a certain place in the prison, and that staff wrote him a pass to go there, the pass would prove that he had been there?

40) Do you believe that if prison staff refused to produce a certain institutional pass that proves the whereabouts of an inmate, that they might have something to hide concerning that inmate or that pass?

41) Do you believe in God?

42) Do you believe that America is _____ with officials who lie to the people instead of upholding the constitution?

43) Do you believe in the Constitution, and Bill of Rights?

44) Do you believe that everyone makes mistakes, and should face up to them, when they happen?

Respectfully submitted by, _____
                            Emanuel T. Newman

Date: March 23, 2004.

-4-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,       )
                             )
                             ) Civil no. 1:CV-01-0677
         Vs.                 )
                             )
                             )
Ronald L. Jury, et al,       )
                             )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This 23 day of March, 2004.

By, _____
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, PA 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 17101
17108