IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA, HARRISBURG DIVISION

---

Emanuel T. Newman,  )
    Plaintiff,  )
              )
              )     Case no. 01-CV-0677
              )
    -Vs-        )
              )
              )
              )
Ronald L. Jury.,S.I.S. et al.,)
    Defendants,  )    (Judge, Conner)

PLAINTIFF'S MOTION TO DECLARE DEFENDANT'S
HOSTILE WITNESSES

---

**Comes Now**, Emanuel T. Newman, plaintiff (hereinafter Newman)
and moves this court to declare all of the defendant's witnesses
as Hostile Witnesses.

In support thereof plaintiff states the following:

1) That any witnesses called by the defendant's to testify
in this case are either employees of U.S.P. Allenwood, or inmate
informants working for employees of U.S.P. Allenwood.

2) That prison staff are trianed in a "them and us", mentality
and all prisoners as the enemy.

3) That any inmate who might be called by the defendant's
to testify in this matter will be one of their informants, who
more than likely is looking for some type of reward for his
testimony. The Fed.Rul.Evid. Rule 611 (c), in material part reads

"When a party calls a hostile witness, an adverse party, or a
witness identified with an adverse party, interrogation may be
by leading questions." The note to subsection (c) define adverse
witness as: "The witness who is hostile, unwilling, or biased;"

-1-

4) Any employee of the B.O.P. or U.S.P. Allenwood is going to be biased against this plaintiff who is a convicted federal prisoner, because of their seriously intense training.

5) Any inmate informant who testifies for them will be seeking sometype of reward in return for his testimony, and his testimony will be intentionally biased against this plaintiff.

Therefore, plaintiff moves this court under the Federal Rules of Evidence Rule-611(c), to declare the witnesses called by the defendant's as hostile, and grant this plaintiff permission to use leading questions during direct and cross examination.

Respectfully submitted by, _____ 7/29/04

Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,                    )
                                          )
                                          )
                                          )    Civil no. 1:CV-01-0677
                                          )
              Vs.                         )
                                          )
                                          )
                                          )
Ronald L. Jury, et al,                    )
                                          )

CERTIFICATE OF SERVICE

        I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. §
1743, do hereby upon my oath state that I have served all parties
to this civil action via the United States Mail Service, of copies
of the attached documents.

This __23__ day of March, 2004.

By, _____
       Emanuel Thomas Newman

Copies to:U.S. Attorney
          316 Federal Building
          240 West Third Street
          Williamsport, Pa 17703

                                          U.S.DISTRICT COURT
                                          CLERK OF THE COURT
                                          228 WALNUT STREET
                                          HARRISBURG, PA (21)*
                                                    17108