cc: cc, USM (x 3 cert), Supt USP Lee

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** Plaintiff | **CIVIL ACTION NO. 1:01-CV-677** |
| v. | (Judge Conner) |
| **LOUIS CAPRIO and JAMES P. WHITE,** Defendants | |

FILED
HARRISBURG, PA
APR 09 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: **THE UNITED STATES MARSHALS SERVICE and THE SUPERINTENDENT OF THE UNITED STATES PENITENTIARY LEE AT JONESVILLE, VIRGINIA**

You or one of your authorized deputies are hereby commanded to produce the person of **Kevin Tinsley, Inmate Register No. 49227-083**, from the USP Lee in Jonesville, Virginia, to the Electronic Courtroom, at the Federal Courthouse, 322 East Wood Avenue, Big Stone Gap, Virginia, 24219, for the purpose of testifying, via video-conference, as a fact witness at trial in the above-captioned matter, **on Monday, May 24, 2004, at 9:30 a.m.**, and to keep the prisoner safe and confine him from day to day, when not appearing in court. If practicable, the prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

Dated: April 9, 2004

_____
CHRISTOPHER C. CONNER
United States District Judge