IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, Plaintiff | CIVIL ACTION NO. 1:01-CV-677 |
| v. | (Judge Conner) |
| LOUIS CAPRIO and JAMES P. WHITE, Defendants | |

FILED
HARRISBURG, PA
APR 09 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE UNITED STATES MARSHALS SERVICE and THE SUPERINTENDENT OF THE UNITED STATES PENITENTIARY FLORENCE AT FLORENCE, COLORADO and THE SUPERINTENDENT OF ADX FLORENCE AT FLORENCE, COLORADO

You or one of your authorized deputies are hereby commanded to produce the person of **Bobby Hazel, Inmate Register No. 41097-133,** from the USP Florence in Florence, Colorado, to the ADX Courtroom, at ADX Florence, for the purpose of testifying, via video-conference, as a fact witness at trial in the above-captioned matter, **on Monday, May 24, 2004, at 9:30 a.m.**, and to keep the prisoner safe and confine him from day to day, when not appearing in court. If practicable, the prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned t the institution where he is currently incarcerated.

Dated: April 9, 2004

CHRISTOPHER C. CONNER
United States District Judge