TAM:MEM:mel

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, : | |
| Plaintiff : | No. 1:CV-01-0677 |
| : | (Conner, J.) |
| v. : | |
| : | |
| RONALD L. JURY, Lieutenant, : | |
| SIS, et al., : | Filed Electronically |
| Defendants : | |

### BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY/RESTRICT THE USE OF PEREMPTORY CHALLENGES

This is a <u>Bivens</u> complaint against Bureau of Prisons' employees claiming a deliberate indifference to Newman's safety and welfare. One of the defendants, Ronald L. Jury, was dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), on March 19, 2002. Newman alleges that the remaining defendants, Lieutenant Louis Caprio and Lieutenant James White, allowed him to be assaulted on May 14, 1999, by another inmate, Kevin Tinsley, despite the fact that he sought defendants' protection prior to the day of the assault. The case is presently set for trial. Jury selection is scheduled to commence on May 24, 2004.

Presently before the Court is Newman's "Motion to Modify/Restrict the Use of Peremptory Challenges." Specifically, Newman requests that counsel for defendants not use the majority of his peremptory challenges to exclude African Americans from

the jury.  Newman also requests that he be allowed to have the same number of peremptory challenges as that of the two defendants or that the Court "restrict the number of challenges the defendants have to the same that Newman is allowed to have." Doc. 109, p. 2

In response, defendants submit that they are not planning to make any requests for additional peremptory challenges beyond that which is provided by Rule 47 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1870.

                                        Respectfully submitted,

                                        THOMAS A. MARINO
                                        United States Attorney

                                        <u>s/Mark E. Morrison</u>
                                        MARK E. MORRISON
                                        Assistant U.S. Attorney
                                        Atty. I.D. No. PA43875
                                        MICHELE E. LINCALIS
                                        Paralegal Specialist
                                        316 Federal Building
                                        240 West Third Street
                                        Williamsport, PA 17701
                                        Phone:  717-221-4482
                                        Fax: 717-221-2246

Date:  April 12, 2004

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** : | |
| Plaintiff : | No. 1:CV-01-0677 |
| : | (Conner, J.) |
| v. : | |
| : | |
| **RONALD L. JURY, Lieutenant,** : | |
| **SIS, et al.,** : | **Filed Electronically** |
| Defendants : | |

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on April 12, 2004, she served a copy of the attached

**BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION TO MODIFY/RESTRICT THE USE OF
PEREMPTORY CHALLENGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952-1000

                                                s/ Michele E. Lincalis
                                                MICHELE E. LINCALIS
                                                Paralegal Specialist