TAM:MEM:mel

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** : | |
| Plaintiff : | No. 1:CV-01-0677 |
| : | (Conner, J.) |
| v. : | |
| : | |
| **RONALD L. JURY, Lieutenant,** : | |
| **SIS, et al.,** : | **Filed Electronically** |
| Defendants : | |

## BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO DECLARE DEFENDANT'S HOSTILE WITNESS

This is a <u>Bivens</u> complaint against Bureau of Prisons' employees claiming a deliberate indifference to Newman's safety and welfare. One of the defendants, Ronald L. Jury, was dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), on March 19, 2002. Newman alleges that the remaining defendants, Lieutenant Louis Caprio and Lieutenant James White, allowed him to be assaulted on May 14, 1999, by another inmate, Kevin Tinsley, despite the fact that he sought defendants' protection prior to the day of the assault. The case is presently set for trial. Jury selection is scheduled to commence on May 24, 2004.

Presently before the Court is Newman's motion to declare all of defendants' witnesses as "hostile" as "any witnesses called by the defendant's [sic] to testify . . . are either employees of the U.S.P. Allenwood, or inmate informants working for employees

of the U.S.P. Allenwood." Doc. 111, p. 1. He therefore requests permission to use leading questions as set forth in Federal Rule of Evidence 611(c). Defendants submit that Newman's motion is premature, as the Court must apply Rule 611(c) in it's discretion based on the evidence as presented at trial.

                        Respectfully submitted,

                        THOMAS A. MARINO
                        United States Attorney

                        <u>s/Mark E. Morrison</u>
                        MARK E. MORRISON
                        Assistant U.S. Attorney
                        Atty. I.D. No. PA43875
                        MICHELE E. LINCALIS
                        Paralegal Specialist
                        316 Federal Building
                        240 West Third Street
                        Williamsport, PA 17701
                        Phone: 717-221-4482
                        Fax: 717-221-2246

Date: April 12, 2004

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | |
| Plaintiff | : | No. 1:CV-01-0677 |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **RONALD L. JURY, Lieutenant,** | : | |
| **SIS, et al.,** | : | **Filed Electronically** |
| Defendants | : | |

CERTIFICATE OF SERVICE BY MAIL

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

      That on April 12, 2004, she served a copy of the attached

**BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION TO DECLARE DEFENDANT'S HOSTILE WITNNESS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952-1000

                                                  s/ Michele E. Lincalis
                                                  MICHELE E. LINCALIS
                                                  Paralegal Specialist