**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL NO. 1:CV-01-0677** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **RONALD L. JURY, Lieutenant,** | : | |
| **SIS, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 21st day of April, 2004, upon consideration of plaintiff's motion in limine in which he requests that defendants be precluded from "presenting specific evidence to the jury," regarding the past criminal histories and religious affiliations of plaintiff and his incarcerated witnesses, and plaintiff's motion to declare all defendants' witnesses as "hostile", it is hereby ORDERED that plaintiff's motions (Docs. 107, 111), are denied as premature. The court presumes that neither party will introduce any evidence beyond what is permitted by the Federal Rules of Evidence, specifically Rules 404, 607, 609 and 611. However, if at the time of trial, Newman believes defendants act beyond the scope of such rules, he may place an objection on the record which the court will then address.

                                               S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge