**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL NO. 1:CV-01-0677** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **RONALD L. JURY, Lieutenant,** | : | |
| **SIS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of April, 2004, upon consideration of plaintiff's motion for the availability of a videotape player and television within the courtroom on the dates scheduled for trial, it is hereby ORDERED that plaintiff's motion (Doc. 106), is GRANTED. A television and videotape player will be available in the courtroom on the day of trial.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge