IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA, HARRISBURG DIVISION

Emanuel T. Newman,                    )
        Plaintiff,                    )
                                      )
                                      )          Case no. 01-CV-0677
        -Vs-                          )
                                      )
                                      )
                                      )
Ronald L. Jury.,S.I.S. et al.,)
        Defendants,                   )          (Judge, Conner)
                                      )

PLAINTIFF'S RESPONSE TO OBJECTION TO HIS
MOTION TO DECLARE DEFENDANT'S WITNESSES HOSTILE

        **Comes Now**, Emanuel T. Newman, plaintiff PRO-SE (herein-
after Newman), and submits his response to defendant's objections
to his motion to declare defendant's witnesses hostile.

        Newman has alleged in his 1983/1331 **Bivens** action that he
made staff aware of a murder plot against his person by members
of the D.C. Boys prison gang, and through the deliberate indiffer-
ence of the prison staff after they had confirmed said plot
and returned him to general population, that he was attacked by
a member of said prison gang, which resulted in a permenant
injury to his feild of vision in his left eye.

        In support thereof Newman states the following:

        This case is set for jury selection on May 24, 2004 at
9:30 A.M. in the Federal Courthouse.

-1-

Plaintiff has done research into the status of prison staff persons being called to testify in civil cases where the plaintiff is an incarcerated prisoner, and in all of the cases those persons could only be labeled as hostile witnesses.

The defendant's feel that plaintiff's motion is a bit premature, because this court must apply Federal Rules of Evidence Rule 611 (c) based upon the evidence presented at trial.

Therefore, plaintiff humbly moves this court in the event the court feels that his motion is in fact premature, to be allowed to renew at a later time if necessary.

Respectfully submitted by, _Emanuel T. Newman_

Emanuel T. Newman
Pro-Se plaintiff

## CERTIFICATE OF SERVICE

I, Emanuel T. Newman, pursuant to 28 U.S.C. 1746 do hereby state that I have placed sufficient postage for first class mailing to all parties concerned.

This 16 day of April, 2004

By, _Emanuel T. Newman_

Emanuel T. Newman
Plaintiff Pro-se

Copies to:

U.S. Attroney
316 Federal Building
240 West Third Street
Williamsport, PA 17701

U.S. District Court
Middle District of Penn
228 Walnut Street
HArrisburg, Pa 17108

EMANUEL T. NEWMAN
13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL MAIL

17108+3801

MADISON
537
P.M.
20

U.S. District Court
Middle District of Penn
228 Walnut Street
Harrisburg, PA 17108

