IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA, HARRISBURG DIVISION

Emanuel T. Newman, )
    Plaintiff, )
)
) Case no. 01-CV-0677
-Vs- )
)
)
Ronald L. Jury., S.I.S. et al., )
    Defendants, ) (Judge, Conner)
)

FILED APR 26 2004 — BURG. PA. — AAA DEPUTY CLERK

PLAINTIFF'S RESPONSE TO OBJECTION TO HIS

MOTION TO MODIFY / <u>RESTRICT PEREMPTORY CHALLENGES</u>

    **Comes Now**, Emanuel T. Newman, plaintiff PRO-SE (hereinafter Newman), and submits his response to defendant's objections to Modify/restrict the use of peremptory challenges/

    Newman has alleged in his 1983/1331 <u>Bivens</u> action that he made staff aware of a murder plot against his person by members of the D.C. Boys prison gang, and through the deliberate indifference of the prison staff after they had confirmed said plot and returned him to general population, that he was attacked by a member of said prison gang, which resulted in a permenant injury to his feild of vision in his left eye.

    In support thereof Newman states the following:

    This case is set for jury selection on May 24, 2004 at 9:30 A.M. in the Federal Courthouse.

Pursuant to the Federal Rules Of Civil Procedure Rule 47, and title 28 U.S.C. § 1870, the Congress of the United States has impowered this court with the authority to decide the number of peremptory challenges. "Allocating six peremptory challenges to plaintiff and six defendant-third-party plaintiff and two third party defendants, thus allowing parties defendants two each, was not an abuse of discretion in multiparty civil cases." <u>Fedorchick v. Massey-Ferguson, Inc</u>, 557 F.2d 856 (3rd.Cir.1978); "Trial judge has discretion as to the number of peremptory challenges." <u>Smith v. Pressed Steel Tank Co.</u>, (D.C.Pa.1975, 66 F.R.D. 429, affirmed 524 F2d 1404)

Therefore, plaintiff moves this court to use it's own discretion in deciding the correct number of peremptory challenges to be issued in this case before the court.

Respectfully submitted by, _____
Emanuel T. Newman
13418-039
Plaintiff pro-se
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

Date April 19, 2004


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emanuel Thomas Newman, | ) |
| | ) |
| | ) Civil no. 1:CV-01-0677 |
| Vs. | ) |
| | ) |
| Ronald L. Jury, et al, | ) |
| | ). |

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This 19 day of April, 2004.

By, _____
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, Pa 17703

           U.S. DISTRICT COURT
           CLERK OF THE COURT
           228 WALNUT STREET
           HARRISBURG, PA 17108

MANUEL T. NEWMAN
#18-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT C[OURT]
MIDDLE DISTRICT OF PENNSYL[VANIA]
228 WALNUT STREET
HARRISBURG, PA 17108

