IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

Emanuel T. Newman, )
    Plaintiff, )
)
-Vs- )  1:01-CV-677
)
Ronald L. Jury, SIS, et al., )
    Defendants, )

FILED
HARRISBURG
MAY 03 2004
_____ CLERK

PLAINTIFF'S MOTION FOR SANCTIONS
AND CONTEMPT AGAINST THE DEFENDANT'S
AND THEIR COUNSEL

    Comes Now, Emanuel T. Newman, plaintiff pro-se, and hereby submits his motion for sanctions and contempt charges against the defendants and their counsel.

    In support thereof, plaintiff states the following:

    Planitiff has packed out for transit, and does not have access to any of his legal materials with date, times, places, and names related to the incident which bring about the need to request his court to sanction and charge the defendants and their counsel with contempt.

    Plaintiff through David L. Glassman, who is an attorney with the Lewisburg Prison Project attempted to serve witnesses with subpoenas at U.S.P. Allenwood.

    U.S. Attorney Sullivan refused to allow him to serve the witnesses with the subpoenas even though the witnesses were at the institution at that time.

    All of the defendants in this civil action are employees of the Federal Bureau of Prisons, and so is U.S. Attorney Sullivan.

The defendants inconjunction with their attorney conspired to block this plaintiff's witnesses from being served.

By doing so this plaintiff was prejudiced because he will not be able to introduce certain evidence related to record keeping and the correction procedure to be used when there is a threat of any type to an inmates life.

Furthermore, attorney Sullivans actions are contemptable to the entire trial process. Had plaintiff attempted to block any of the defendants witnesses from being served there would have been serious actions taken against him.

Therefore, the defendant's and their counsel also deserve equal treatment under the laws of the United States

Plaintiff, would allege at this time that the defendants through their attorney have underhandlly had plaintiff, issued incident reports, given disciplinary transfers, placed into ADX type segregation at U.S.P. Terror Hut for a period of seven months, and then sent to F.C.I. Oxford under a close supervision watch. When in truth plaintiff had done nothing at all to cause any of things to come upon himself. Furthermore, when reviewed by Disciplinary Housing Officers at Terror Hut, it was found that plaintiff was in fact innocent of any wrong doing, and was told by that same officer that from his investigation someone had it out for me.

The only reason plaintiff can think of that any official in the Bureau of Prisons would have anything personally against him is the incident that took place at U.S.P. Allenwood, and the corresponding civil action before this court.

However, blocking the service of plaintiff's witnesses has caused him to bring this matter to the attention of the, because the underhanded actions of the defendants and their attorney has gone just a little to far. Plaintiff is still an Amreican citizen, and as such entitled to the protections of our Constitution, and the laws created thereof. The UNITED STATES Attorney is for all purposes the soul of the United States, and it active force. If the Soul of a man is corupt then so is the man.

Therefore, in the intrest of justice plaintiff moves this court to sanction and or punish the defendants and their counsel for contempt.

Respectfully submitted by, *Emanuel T. Newman*  4/27/04
Emanuel T. Newman
Plaintiff pro-se.

### CERTIFICATE OF SERVICE

I, Emanuel T. Newman pursuant to 28 U.S.C. § 1746, do hereby state that I have placed sufficient postage for first class mailing of this document to all parties concerned.

This 27 day of April, 2004.
By, *Emanuel T. Newman*
Emanuel T. Newman
13418-039
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

COPIES TO:

U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, Pa 17117

United States District Court
Middle District Of Pennsylvania
228 Walnut Street
HaRRISBURG, Pa 17108





Emanuel T. Newman
13418-039
Federal Correctional Institution
P.O. BOX 1000
Oxford, Wis 53952-1000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

LEGAL MAIL