IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emanuel T. Newman,<br>        Plaintiff, | )<br>)<br>) Case no 01-CV-0677<br>) |
| -Vs- | )<br>)<br>) |
| Ronald L. Jury., SIS,<br>et al.,<br>        Defendant, | )<br>) (Conner, J.)<br>) |

FILED HARRISBURG, PA MAY 03 2004 MARY E. D'ANDREA, CLERK Per \_\_\_\_\_ Deputy Clerk

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

**Comes Now,** Emanuel T. Newman, plaintiff pro-se (hereinafter Newman), and submits this proposed special verdict form.

In support thereof, Newman states the following:

**KNEW OR SHOULD HAVE KNOWN OF THE THREAT.**

1) Do you find that the following defendants knew of or should have known of the threat to plaintiff?

|  | Yes | No |
|---|---|---|
| White | ___ | ___ |
| Caprio | ___ | ___ |

2) If your answer to question #1 was yes for either defendant White or Caprio, do you find that defendant White knew that there was a threat to plaintiff's life, and that defendant White acted with deliberate indifference in failing to take action to prevent the threat from materializing into an extremely perilous assault.

| Yes | No |
|---|---|
| ___ | ___ |

-1-

3) If your answer to question #1 was yes for either defendant White or Caprio, do you find that defendant Caprio knew that there was a threat to plaintiff's life, and that defendant Caprio acted with deliberate indifference in failing to take action to prevent the threat from materializing into an extremely perilous assault?

<u>Yes</u>          <u>No</u>

___          ___

4) If your answer for either defendant was yes, what amount of compensatory damages will faily compensate the plaintiff for his injury, loss of portions of his feild of vision in his left eye, pain and suffering resulting from the defendants deliberate indefference?

<u>Amount</u>     $_____

5) If your answer to question #1 was yes for either defendant, what punitive damages, if any do you find appropraite against that defendant?

White         $_____
Caprio        $_____

**DUE PROCESS CLAIM**

6) Do you find that defendant Caprio denied plaintiff Due Process when he failed to take action after being made aware of an impending threat to plaintiff's safety?

<u>Yes</u>          <u>No</u>

___          ___

7) Do you find that defendant White denied plaintiff Due Process when he failed to take action after being made aware of the threats against plaintiff by his inmate informants, and other sources?

<u>Yes</u>          <u>No</u>

_____          _____

8) If you answered yes to question #6, what amount of compensatory damages will fairly compensate the plaintiff for his pain, suffering, and injury as a result of the denial of his Due Process?

<u>Amount</u>          $_____

9) If you answered yes to question #7, what amount of compensatory damages will fairly compensate the plaintiff for his pain, suffering, and injury as a result of the denial of his Due Process?

<u>Amount</u>          $_____

Respectfully submitted by, _____
                           Emanuel Thomas Newman
                           13418-039
                           F.C.I. Oxford
                           P.O. BOX 1000
                           Oxford, Wisconsin   53952-1000

Date: <u>April 26,   </u>,2004.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman,         )
                                )
                                )
                                ) Civil no. 1:CV-01-0677
         Vs.                    )
                                )
                                )
                                )
Ronald L. Jury, et al,          )
                                )

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents.

This 26 day of APRIL, 2004.

By, _____
    Emanuel Thomas Newman

Copies to: U.S. Attorney
           316 Federal Building
           240 West Third Street
           Williamsport, PA 17703

           U.S. DISTRICT COURT
           CLERK OF THE COURT
           228 WALNUT STREET
           HARRISBURG, PA 17101
                         17108



EMANUEL I. NEWMAN
13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

U.S. District Court
Clerk of the Court
228 Walnut Street
Harrisburg, PA 17108

17101+1714 08

LEGAL MAIL