IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN,<br>Plaintiff | CIVIL ACTION NO. 1:01-CV-677 |
| v. | (Judge Conner) |
| LOUIS CAPRIO and<br>JAMES P. WHITE,<br>Defendants | |

**FILED**
HARRISBURG, PA
MAY 17 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE UNITED STATES MARSHALS SERVICE and THE SUPERINTENDENT OF THE UNITED STATES PENITENTIARY LEE AT JONESVILLE, VIRGINIA

You or one of your authorized deputies are hereby commanded to produce the person of **Kevin Tinsley, Inmate Register No. 49227-083**, from the USP Lee in Jonesville, Virginia, to the Electronic Courtroom, at the Federal Courthouse, 322 East Wood Avenue, Big Stone Gap, Virginia, 24219, for the purpose of testifying, via video-conference, as a fact witness at trial in the above-captioned matter, **on Tuesday, May 25, 2004, at 9:30 a.m.**, and to keep the prisoner safe and confine him from day to day, when not appearing in court. If practicable, the prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

Dated: May 17, 2004

_____
CHRISTOPHER C. CONNER
United States District Judge