IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | CIVIL ACTION NO. 1:01-CV-0677 |
| v. | ) | |
| | ) | (Conner, J.) |
| | ) | |
| **RONALD L. JURY, et al.,** | ) | Electronically Filed |
| | ) | |
| **Defendants** | ) | |

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 19, 2004, she served a copy of the attached

**DEFENDANTS' EXHIBIT LIST**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
Dauphin County Prison
501 Mall Road
Harrisburg, PA  17111

                                                       s/ Michele E. Lincalis
                                                       MICHELE E. LINCALIS
                                                       Paralegal Specialist