IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | ) |
| | ) |
| **Plaintiff** | ) |
| | )   CIVIL ACTION NO. 1:01-CV-0677 |
| v. | ) |
| | )   (Conner, J.) |
| | ) |
| RONALD L. JURY, et al., | )   Electronically Filed |
| | ) |
| **Defendants** | ) |

### DEFENDANTS' WITNESS LIST

In accordance with the Local Rules of Court, defendants submit the following list of witnesses they may call at trial:

1. Louis Caprio (defendant)
   Lieutenant
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

2. Todd Cerney
   Discipline Hearing Officer
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

3. David Couch
   Senior Officer Specialist
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

4. Forrest Farmer
   Lieutenant
   FCI Allenwood
   P.O. Box 2500
   White Deer, PA  17887

5. Ronald Laino
   Health Services Administrator
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

6. Brad Manning
   Correctional Officer
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

7. Matthew Toll
   Lieutenant
   U.S.P. Lompoc
   3901 Klein Boulevard
   Lompoc, CA  93436

8. Jimmie White (Defendant)
   c/o Michael Sullivan, Senior Attorney
   U.S.P. Allenwood
   P.O. Box 3500
   White Deer, PA  17887

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

s/Mark E. Morrison
MARK E. MORRISON
Assistant U.S. Attorney
Atty. I.D. No. PA43875
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17701
Phone:  717-221-4482
Fax: 717-221-2246

Date:  May 19, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>)<br>RONALD L. JURY, et al., )<br>)<br>**Defendants** ) | CIVIL ACTION NO. 1:01-CV-0677<br><br>(Conner, J.)<br><br>Electronically Filed |

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 19, 2004, she served a copy of the attached

**DEFENDANTS' WITNESS LIST**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
Dauphin County Prison
501 Mall Road
Harrisburg, PA  17111

                                              s/ Michele E. Lincalis
                                              MICHELE E. LINCALIS
                                              Paralegal Specialist