UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

Emanuel T. Newman,
    Plaintiff,

v.

Ronald L. Jury, SIS, et al.,
    Defendants,

Civil no. 01-CV-0677

FILED HARRISBURG
MAY 2 4 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## SUBPOENA DUCES TECUM FOR WITNESS TO ATTEND CIVIL TRIAL

GREETINGS: Dr. James Weyand
         FedOpt
         P.O. BOX 264
         Jersey Shore, Pa 17740

You are commanded to set aside all business, and that you appear in person in the United States District Court in courtroom number one (1), on the Ninth Floor of the Federal Building, located at 228 Walnut Street; Harrisburg, Pennsylvania at <u>9:30 a.m. on Monday, May 24, 2004,</u> before the Honorable Judge Christoper C. Conner to testify to matters in relationship to circumstances and events in the case of <u>Emanuel T. Newman v. Ronald L. Jury, SIS, et al.</u>

You are commanded to bring with you any and all documents related to the following:

Any and all documents related to the medical exam of inmate Emanuel T. Newman # 13418-039 on January 12, 2000 at U.S.P. Allenwood, White Deer, Pa 17887.

*[signature]* Emanuel T. Newman
3/29/04

Issued April 15, 2004 on behalf of the Court by:

*David L. Glassman*
David L. Glassman, Esq.
Lewisburg Prison Project, Inc.
P.O. Box 128
Lewisburg, PA 17837
(570)523-1104
PA ID #51200
Member, Middle District of PA Bar

See FED. R. CIV. P. 45(a)(3)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

Emanuel Thomas Newman, )
    Plaintiff, )
)
-Vs- )  Case no -01-CV-0677
)
Ronald L. Jury, SIS, et al., )
    Defendant, )

### CERTIFICATE OF SERVICE

I, _NED LEMONS_ pursuant to title 28 U.S.C. § 1746, do state upon my oath that I have personally delivered to the named parties who are being called to testify in the matter of <u>Emanuel T. Newman v. Ronald L. Jury, SIS, et al</u>, copies of the attached Subpoena Duces Tecum. And

FURTHER I SAYETH NOT.

This _15_ day of _MAY_, 2004

By, _Ned Lemons_ PA. CONSTABLE B001536
570-389-1358  EX 12/04

This document was delivered to the following individual:

_JANE WEYAND (wife)_
_AT 16 HillcresT DR Bloomsburg, PA 17815_

Notarial Seal
Maryellen L. Poust, Notary Public
Bloomsburg Town, Columbia County
My Commission Expires Feb. 12, 2005
Member, Pennsylvania Association of Notaries

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _17th_ DAY OF _MAY_, 2004
BY _NED Lemons_

_Maryellen Poust_
NOTARY PUBLIC