UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DISISION

Emanuel Thomas Newman, )  Case No. 1:01-CV-0677
    Plaintiff, )
     )
-Vs- )
     ) (Conner, J)
Ronald L. Jury, Lieutenant, SIS., )
et al., )
    Defendants, )

FILED
HARRISBURG
MAY 2 4 2004
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## PLAINTIFF'S EVIDENCE LIST

| ITEM: | EXHIBIT # |
|---|---|
| 1) Medical Report 4/16/99; Videos and Photos | A-1 |
| 2) Memorandum Caprio 4/16/99 | A-2 |
| 3) Medical Report 5/14/99; Videos and Photos | A-3 |
| 4) Civil Complaint | B-1 |
| 5) B.O.P. Policy on institutional pases | B-2 |
| 6) Affidavit of David L. Glassman | B-3 |
| 7) Cop-Outs (request to see the eye doctor) | C-1 |
| 8) Medical Reports of Eye Exams | C-2 |
| 9) Administrative Remedies filed while in Hole 1999 | C-3 |
| 10) Map Of U.S.P. Allenwood (Drawn by plaintiff) | D-1 |
| 11) Affidavit of Johnny Mack Brown | D-2 |
| 12) Affidavit Of Wayne E. Jackson | D-3 |
| 13) Affidavit Of Bobby Hazel | E-1 |
| 14) Memorandum of Warden Fanello Sept 27, 1999 | E-2 |
| 15) Memorandum of Warden Fanello Nov 17, 1999 | E-3 |
| 16) Affidavit of Nigel Williams November 25, 1999 | F-1 |
| 17) Title 18 U.S.C. § 4042 (copy of single page) | F-2 |
| 18) Farmer V. Brenan (Summary and Sylabus) | F-3 |
| 19) Memorandum of other prison staff presant 4/16/99 | G-1 |
| 20) Memorandum of other prison staff presant 5/16/99 | G-2 |

Respectfully submitted
By, _____
Emanuel T. Newman
Plaintiff pro-se
F.C.I. Oxford
P.O. BOX 1000
Oxford, Wis 53952-1000

Date: 5/24 , 2004.