IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | : CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| LOUIS CAPRIO and JAMES P. WHITE, | : |
| Defendants | : |

## ORDER

AND NOW, this 25th day of May, 2004, upon consideration of plaintiff's motion to amend the writ issued to secure his attendance at trial (Doc. 118), and it appearing that trial in the above-captioned action commenced on May 24, 2004, and that plaintiff was produced for purposes of trial, it is hereby ORDERED that the motion (Doc. 118) is DENIED as moot.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge