IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | : CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| LOUIS CAPRIO and JAMES P. WHITE, | : |
| Defendants | : |

## ORDER

AND NOW, this 25th day of May, 2004, upon consideration of plaintiff's motion for an order issuing subpoenas for witnesses (Doc. 125), and for the reasons set forth on the record during the pre-trial conference in the above-captioned case, it is hereby ORDERED that the motion (Doc. 125) is DENIED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge