IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | : CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| LOUIS CAPRIO and JAMES P. WHITE, | : |
| Defendants | : |

### ORDER

AND NOW, this 25th day of May, 2004, upon consideration of plaintiff's motion for sanctions and for contempt against defendants and their counsel (Doc. 127), and it appearing from plaintiff's brief in reply to defendants' brief in opposition to the motion that plaintiff seeks to withdraw the motion, it is hereby ORDERED that the motion (Doc. 127) is deemed WITHDRAWN.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge