IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL THOMAS NEWMAN, | : CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| LOUIS CAPRIO and JAMES P. WHITE, | : |
| Defendants | : |

### ORDER

AND NOW, this 20th day of May, 2004, upon the representation of counsel for defendants that the docket in the above-captioned case incorrectly identifies defendant Jimmie L. White, Jr., as "James P. White," and by agreement of the parties, it is hereby ORDERED that the Clerk of Court is directed to amend the caption in the above-captioned case to reflect the correct name of defendant Jimmie L. White, Jr.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge