Jurors Question #1

*FILED HARRISBURG MAY 26 2004 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk*

We would like to see —

① the memo that Lt. Caprio sent to the Capt. regarding interview w/ Newman.

② the SIS Report of 2nd Assault w/ Newman's memo attached

Response #1

All admitted exhibits will be brought to you for your consideration.

— Judge Conner

THANK YOU
FOREPERSON

William Edwards

126

Official Business
Penalty for Private Use, $300

FILED
HARRISBURG
MAY 2 6 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Juror Question #1