Plaintiff's
**TRIAL EXHIBIT LIST**

JUDGE Conner

CASE NUMBER 1:01-CV-0677

Newman v Capizi and White

FILED HARRISBURG, PA MAY 26 2004 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| | Medical Records of Harrisburg Hospital | 5/25/04 | 5/25/04 | | Handwritten |
| 1 | MR 4/16/99 | 5/25/04 | 5/25/04 | Adm | Emanuel J. Newman |
| 2 | MR 5/14/99 | 5/25/04 | 5/25/04 | Adm | Emanuel J. Newman |
| 3 | Eye Exam Rpt 1/12/2000 | 5/24/04 | 5/25/04 | Adm | Dr. James Weyandt |
| 4 | Eye Exam Rpt 7/24/1998 | 5/24/04 | 5/25/04 | Adm | Dr. James Weyandt |
| 5 | Eye Exam Rpt 5/28/97 | 5/24/04 | 5/25/04 | Adm | Dr. James Weyandt |
| 6 | Eye Exam Rpt 5/30/96 | 5/24/04 | 5/25/04 | Adm | Dr. James Weyandt |
| 7 | Photo of Weapon used 4/16/99 as 5/25/04 | 5/25/04 | 5/25/04 | Adm | Emanuel H and Newman |
| 8 | Photos of Mr. Newman (headshots) 4/16/99 | 5/25/04 | 5/25/04 | Adm | Emanuel J. Newman |
| 9 | Photos of Mr. Newman (head/neck) | 5/25/04 | 5/25/04 | Adm | Emanuel J. Newman |
| 10 | Photos of Mr. Newman "Hospital" face/back | 5/25/04 | 5/25/04 | Adm | Emanuel J. Newman |
| 11 | Photos of Mr. Newman (groin) hands | 5/24/04 | 5/24/04 | Adm | Emanuel J. Newman |

(Page 1)

**Plaintiff's TRIAL EXHIBIT LIST**

JUDGE: Conner

CASE NUMBER: 1:01-CV-0677

Newman v. Caprio and White

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 12 | 5/14/99 Memo to Beck re: Caprio's investigation of | 5/26/04 | | w/drawn | By Counsel |
| 18 | 5/5/99 Capris's memo | 5/25/04 | 5/24/04 | Adm | Louis A. Caprio |
| 17 | 4/10/99 incident report Capt. Blanchard's memo to Sherman | 5/25/04 | 5/25/04 | w/dr | Louis A. Caprio |
| 19 | 5/9/99 Memorandum by Lt. Caprio to Lt. Sherman | 5/25/04 | 5/25/04 | Adm | Louis A. Caprio |
| 14 | 6/7/99 memo to Newman from Lt. Hill | 5/25/04 | 5/26/04 | Adm | Matthew W. Hill |
| 13 | 5/14/95 memo to Lt. Angelo from Lt. Shultz | 5/26/04 | 5/26/04 | w/drawn | By Counsel |

(Page 2)