# DEFENDANTS' EXHIBIT LIST

JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA

*Emanuel Thomas Newman v. Ronald L. Jury, et al.*

CIVIL NO. 1:CV-01-0677

DATE: May 24, 2004

FILED
HARRISBURG, PA
MAY 26 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
|  | 1 | SIS Report of 6/4/99 (redacted) | 5/25/04 | 5/25/04 | adm | Matthew W. Foll |
|  | 2 | Referral of an Inmate Criminal Matter for Investigation dated 6/3/99 (redacted) | 5/25/04 | 5/25/04 | adm | Matthew W. Foll |
|  |  | DHO Report for Incident Report No. 681402 against Kevin Tinsley dated 7/15/99 (redacted) |  |  |  |  |
|  | 5 | Inmate Injury Assessment and Followup for Emanuel Newman dated 5/14/99 | 5/25/04 | 5/25/04 | adm | Matthew W. Foll |
|  | 6 | Photographs of Emanuel Newman dated 5/14/99 | 5/25/04 | 5/25/04 | adm | Matthew W. Foll |

1

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | SIS Report of 4/30/99 (redacted) | | | | |
| | | Referral of an Inmate Criminal Matter for Investigation dated 4/16/99 (redacted) | | | | |
| | | Memorandum from F.R. Farmer, Lieutenant, dated 4/18/99 | | | | |
| | | Diagram of 4/16/99 Altercation by F.R. Farmer | | | | |
| | | DHO Report for Incident Report No. 694911 against Albert Gass dated 7/20/99 (redacted) | | | | |
| | 3 | Undated Letter/Envelope from E. Thomas Newman to "Conchita M. Washington" | 5/25/04 | | adm | Matthew W. Fall |
| | 4 | Undated Letter/Envelope from E. Thomas Newman to "Sara and Brittany" | 5/25/04 | | adm | Matthew W. Fall |
| | | Staff Roster for 5/14/99 (redacted) | | | | |
| | | BOP Health Record of Emanuel Newman | | | | |
| | | Deposition Transcript of Emanuel Newman dated 3/14/02 | | | | |

2

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Memorandum from A. Caprio, Lieutenant, dated 5/9/99 | | | | Used in Toll (5/25/04) |
| | | Memorandum from M. Toll, Lieutenant, dated 6/7/99 | | | | |
| | 7 | Consultation Form 5/30/96 | 5/25/04 | 5/25/04 | adm | Ronald Laino |
| | 8 | Consultation Form 1997 | 5/25/04 | 5/25/04 | adm | Ronald Laino |
| | 9 | Institution Handbook | 5/25/04 | 5/25/04 | adm | Brad Manning |

for ID only →

3