IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | CIVIL ACTION NO. 1:01-CV-0677 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LOUIS CAPRIO and JIMMIE L.** | : | |
| **WHITE, JR.,** | : | |
| | : | |
| Defendants | : | |

*FILED HARRISBURG, PA MAY 26 2004 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk*

## VERDICT FORM

Question 1:    Do each of you find that the plaintiff has proven by a preponderance of the evidence all of the elements of a deliberate indifference claim as against the defendant Louis Caprio?

✓ Yes    ___ No

You should proceed to Question 2.

Question 2:    Do each of you find that the plaintiff has proven by a preponderance of the evidence all of the elements of a deliberate indifference claim as against the defendant Jimmie L. White, Jr.?

✓ Yes    ___ No

If your answer to either Question 1 or Question 2 is "Yes," you should proceed to Question 3. If your answer to both Question 1 and Question 2 is "No," your verdict is for the defendants, and you should sign, date, and return the verdict form without answering the remaining questions.

Question 3:    What amount, if any, do you unanimously agree that the plaintiff should be awarded as compensatory damages?

        Compensatory Damages    $ 0

Once you have written in the amount, if any, that the plaintiff is entitled to recover as compensatory damages, you should proceed to Question 4.

Question 4:    What amount, if any, do you unanimously agree that the plaintiff should be awarded as punitive damages? You may award punitive damages against a defendant only if you found against that defendant with respect to the plaintiff's deliberate indifference claim in Question 1 or Question 2.

        Punitive Damages Against
        Louis Caprio    $ 0

        Punitive Damages Against
        Jimmie L. White, Jr.    $ 0

Once you have written in the amount, if any, that should be awarded as punitive damages against one or both of the defendants, you should sign, date, and return the verdict form.

*William Edwards* (signature)
JURY FOREPERSON

Date: *May 26, 2004*