**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

EMANUEL THOMAS NEWMAN,
    Plaintiff

**FILED**
HARRISBURG, PA
JUN 02 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

v.

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
    Defendants

CASE NUMBER: 1:01-CV-0677

(Judge Conner)

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Date: June 2, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk