# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, | : | CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| LOUIS CAPRIO and JAMES P. WHITE, | : | |
| | : | |
| Defendants | : | |

**FILED**
HARRISBURG, PA
MAY 25 2004
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

## ORDER

AND NOW, this 25th day of May, 2004, upon consideration of plaintiff's motion to amend the writ issued to secure his attendance at trial (Doc. 118), and it appearing that trial in the above-captioned action commenced on May 24, 2004, and that plaintiff was produced for purposes of trial, it is hereby ORDERED that the motion (Doc. 118) is DENIED as moot.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA
JUN 0 7 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk