OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA  17108

OFFICIAL BUSINESS



Case No: 1:01-cv-00677-CCC-DB    Document No: 160, User: ki, 1 Copy Printed: Jun, 2, 2004
03:26 PM


Emanuel Thomas Newman
FCI-OXFORD
13418-039
P.O. Box 1000
Oxford, WI 53952

# ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

EMANUEL THOMAS NEWMAN,
**Plaintiff**

FILED
HARRISBURG, PA
JUN 02 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

v.

CASE NUMBER: 1:01-CV-0677

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
**Defendants**

(Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Date: June 2, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE



EMANUEL THOMAS NEWMAN,
Plaintiff

v.

CASE NUMBER: 1:01-CV-0677

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
Defendants

(Judge Conner)

X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Certified from the record
Date June 2, 2004
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

**Date:** June 2, 2004

**Mary E. D'Andrea, Clerk of Court**

**(By) Kimberly A. McKinney, Deputy Clerk**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## ──── MIDDLE DISTRICT OF PENNSYLVANIA ────

### JUDGMENT IN A CIVIL CASE



EMANUEL THOMAS NEWMAN,
            Plaintiff

v.

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
                        Defendants

CASE NUMBER: 1:01-CV-0677

(Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
            Deputy Clerk

**Date:** June 2, 2004

**Mary E. D'Andrea, Clerk of Court**

**(By) Kimberly A. McKinney, Deputy Clerk**