01-677

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST)(Pros.) or Order by transportating the within named Wayne Jackson from the executed via to the video testimony This 25th day of May 2004

Michael R. Ryan
U. S. Marshal, M/D PA

By Wayne E. Ga____



FILED
JUN 22 2004
PER
HARRISBURG, PA.    DEPUTY CLERK