I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Kevin Tinsley from the executed viz to the video testimony This 25th day of May 2004

*Michael R. Ryan*
U. S. Marshal, M/D PA

By *Wayne E. [signature]*

01 - 677

FILED
JUN 22 2004
PER [signature]
HARRISBURG, PA.       DEPUTY CLERK