I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Bobby Hazel from the executed via to the video testimony This 24th day of May 2004

Michael R. Regan
U.S. Marshal, M/D PA

By Wayne E. Gum

01/677



FILED
JUN 22 2004
PER
HARRISBURG, PA.    DEPUTY CLERK