I hereby certify and return that I partiality executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Wayne Jackson from the executed via to the video testimony This 24th day of May 2004

Michael R. Rega
U. S. Marshal, M/D PA

By Wayne E. Gaines

01-677

FILED
JUN 22 2004
PER
HARRISBURG, PA.   DEPUTY CLERK