

Case No: 1:01-cv-00677-CCC-DB   Document No: 160, User: ki, 1 Copy Printed: Jun, 2, 2004
03:26 PM

Emanuel Thomas Newman
FCI-OXFORD
13418-039
P.O. Box 1000
Oxford, WI 53952

# ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

EMANUEL THOMAS NEWMAN,
        Plaintiff

FILED
HARRISBURG, PA
JUN 02 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

v.

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
        Defendants

CASE NUMBER: 1:01-CV-0677

(Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Date: June 2, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

EMANUEL THOMAS NEWMAN,
        Plaintiff



v.

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
        Defendants

CASE NUMBER: 1:01-CV-0677

(Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Certified from the record
Date _June 2, 2004_
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Date: June 2, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

EMANUEL THOMAS NEWMAN,
Plaintiff

FILED
HARRISBURG, PA
JUN 02 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

v.

CASE NUMBER: 1:01-CV-0677

LOUIS CAPRIO, Lieutenant, and
JIMMIE L. WHITE, JR., Lieutenant,
Defendants

(Judge Conner)

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Plaintiff Emanuel Thomas Newman and against Defendants Louis Caprio, Lieutenant, and Jimmie L. White, Jr., Lieutenant, pursuant to a jury verdict rendered on May 26, 2004.

Certified from the record
Date June 2, 2004
Mary E. D'Andrea, Clerk
Per_____ Deputy Clerk

Date: June 2, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk

Case No: 1:01-cv-00677-CCC-DB   Document No: 134, User: ma, 1 Copy Printed: May, 19, 2004
01:47 PM

Emanuel Thomas Newman
FCI-OXFORD
13418-039
P.O. Box 1000
Oxford, WI 53952

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, | : | CIVIL ACTION NO. 1:01-CV-0677 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| LOUIS CAPRIO and JAMES P. WHITE, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of May, 2004, upon consideration of plaintiff's motion for separation of witnesses (Doc. 108), and it appearing that several of the witnesses are presently incarcerated and will be testifying under supervision of law enforcement officials from remote locations through videoconferencing and that sequestration of these witnesses may implicate penological concerns beyond the control of the court, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part as follows:

1. Nonincarcerated witnesses for plaintiff and defendants appearing in the courtroom during the course of trial shall be sequestered during the testimony of other witnesses.

2. Incarcerated witnesses for plaintiff and defendants appearing at locations suitable for videoconferencing during the course of trial shall be sequestered during the testimony of other witnesses to the extent that such sequestration is consonant with legitimate penological objectives as determined by officials at those locations.

3. Nothing herein limits the right of named parties in the above-captioned case to be present in the courtroom during the testimony of all witnesses.

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge