ORIGINAL

EMANUEL THOMAS NEWMAN,
                    PLAINTIFF,

                    V.

LOUIS CAPRIO, LIEUTENANT, AND
JIMMIE L. WHITE, JR, LIEUTENANT
              DEFENDANTS

CASE No. 1:01-CV-0677

(CONNER, J)

Filed
RECEIVED
JUN 29 2004
PER KN
HARRISBURG, PA   DEPUTY CLERK

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FOR ATTORNEY FEE'S AND BILL OF COST

COMES NOW, EMANUEL T. NEWMAN, PLAINTIFF PRO-SE, AND MOVE THIS COURT FOR AN EXTENSION OF TIME TO FILE FOR ATTORNEY FEES AND BILL OF COST.

IN SUPPORT THEREOF, PLAINTIFF STATES:

THAT AS OF JUNE 22, 2004, PLAINTIFF IS BEING HELD IN HOLD OVER STATUS AT THE FEDERAL TRANSFER CENTER IN OKLAHOMA CITY, OKLAHOMA.

PLAINTIFF, DOES NOT HAVE ACCESS TO ANY OF HIS LEGAL MATERIALS, AND IS THEREFORE UNABLE TO PREPARE AND SUBMIT THE NECESSARY PLEADINGS TO THE COURT.

KNOWING HOW MUCH LONGER HE'LL BE IN HOLDOVER STATUS IN TRANSIT.

HE THEREFORE, MOVES THE COURT FOR A 30 DAY EXTENSION OF TIME TO FILE THE NECESSARY PLEADINGS FOR BILL OF COSTS AND ATTORNEY FEES.

RESPECTFULLY SUBMITTED

BY _____

CERTIFICATE OF SERVICE

I, EMANUEL T. NEWMAN, PURSUANT TO TITLE 28 U.S.C. § 1746, DO HEREBY STATE THAT I HAVE SERVICED ALL PARTIES CONCERNED VIA U.S. MAIL, THIS 22, JUNE 2004

BY _____
EMANUEL T. NEWMAN
13418-039
F.T.C.
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

COPIES TO:

U.S. DISTRICT COURT
OFFICE OF THE CLERK
228 WALNUT STREET
HARRISBURG, PA 17108

U.S. ATTORNEY
FEDERAL BUILDING
240 WEST THIRD STREET
WILLIAMSPORT, PA 17118

NAME Emanuel T. Newman
REG# 13418-039
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801



OKLAHOMA CITY OK 731
PM
24 JUN 2004

U.S. District Court
Middle District of Pennsylvania
Harrisburg Division
228 Walnut Street
Harrisburg, PA 17108

17101+1714

Attn: Clerk of Court

Legal Mail