01-677

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Emanuel Newman from the Airlift - Plane to the Dauphin County Prison This 10th day of May 2004

Michael R. Regan
U.S. Marshal, M/D PA

By Wayne E. Gann
For: DUSM Joe Murphy

---

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Emanuel Newman from the Dauphin County Prison to the US District Court & Return This 24-26 of May 2004

Michael R. Regan
U.S. Marshal, M/D PA

By Wayne E. Gann
For: DUSM Joe Murphy

---

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Emanuel Newman from the Dauphin County Prison to the USMS - Airlift This 14 day of June 2004

Michael R. Regan
U.S. Marshal, M/D PA

By Wayne E. Gann
For: DUSM Steve Rune

---

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named _____ from the _____ to the _____ This ___ day of _____ 19__

_____
U.S. Marshal, M/D PA

By _____

---

I hereby certify and return that I partialty executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named _____ from the _____ to the _____ This ___ day of _____ 19__

_____
U.S. Marshal, M/D PA

By _____