# Legal Research Ltd.
*Computerized Legal Technology*

### Helen Trowbridge & Richard Dahl
1 Lagoon Rd. S
Hagerman, ID 83332
(208) 837-6583

This is research done for Emanuel Thomas Newman at his request under agreement for Case: **Emanuel Thomas Newman -v- Louis Caprio, and Jimmie L. White, Jr.,** Case no. 01-CV-0677  U.S. District Court Middle District of Pennsylvania, Harrisburg Division.

## YEAR 1999

| Date | daily hours | month | year | subject |
|------|-------------|-------|------|---------|
| 6/12/99 | 2 ½ | | | safety of the prison system |
| 6/14/99 | 4 | | | punishment beyond punishment Fed & State |
| 6/15/99 | 3 | | | "        "        " |
| 6/17/99 | 3 ½ | | | protection by guards in prison |
| 6/23/99 | 3 ¼ | | | law and the prisoner · |
| 6/25/99 | 4 | 20 ¼ | | read and review supreme court cases-prison |
| 7/15/99 | 2 ½ | | | read and review District court rulings on damages |
| 7/16/99 | 2 ¾ | | | "        "        " |
| 7/21/99 | 3 ¼ | | | administrative remedy |
| 7/22/99 | 3 ½ | | | contracts-implied contracts |
| 7/26/99 | 2 | 14 | | mental state and accountability fed & state |
| 8/10/99 | 3 ¾ | | | Title 18 Criminal Punishment |
| 8/19/99 | 2 ½ | | | three strikes law, screening |
| 8/20/99 | 3 | 9 ¼ | | three strikes law, Fed State districts |
| 9/2/99 | 2 ¼ | | | judicial accountability lawyer oath |
| 9/3/99 | 3 ½ | | | recourse with tort action |
| 9/6/99 | 4 | | | immunity from tort action |
| 9/24/99 | 4 ½ | | | tort or Bivens action Fed |
| 9/28/99 | 2 ½ | 16 ¾ | | subpoena power and process |
| 11/16/99 | 4 | | | tort action case histories |
| 11/17/99 | 2 ¼ | | | looking for paralegal |
| 11/18/99 | 1 | | | phone call for paralegal |

COMPUTERIZED RESEARCH

| | | | |
|---|---|---|---|
| 11/26/99 | 2 | | read review and run off cases` |
| 11/28/99 | 1 ¾ | 11 | prepare, sort and send cases |
| 12/14/99 | 2 ¾ | | form of complaint and procedure |
| 12/15/99 | 2 ½ | 5 ¼ | stating a claim under FRCP |
| **Total 1999** | | **76 ⅓** | |

## YEAR 2000

| | | | |
|---|---|---|---|
| 1/18/00 | 3 | | civil rights for prisoners |
| 1/19/00 | 2 ¼ | | "          " |
| 1/20/00 | 3 | 8 ¼ | claiming of protection |
| 2/6/00 | 1 ½ | | administrative remedy and recourse |
| 2/7/00 | 3 ½ | | exhausting administrative remedy |
| 2/18/00 | 3 | | stating a offer of compromise after damage |
| 2/19/00 | 2 ½ | 10 ½ | "          "          " |
| 3/6/00 | 4 | | civil action vs. criminal action |
| 3/7/00 | 2 ¾ | | immunity of federal employees cases |
| 3/9/00 ` | 1 ½ | | band of immunity  loss of |
| 3/19/00 | 3 | | Counter of immunity and ways around |
| 3/20/00 | 3 ¼ | 14 ½ | responsibility of govt. official |
| 6/8/00 | 4 | | tort action on immunity |
| 6/9/00 | 3 ½ | | civil rights |
| 6/10/00 | 2 ¼ | 9 ¾ | "          " |
| 7/13/00 | 2 | | looking for paralegal |
| 7/18/00 | 1 | 3 | calling paralegals |
| 10/16/00 | 3 | | subornation of perjury |
| 10/17/00 | 2 ½ | | "          " |
| 10/18/00 | 1 ¾ | 7 ¼ | tacit admission by silence |
| **Total 2000** | | **53 ¼** | |

## YEAR 2001

| | | | |
|---|---|---|---|
| 1/10/01 | 3 ½ | | interrogatories |
| 1/17/01 | 3 | | admissions and confessions |
| 1/25/01 | 2 ¾ | | motion to dismiss |
| 1/26/01 | 4 | 13 ¼ | summary judgment/partial |
| 2/14/01 | 2 ½ | | amended complaints |
| 2/15/01 | 1 ½ | | damages certain/cover all clause |
| 2/20/01 | 2 ½ | | cost and recovery of permanent damages |
| 2/21/01 | 2 ¾ | | loss of income from damage |

COMPUTERIZED RESEARCH

| Date | | | |
|---|---|---|---|
| 2/22/01 | 2 ½ | | "          " |
| 2/27/01 | 2 ½ | 14 ¼ | damage responsibility |
| 3/19/01 | 4 | | principle as agent/agent as principle |
| 3/20/01 | 2 ½ | | "          "          " |
| 3/21/01 | 3 ½ | | reading supreme court cases |
| 3/22/01 | 2 | | "          " |
| 3/28/01 | 2 | 14 | discovery/force answers |
| 4/6/01 | 2 ½ | | witnesses, questioning, leading |
| 4/18/01 | 1 ½ | | cross examination |
| 4/19/01 | 2 | | checking for paralegal |
| 4/23/01 | 1 ½ | 7 ½ | calling for paralegal |
| 5/3/01 | 4 ½ | | tort action |
| 5/4/01 | 3 ½ | | Bivens action |
| 5/5/01 | 2 ½ | | Constitutional actions and clarification |
| 5/6/01 | 2 | | "          "          " |
| 5/15/01 | 4 | 16 ½ | read and review cases for cause of action against damages |
| 6/12/01 | 3 | | stating a claim upon which relief can be granted |
| 6/14/01 | 1 ½ | | access to the courts |
| 6/24/01 | 3 | | intentional infliction of emotional distress |
| 6/27/01 | 1 ½ | 9 | denial-of-access |
| **Total 2001** | | **72 ½** | |

# YEAR 2002

| Date | | | |
|---|---|---|---|
| 6/11/02 | 3 | | injunctive relief for emotional distress |
| 6/12/02 | 2 ½ | | right of access-to-courts |
| 6/13/02 | 3 ½ | | financial accountability for damage caused |
| 6/14/02 | 4 | | infringements upon civil rights that were not being protected adequately |
| 6/15/02 | 3 ½ | | "          "                    "          " |
| 6/27/02 | 2 | | civil damages must be proportional to the harm |
| 6/28/02 | 3 | 21 ½ | "          "          "/ |
| 7/5/02 | 4 | | judicial review of major misconduct |
| 7/6/02 | 3 ½ | | enforceable cause of action |
| 7/14/02 | 3 ½ | | rehabilitation for recovery to earning capacity |
| 7/16/02 | 2 ¼ | 13 ¾ | Impeaching witness |
| 8/5/03 | 4 | | cumulative evidence |

COMPUTERIZED RESEARCH

| | | | |
|---|---|---|---|
| 8/9/02 | 3 ½ | | "     " |
| 8/14/02 | 1 ½ | | Speculative damages |
| 8/15/02 | 2 ½ | 11 ½ | Breach of duty |
| 10/9/02 | 3 ¾ | | Due process |
| 10/10/02 | 4 | | " |
| 10/23/02 | 4 ½ | | jurisdiction |
| 10/24/02 | 1 ½ | 13 ¾ | Court has power and duty to enforce |
| 12/6/02 | 3 | | Collateral estoppel/ default judgments |
| 12/7/02 | 2 ½ | | "    "    " |
| 12/11/02 | 4 | | Negligent entrustment/ negligence per se |
| 12/12/02 | 1 ½ | | "    "    " |
| 12/15/02 | 2 | 13 | stipulations and settlement |
| **Total 2002** | | **73 ½** | |

## YEAR 2003

| | | | |
|---|---|---|---|
| 4/4/03 | 4 | | deprivation of any rights or privileges, secured by the constitution and laws |
| 4/5/03 | 2 ½ | 6 ½ | "    "    "    " |
| 5/13/03 | 3 | | compensation damages |
| 5/14/03 | 2 ½ | | "    " |
| 5/15/03 | 3 | | Title 18  RICO |
| 5/16/03 | 4 ½ | | Title 18 RICO review Supreme Court Cases |
| 5/17/03 | 1 ¾ | | read and review supreme court cases |
| 5/28/03 | 1 ½ | 16 ¼ | Chose in Action |
| 7/24/03 | 3 ½ | | malpractice of professional guard/integrity |
| 7/25/03 | 4 | | "    "    " |
| 7/26/03 | 2 | 9 ½ | penalty/guard/prisoner |
| 8/4/03 | 2 | | searching for paralegal |
| 8/5/03 | 1 | | calling paralegals |
| 8/23/03 | 2 | | repair and compensation for repair |
| 8/24/03 | 2 ¾ | 7 ¾ | making whole for recovery |
| 10/13/03 | 3 | | obligation/good Samaritan/ duty to act |
| 10/14/03 | 2 ½ | | "    "    " |
| 10/15/03 | 2 ¾ | 8 ¼ | read review supreme court cases |
| 11/12/03 | 3 | | search prison law for accountability |
| 11/13/03 | 2 | | "    "    " |

COMPUTERIZED RESEARCH

| 11/20/03 | 1 ½ |  | Jury voir dire |
| 11/21/03 | 1 ½ | 8 | challenges |
| 12/16/03 | 2 |  | liability/responsibility/observability |
| 12/18/03 | 2 ½ | 4 ½ | Dismissal, summary judgment |
| **Total 2003** |  | **60 ¾** | |

## YEAR 2004

| 1/5/04 | 1 ½ |  | Appeal |
| 1/6/04 | 3 | 4 ½ | grounds for appeal |
| 2/3/04 | 2 ½ |  | objections |
| 2/12/04 | 2 |  | opening arguments |
| 2/13/04 | 2 | 6 ½ | closing arguments |
| 3/8/04 | 2 ½ |  | court presence |
| 3/9/04 | 1 ½ | 4 | "        " |
| **Total 2004** |  | **15** | |

### TOTAL 6 YEARS

| **Total 1999** | **76 ½** |
| **Total 2000** | **53 ¼** |
| | |
| **Total 2001** | **72 ½** |
| **Total 2002** | **73 ½** |
| **Total 2003** | **60 ¾** |
| **Total 2004** | **15** |

**Total of all 6 years**    **349 ½  hours at**          **$40 per hour   $13,980.00**

## Trips to Law Library Boise, ID

Included in the hourly rate of $40 per person per hour is travel time and miscellaneous expenses including ; fuel, parking meters, copies, shipping, postage, etc.

| Date | hours | subject |
|------|-------|---------|
| 6/29/99 | 14 | law library research for Sheppardizing, etc |
| 8/17/99 | 12 ½ | law library research for Sheppardizing, etc |
| 2/8/00 | 14 | law library research for Sheppardizing, etc |
| 3/14/00 | 13 ½ | law library research for Sheppardizing, etc |
| 6/13/00 | 14 | law library research for Sheppardizing, etc |
| 5/22/01 | 13 | law library research for Sheppardizing, etc |
| 5/30/01 | 14 ½ | law library research for Sheppardizing, etc |
| 6/18/02 | 12 | law library research for Sheppardizing, etc |
| 7/9/02 | 14 | law library research for Sheppardizing, etc |
| 8/20/02 | 13 | law library research for Sheppardizing, etc |
| 12/10/02 | 11 | law library research for Sheppardizing, etc |
| 4/8/03 | 12 | law library research for Sheppardizing, etc |
| 5/20/03 | 14 | law library research for Sheppardizing, etc |
| 10/21/03 | 12 | law library research for Sheppardizing, etc |
| 11/25/03 | 14 | law library research for Sheppardizing, etc |
| 2/17/04 | 11 | law library research for Sheppardizing, etc |

Total        208 ½        at $40 per hour                $8,340.00

Of these, divide the hours and half is for Dick Dahl and half for Helen Trowbridge

Reimbursement for fee paid to Paralegal Bill Golden by Dahl and Trowbridge    $2500.00
250 East Market Street
Suite A-1
Harrisonburg, VA 22801
540-255-9826

Attached hereto, please see computer travel verification to Boise Law Library,

Dated this 22nd Day of July, 2004

_Richard Dahl_                    _Helen Trowbridge_

COMPUTERIZED RESEARCH                                        page 6

# MAPQUEST



**Start:** 1 Lagoon Rd S
Hagerman, ID
83332-5061 US

**End:** 451 W State St
Boise, ID
83702-6057 US

**Distance:** 98.78 miles

**Total Estimated Time:** 1 hour, 44 minutes

## Directions

| | | | Distance |
|---|---|---|---|
| | **1.** | Start out going North on LAGOON RD S toward W HAGERMAN AVE/TUPPER RD. | <0.1 miles |
| | **2.** | Turn RIGHT onto W HAGERMAN AVE/TUPPER RD. | <0.1 miles |
| | **3.** | Turn LEFT onto STATE ST/US-30. Continue to follow US-30. | 8.6 miles |
| | **4.** | Turn RIGHT onto I-84 BL/1900 S/US-26. | 0.3 miles |
| | **5.** | Merge onto I-84 W via the ramp- on the left. | 85.8 miles |
| | **6.** | Take the US-20/BROADWAY AVE/US-26 exit- exit number 54- toward CITY CENTER. | 0.1 miles |
| | **7.** | Turn RIGHT onto S BROADWAY AVE/US-20 W/US-26 W. Continue to follow S BROADWAY AVE. | 3.1 miles |
| | **8.** | S BROADWAY AVE becomes N AVENUE B. | 0.1 miles |
| | **9.** | N AVENUE B becomes E FORT ST. | 0.1 miles |
| | **10.** | E FORT ST becomes W STATE ST. | 0.2 miles |

**End at 451 W State St, Boise, ID 83702-6057 US**



**Start:**
1 Lagoon Rd S
Hagerman, ID
83332-5061 US

**End:**
451 W State St
Boise, ID
83702-6057 US





**Notes:**

_____

_____

_____

_____

_____

_____

_____

These directions are informational only. No
representation is made or warranty given as to their
content, road conditions or route usability or
expeditiousness. User assumes all risk of use.
MapQuest and its suppliers assume no responsibility
for any loss or delay resulting from such use.

STATE OF IDAHO      )
                    )  SS:
COUNTY OF GOODING   )

AFFIDAVIT OF
HELEN TROWBRIDGE

I, the undersigned notary, do hereby state upon my oath that Rev. Helen Trowbridge did appear before me on this day, and made the following statements under oath:

1) That I Helen Trowbridge, do reside at 1 Lagoon Rd., South; Hagerman, Idaho 83332, and my phone number is (208) 837-6583.

2) That I am a Citizen of the State of Idaho, and the United States of America.

3) That I was contacted by Mr. Emanuel Thomas Newman in June of 1999, and requested to aid him in researching case law and Federal Civil Procedure, because he had been injured as a direct result of the deliberate indifference of federal prison officials.

4) I offered to do computerized legal research for Mr. Newman on the condition that he (a) pay me in full if he should be the prevailing party or, (b) pay me $30 per month once his trial was over if he would have failed to prevail and receive a judgement in his favor.

5) That I am not an attorney at law, and I have never been to law school. I at no time gave any legal advice to Mr. Newman or attempted to act in the capacity of a trained legal professional.

6) That I have read numerous federal cases, and I have been trained as to legal research.

7) That from June 1999 until April of 2004, I conducted a total of 349.5 hours of computerized legal research

8) That The normal hourly rate charged for computerized legal research is $40 per hour.

9) That I have attached a bill for $13,980, and a monthly hour log for hours of research done. And,

FURTHER I SAYETH NOT.
THIS 21st DAY OF JULY, 2004.

By _Helen Trowbridge Rev_
   Rev. Helen Trowbridge
   1 Lagoon Rd., South
   Hagerman, Idaho 83332

_Stacee Clark_
Notary
Comm. exp. 1-14-2005

STACEE CLARK
Notary Public
State of Idaho

```
STATE OF IDAHO      )
                    )  SS:
COUNTY OF GOODING   )
```

AFFIDAVIT OF
RICHARD DAHL

I, the undersigned notary, do hereby state upon my oath that Rev. Richard Dahl did appear before me on this day, and made the following statements under oath.

1) That I, Richard Dahl, do reside at 1 Lagoon Rd., South; Hagerman, Idaho 83332, and my phone number is (208) 837-6583.

2) That I am a Citizen of the State of Idaho, and the United States of America.

3) That I was contacted by Mr. Emanuel T. Newman in June of 1999, and asked to help him prosecute his civil complaint through the Federal courts. The specific help he requested was money for typewriter ribbons, corrections, copies, stamps, envelopes, rule books (F.R.Civ.P./F.R.Evi/Federal Trial Procedure) etc.

4) That I also helped Mr. Newman by doing research whenever I could spare the time.

5) That From June 1999 until April 2004, I provided funds to Mr. Newman in the amount of $16\ 93^{00}$.

6) This was done with the promise that if he won his law suit, that he would repay me in full. And, FURTHER I SAYETH NOT.
THIS 21ST DAY OF JULY, 2004.

By _Richard Dahl_
Rev. Richard Dahl
1 Lagoon Rd., South
Hagermen, Idaho 83332

STACEE CLARK
Notary Public
State of Idaho

_Stacee Clark_
Notary

Comm. exp. 1-15-2005

**ACCOUNT STATEMENT**
DATE 08/28/00
PAGE No. 01

FCI PEKIN - LIMITED OFFICAL USE
2600 SOUTH SECOND STREET
PEKIN, IL  61554

Account # 13418039

NEWMAN, EMANUEL T
MO1

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0079 | 9:54 | 02-17-00 | FUNDS TRANSFERRED IN | 3.50 | 3.50 |
| 000027 | 19:24 | 03-01-00 | SALE / REGULAR | 3.33- | .17 |
| T14708 | 15:33 | 03-03-00 | MONEY ORDER | 25.00 | 25.17 |
| 000068 | 20:39 | 03-08-00 | SALE / REGULAR | 20.00- | 5.17 |
| DL0093 | 10:52 | 03-10-00 | FUNDS TRANSFERRED IN | 8.40 | 13.57 |
| 000073 | 20:29 | 03-15-00 | SALE / REGULAR | 7.30- | 6.27 |
| 000056 | 20:13 | 03-22-00 | SALE / REGULAR | 6.12- | .15 |
| T19333 | 13:05 | 04-21-00 | MONEY ORDER | 50.00 | 50.15 |
| APR00P | 9:09 | 05-01-00 | PERFORMANCE PAY | 11.40 | 61.55 |
| 000051 | 18:06 | 05-03-00 | SALE / REGULAR | 48.10- | 13.45 |
| 000059 | 17:52 | 05-10-00 | SALE / REGULAR | 11.94- | 1.51 |
| T21316 | 13:50 | 05-12-00 | MONEY ORDER | 50.00 | 51.51 |
| 000066 | 17:54 | 05-17-00 | SALE / REGULAR | 44.65- | 6.86 |
| 000013 | 17:12 | 05-24-00 | SALE / REGULAR | 5.80- | 1.06 |
| MAY00P | 10:25 | 06-05-00 | PERFORMANCE PAY | 18.70 | 19.76 |
| 000049 | 17:41 | 06-07-00 | SALE / REGULAR | 18.50- | 1.26 |
| JUN00P | 8:14 | 07-01-00 | PERFORMANCE PAY | 10.62 | 11.88 |
| 000069 | 18:31 | 07-06-00 | SALE / REGULAR | 10.40- | 1.48 |
| 000070 | 18:31 | 07-06-00 | SALE / REGULAR | 1.00- | .48 |
| T27667 | 14:37 | 07-25-00 | MONEY ORDER | 150.00 | 150.48 |
| 000031 | 17:23 | 07-26-00 | SALE / REGULAR | 47.45- | 103.03 |
| 00422B | 20:40 | 07-27-00 | DEPOSIT ITS FUNDS | 3.00- | 100.03 |
| JUL00P | 12:12 | 08-01-00 | PERFORMANCE PAY | 31.39 | 131.42 |
| 1821 | 9:41 | 08-02-00 | COMMISSARY FORM | 30.70- | 100.72 |
| 1824 | 9:42 | 08-02-00 | COMMISSARY FORM | 8.00- | 92.72 |
| 1825 | 9:42 | 08-02-00 | COMMISSARY FORM | 8.00- | 84.72 |
| 000015 | 17:01 | 08-02-00 | SALE / REGULAR | 49.10- | 35.62 |
| 00E83E | 20:27 | 08-02-00 | DEPOSIT ITS FUNDS | 3.00- | 32.62 |
| 000030 | 17:42 | 08-09-00 | SALE / REGULAR | 5.00- | 27.62 |
| 000046 | 17:47 | 08-16-00 | SALE / REGULAR | 9.65- | 17.97 |
| 000034 | 17:32 | 08-23-00 | SALE / REGULAR | 14.00- | 3.97 |
| 02C3B7 | 19:25 | 08-23-00 | DEPOSIT ITS FUNDS | 2.00- | 1.97 |

**** TRANSACTION TOTAL ****     1.97

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|

```
ENTER INMATE NUMBER   13418039   PIN # 8039  MAIL BOX #

INMATE NAME........:NEWMAN, EMANUEL T                    RESTRICTION.:00/00/00
```

```
INMATE UNIT.........:M01
SPECIAL SORT CODES..:
INMATE STATUS.......:A
OUTSTANDING CHECKS..:.00
SPECIAL PURPOSE ORD.:.00              ┌──────────────────────────┐
ENCUMBRANCE BALANCE.:.00              │Press return ⏎ to review  │
ACCOUNT BALANCE.....:1.97             │transactions in detail -OR-│
VALIDATION CODE.....:01               │Press Home for controlled │
VALIDATION LIMIT....:275.00           │item purchases      -OR-  │
VALIDATION EXPENDED.:23.65            │Press Esc for next inquiry.│
AVAILABLE BALANCE...:1.97             └──────────────────────────┘
PERIOD PURCHASES....:23.65
YTD PURCHASES.......:302.34              LAST 6 MO. DEPOSITS..:359.01
LAST ACTIVITY DATE..:08/23/00       LAST 6 MO. WITHDRAWALS..:349.04
LAST SALE DATE......:08/23/00                    FRP PLAN....:
ARRIVAL DATE........:02/16/00                    FRP RATE....:00
DEPARTURE DATE......:00/00/00                    FRP AMOUNT..:0
ARRIVE FROM.........:000             RESTRICTED SPEND LIMIT:10.00
TRANSFER TO.........:000               RESTRICTION EXPENDED:.00
```

Date: 07/08/2004
Time: 2:05:04 pm

Facility: OXF

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | |
|---|---|
| Inmate Reg#: | 13418039 |
| Inmate Name: | NEWMAN, EMANUEL T |
| Current Site Name: | Oxford FCI |
| Housing Unit: | WISC WEST |

| | |
|---|---|
| Living Quarters: | M04-012L |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 12/2/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 12/03/2002 08:34:26 AM | DL0027 | | | Transfer - In from IATM | $71.44 | | $71.44 |
| OXF | 12/05/2002 08:54:17 AM | 37 | | | Sales | ($2.90) | | $68.54 |
| OXF | 12/09/2002 06:03:19 PM | 109 | | | Sales | ($27.05) | | $41.49 |
| OXF | 12/11/2002 04:54:59 PM | ITS1211 | | | ITS Withdrawal | ($1.00) | | $40.49 |
| OXF | 12/16/2002 03:29:45 PM | 1761 | | 1135127 | Local Collections | $20.00 | | $60.49 |
| OXF | 12/18/2002 06:55:00 PM | 142 | | | Sales | ($46.39) | | $14.10 |
| OXF | 12/23/2002 03:19:18 PM | 2681 | | 1134343 | Local Collections | $60.00 | | $74.10 |
| OXF | 12/23/2002 08:42:24 PM | ITS1223 | | | ITS Withdrawal | ($4.00) | | $70.10 |
| OXF | 12/30/2002 11:57:51 AM | | 1780 | | Books | ($3.50) | | $66.60 |
| OXF | 12/31/2002 06:24:56 PM | 129 | | | Sales | ($36.38) | | $30.22 |
| OXF | 12/31/2002 06:26:35 PM | 130 | | | Sales | ($2.25) | | $27.97 |
| OXF | 01/06/2003 05:58:25 PM | 53 | | | Sales | ($14.73) | | $13.24 |
| OXF | 01/11/2003 03:10:24 PM | ITS0111 | | | ITS Withdrawal | ($3.00) | | $10.24 |
| OXF | 01/21/2003 05:09:48 PM | ITS0121 | | | ITS Withdrawal | ($3.00) | | $7.24 |
| OXF | 01/23/2003 05:43:20 PM | 122 | | | Sales | ($2.55) | | $4.69 |
| OXF | 01/28/2003 06:07:10 PM | 90 | | | Sales | ($4.50) | | $0.19 |
| OXF | 02/07/2003 07:49:06 AM | JV0061 | | | Payroll - IPP | $10.20 | | $10.39 |
| OXF | 02/09/2003 07:23:31 PM | ITS0209 | | | ITS Withdrawal | ($2.00) | | $8.39 |
| OXF | 02/12/2003 05:44:09 PM | 37 | | | Sales | ($6.10) | | $2.29 |
| OXF | 02/12/2003 08:55:31 PM | ITS0212 | | | ITS Withdrawal | ($2.00) | | $0.29 |
| OXF | 02/13/2003 01:05:18 PM | 5289 | | 1134378 | Local Collections | $50.00 | | $50.29 |
| OXF | 02/13/2003 06:29:47 PM | ITS0213 | | | ITS Withdrawal | ($4.00) | | $46.29 |
| OXF | 02/19/2003 06:19:53 PM | 117 | | | Sales | ($27.14) | | $19.15 |
| OXF | 02/24/2003 05:39:16 PM | 63 | | | Sales | ($2.00) | | $17.15 |
| OXF | 03/02/2003 11:13:04 AM | ITS0302 | | | ITS Withdrawal | ($3.00) | | $14.15 |
| OXF | 03/05/2003 05:31:06 PM | 81 | | | Sales | ($7.80) | | $6.35 |
| OXF | 03/07/2003 07:44:14 AM | JV0077 | | | Payroll - IPP | $13.50 | | $19.85 |
| OXF | 03/07/2003 08:06:06 AM | IS3012 | | | Payroll - UNICOR | $15.87 | | $35.72 |
| OXF | 03/11/2003 06:10:01 PM | 116 | | | Sales | ($22.05) | | $13.67 |

Date: 07/08/2004
Time: 2:05:04 pm

Facility: OXF

Page 3

## Federal Bureau of Prisons
### TRUFACS
### Inmate Statement
Limited Official Use

#### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

#### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 03/17/2003 05:20:30 PM | 41 | | | Sales | ($4.00) | | $9.67 |
| OXF | 03/27/2003 08:43:41 PM | ITS0327 | | | ITS Withdrawal | ($4.00) | | $5.67 |
| OXF | 04/02/2003 05:33:44 PM | 47 | | | Sales | ($5.30) | | $0.37 |
| OXF | 04/11/2003 09:19:40 AM | IS3014 | | | Payroll - UNICOR | $59.92 | | $60.29 |
| OXF | 04/12/2003 10:44:27 AM | ITS0412 | | | ITS Withdrawal | ($5.00) | | $55.29 |
| OXF | 04/14/2003 11:25:54 AM | 14 | | | Sales | ($7.73) | | $47.56 |
| OXF | 04/14/2003 06:27:46 PM | 142 | | | Sales | ($27.55) | | $20.01 |
| OXF | 04/14/2003 06:30:48 PM | 71 | | | Sales | ($0.50) | | $19.51 |
| OXF | 04/16/2003 07:47:52 PM | ITS0416 | | | ITS Withdrawal | ($2.00) | | $17.51 |
| OXF | 04/16/2003 10:25:49 PM | ITS0416 | | | ITS Withdrawal | ($2.00) | | $15.51 |
| OXF | 04/20/2003 08:12:19 AM | ITS0420 | | | ITS Withdrawal | ($2.00) | | $13.51 |
| OXF | 04/23/2003 05:34:15 PM | 77 | | | Sales | ($6.30) | | $7.21 |
| OXF | 04/25/2003 10:48:41 AM | DL0078 | | | Transfer - In from IATM | $4.00 | | $11.21 |
| OXF | 04/29/2003 06:16:39 PM | 125 | | | Sales | ($3.61) | | $7.60 |
| OXF | 05/05/2003 05:38:45 PM | 94 | | | Sales | ($3.39) | | $4.21 |
| OXF | 05/09/2003 10:59:30 AM | IS3016 | | | Payroll - UNICOR | $65.39 | | $69.60 |
| OXF | 05/14/2003 05:43:52 PM | 39 | | | Sales | ($36.09) | | $33.51 |
| OXF | 05/16/2003 02:19:54 PM | | 2923 | | Subscriptions | ($4.50) | | $29.01 |
| OXF | 05/18/2003 10:54:17 AM | ITS0518 | | | ITS Withdrawal | ($4.00) | | $25.01 |
| OXF | 05/19/2003 06:02:35 PM | ITS0519 | | | ITS Withdrawal | ($4.00) | | $21.01 |
| OXF | 05/20/2003 05:52:06 PM | 67 | | | Sales | ($10.90) | | $10.11 |
| OXF | 05/24/2003 08:52:42 AM | ITS0524 | | | ITS Withdrawal | ($3.00) | | $7.11 |
| OXF | 05/27/2003 05:30:21 PM | 104 | | | Sales | ($3.00) | | $4.11 |
| OXF | 06/01/2003 07:19:39 PM | ITS0601 | | | ITS Withdrawal | ($2.00) | | $2.11 |
| OXF | 06/02/2003 02:16:51 PM | 10880 | | 1135206 | Local Collections | $30.00 | | $32.11 |
| OXF | 06/02/2003 07:56:28 PM | ITS0602 | | | ITS Withdrawal | ($4.00) | | $28.11 |
| OXF | 06/04/2003 05:33:07 PM | 36 | | | Sales | ($26.90) | | $1.21 |
| OXF | 06/04/2003 05:34:38 PM | 37 | | | Sales | ($1.05) | | $0.16 |
| OXF | 06/06/2003 11:17:07 AM | IS3018 | | | Payroll - UNICOR | $108.24 | | $108.40 |

Date: 07/08/2004
Time: 2:05:04 pm

Facility: OXF

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

**General Information**

| | |
|---|---|
| Inmate Reg#: | 13418039 |
| Inmate Name: | NEWMAN, EMANUEL T |
| Current Site Name: | Oxford FCI |
| Housing Unit: | WISC WEST |

| | |
|---|---|
| Living Quarters: | M04-012L |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 12/2/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 06/08/2003 09:15:15 AM | ITS0608 | | | ITS Withdrawal | ($8.00) | | $100.40 |
| OXF | 06/09/2003 11:34:13 AM | 37 | | | Sales | ($4.56) | | $95.84 |
| OXF | 06/09/2003 02:08:01 PM | 11272 | | 1135210 | Local Collections | $150.00 | | $245.84 |
| OXF | 06/10/2003 06:50:13 PM | 137 | | | Sales | ($67.63) | | $178.21 |
| OXF | 06/14/2003 07:43:43 PM | ITS0614 | | | ITS Withdrawal | ($2.00) | | $176.21 |
| OXF | 06/16/2003 11:07:14 AM | 6 | | | Sales | ($3.60) | | $172.61 |
| OXF | 06/16/2003 05:46:17 PM | 46 | | | Sales | ($35.70) | | $136.91 |
| OXF | 06/17/2003 01:50:25 PM | JV0116 | | | Refund Debit Card | $20.00 | | $156.91 |
| OXF | 06/20/2003 06:40:56 PM | ITS0620 | | | ITS Withdrawal | ($6.00) | | $150.91 |
| OXF | 06/24/2003 01:15:48 PM | 12007 | | 1135219 | Local Collections | $20.00 | | $170.91 |
| OXF | 07/02/2003 10:52:14 AM | 8 | | | Sales | ($3.25) | | $167.66 |
| OXF | 07/02/2003 06:00:32 PM | 158 | | | Sales | ($52.38) | | $115.28 |
| OXF | 07/06/2003 08:55:29 AM | ITS0706 | | | ITS Withdrawal | ($5.00) | | $110.28 |
| OXF | 07/07/2003 11:19:51 AM | 7 | | | Sales | ($3.25) | | $107.03 |
| OXF | 07/08/2003 06:01:46 PM | 46 | | | Sales | ($8.25) | | $98.78 |
| OXF | 07/11/2003 12:54:44 PM | IOS3020 | | | Payroll - UNICOR | $102.90 | | $201.68 |
| OXF | 07/13/2003 06:49:31 PM | ITS0713 | | | ITS Withdrawal | ($4.00) | | $197.68 |
| OXF | 07/14/2003 06:03:42 PM | 63 | | | Sales | ($30.38) | | $167.30 |
| OXF | 07/18/2003 07:46:35 PM | ITS0718 | | | ITS Withdrawal | ($7.00) | | $160.30 |
| OXF | 07/20/2003 08:35:05 PM | ITS0720 | | | ITS Withdrawal | ($5.00) | | $155.30 |
| OXF | 08/03/2003 10:56:05 AM | ITS0803 | | | ITS Withdrawal | ($5.00) | | $150.30 |
| OXF | 08/07/2003 02:14:22 PM | | 3473 | | Books | ($13.95) | | $136.35 |
| OXF | 08/08/2003 08:46:33 AM | IOS3022 | | | Payroll - UNICOR | $114.36 | | $250.71 |
| OXF | 08/17/2003 12:20:27 PM | ITS0817 | | | ITS Withdrawal | ($3.00) | | $247.71 |
| OXF | 08/18/2003 08:46:38 AM | | 3635 | | Books | ($12.00) | | $235.71 |
| OXF | 08/18/2003 11:09:01 AM | 4 | | | Sales | ($3.90) | | $231.81 |
| OXF | 08/19/2003 06:06:51 PM | 118 | | | Sales | ($89.24) | | $142.57 |
| OXF | 08/25/2003 11:26:34 AM | 10 | | | Sales | ($5.25) | | $137.32 |
| OXF | 08/25/2003 05:16:29 PM | 23 | | | Sales | ($14.95) | | $122.37 |
| OXF | 08/25/2003 10:36:29 PM | ITS0825 | | | ITS Withdrawal | ($3.00) | | $119.37 |

Date: 07/08/2004
Time: 2:05:05 pm

Facility: OXF

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 08/25/2003 10:55:32 PM | ITS0825 | | | ITS Withdrawal | ($4.00) | | $115.37 |
| OXF | 08/31/2003 08:21:17 PM | ITS0831 | | | ITS Withdrawal | ($5.00) | | $110.37 |
| OXF | 09/02/2003 11:30:12 AM | 17 | | | Sales | ($7.55) | | $102.82 |
| OXF | 09/04/2003 05:45:34 PM | 91 | | | Sales | ($38.29) | | $64.53 |
| OXF | 09/05/2003 08:51:08 AM | IS3024 | | | Payroll - UNICOR | $126.99 | | $191.52 |
| OXF | 09/09/2003 06:55:03 PM | 148 | | | Sales | ($15.09) | | $176.43 |
| OXF | 09/15/2003 05:53:12 PM | 102 | | | Sales | ($18.48) | | $157.95 |
| OXF | 09/17/2003 11:22:20 AM | 6 | | | Sales | ($4.25) | | $153.70 |
| OXF | 09/18/2003 02:11:38 PM | 16215 | | 1135274 | Local Collections | $100.00 | | $253.70 |
| OXF | 09/18/2003 08:37:14 PM | ITS0918 | | | ITS Withdrawal | ($3.00) | | $250.70 |
| OXF | 09/18/2003 09:27:55 PM | ITS0918 | | | ITS Withdrawal | ($30.00) | | $220.70 |
| OXF | 09/24/2003 12:02:05 PM | 18 | | | Sales | ($1.00) | | $219.70 |
| OXF | 09/24/2003 05:58:39 PM | 76 | | | Sales | ($39.12) | | $180.58 |
| OXF | 09/24/2003 06:00:26 PM | 78 | | | Sales | ($3.60) | | $176.98 |
| OXF | 09/24/2003 06:14:17 PM | 90 | | | Sales | ($4.05) | | $172.93 |
| OXF | 09/28/2003 07:19:40 PM | ITS0928 | | | ITS Withdrawal | ($2.00) | | $170.93 |
| | **Total Transactions:** | **104** | | | **Totals:** | **$170.93** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | $165.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.45 |
| **Totals:** | **$165.45** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$165.45** |

Date: 07/08/2004
Time: 12:57:59 pm

Facility: OXF.

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

**Start Date:** 10/01/2003
**End Date:** 09/30/2004
**Inmate Reg#:** 13418039
**Account Status:** All
**Institution:** All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 10/01/2003 07:48:54 PM | ITS1001 | | | ITS Withdrawal | ($2.00) | | $168.93 |
| OXF | 10/06/2003 08:23:20 PM | ITS1006 | | | ITS Withdrawal | ($3.00) | | $165.93 |
| OXF | 10/07/2003 06:11:59 PM | 57 | | | Sales | ($34.08) | | $131.85 |
| OXF | 10/08/2003 11:24:55 AM | 10 | | | Sales | ($1.00) | | $130.85 |
| OXF | 10/09/2003 07:35:17 PM | ITS1009 | | | ITS Withdrawal | ($2.00) | | $128.85 |
| OXF | 10/10/2003 07:50:16 AM | IS3002 | | | Payroll - UNICOR | $128.78 | | $257.63 |
| OXF | 10/11/2003 07:27:03 PM | ITS1011 | | | ITS Withdrawal | ($3.00) | | $254.63 |
| OXF | 10/12/2003 10:47:37 AM | ITS1012 | | | ITS Withdrawal | ($3.00) | | $251.63 |
| OXF | 10/13/2003 06:22:19 PM | ITS1013 | | | ITS Withdrawal | ($5.00) | | $246.63 |
| OXF | 10/14/2003 02:06:40 PM | | 54 | | Books | ($8.00) | | $238.63 |
| OXF | 10/14/2003 02:47:40 PM | 682 | | 1135293 | Local Collections | $50.00 | | $288.63 |
| OXF | 10/14/2003 06:22:12 PM | 82 | | | Sales | ($34.34) | | $254.29 |
| OXF | 10/14/2003 08:05:41 PM | ITS1014 | | | ITS Withdrawal | ($9.00) | | $245.29 |
| OXF | 10/17/2003 06:22:26 PM | ITS1017 | | | ITS Withdrawal | ($9.00) | | $236.29 |
| OXF | 10/20/2003 11:00:06 PM | ITS1020 | | | ITS Withdrawal | ($9.00) | | $227.29 |
| OXF | 10/22/2003 12:58:53 PM | | 151 | | Gift | ($50.00) | | $177.29 |
| OXF | 10/22/2003 01:12:23 PM | | 153 | | Subscriptions | ($10.00) | | $167.29 |
| OXF | 10/22/2003 05:30:22 PM | 71 | | | Sales | ($34.44) | | $132.85 |
| OXF | 10/26/2003 10:52:58 AM | ITS1026 | | | ITS Withdrawal | ($2.00) | | $130.85 |
| OXF | 10/26/2003 10:52:37 PM | ITS1026 | | | ITS Withdrawal | ($15.00) | | $115.85 |
| OXF | 10/28/2003 05:39:50 PM | 114 | | | Sales | ($19.30) | | $96.55 |

Page 1

Date: 07/08/2004
Time: 12:58:00 pm

Facility: OXF.

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

## General Information

| | |
|---|---|
| Inmate Reg#: | 13418039 |
| Inmate Name: | NEWMAN, EMANUEL T |
| Current Site Name: | Oxford FCI |
| Housing Unit: | WISC WEST |

| | |
|---|---|
| Living Quarters: | M04-012L |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 12/2/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 11/01/2003 09:19:44 AM | ITS1101 | | | ITS Withdrawal | ($2.00) | | $94.55 |
| OXF | 11/03/2003 05:28:01 PM | 39 | | | Sales | ($21.34) | | $73.21 |
| OXF | 11/04/2003 11:47:07 AM | 25 | | | Sales | ($1.00) | | $72.21 |
| OXF | 11/05/2003 08:52:35 AM | IOS3004 | | | Payroll - UNICOR | $125.21 | | $197.42 |
| OXF | 11/09/2003 04:43:48 PM | ITS1109 | | | ITS Withdrawal | ($1.00) | | $196.42 |
| OXF | 11/10/2003 07:50:55 AM | | 252 | | Subscriptions | ($13.95) | | $182.47 |
| OXF | 11/10/2003 02:01:06 PM | 2038 | | 1131440 | Local Collections | $60.00 | | $242.47 |
| OXF | 11/10/2003 08:35:13 PM | ITS1110 | | | ITS Withdrawal | ($2.00) | | $240.47 |
| OXF | 11/10/2003 11:02:37 PM | ITS1110 | | | ITS Withdrawal | ($20.00) | | $220.47 |
| OXF | 11/13/2003 11:31:34 AM | 33 | | | Sales | ($4.94) | | $215.53 |
| OXF | 11/13/2003 06:22:08 PM | 119 | | | Sales | ($58.64) | | $156.89 |
| OXF | 11/16/2003 08:33:39 PM | ITS1116 | | | ITS Withdrawal | ($5.00) | | $151.89 |
| OXF | 11/17/2003 10:59:17 PM | ITS1117 | | | ITS Withdrawal | ($10.00) | | $141.89 |
| OXF | 11/18/2003 06:00:42 PM | 71 | | | Sales | ($30.90) | | $110.99 |
| OXF | 11/20/2003 01:12:15 PM | 2573 | | 1130519 | Local Collections | $30.00 | | $140.99 |
| OXF | 11/21/2003 11:11:00 PM | ITS1121 | | | ITS Withdrawal | ($12.00) | | $128.99 |
| OXF | 11/23/2003 11:03:12 PM | ITS1123 | | | ITS Withdrawal | ($15.00) | | $113.99 |
| OXF | 11/24/2003 05:20:48 PM | 46 | | | Sales | ($25.84) | | $88.15 |
| OXF | 11/30/2003 07:17:33 PM | ITS1130 | | | ITS Withdrawal | ($3.00) | | $85.15 |
| OXF | 12/01/2003 11:26:12 AM | 10 | | | Sales | ($4.94) | | $80.21 |
| OXF | 12/01/2003 12:00:14 PM | 30 | | | Sales | ($15.35) | | $64.86 |
| OXF | 12/02/2003 10:38:48 PM | ITS1202 | | | ITS Withdrawal | ($4.00) | | $60.86 |
| OXF | 12/03/2003 01:17:19 PM | 4JV0028 | | | PAC | ($5.00) | | $55.86 |
| OXF | 12/03/2003 05:51:49 PM | 72 | | | Sales | ($19.29) | | $36.57 |
| OXF | 12/03/2003 06:28:19 PM | ITS1203 | | | ITS Withdrawal | ($2.00) | | $34.57 |
| OXF | 12/04/2003 10:29:48 AM | IOS3006 | | | Payroll - UNICOR | $92.57 | | $127.14 |
| OXF | 12/07/2003 08:04:41 PM | ITS1207 | | | ITS Withdrawal | ($3.00) | | $124.14 |
| OXF | 12/09/2003 06:52:25 PM | 97 | | | Sales | ($35.25) | | $88.89 |
| OXF | 12/10/2003 09:57:16 PM | ITS1210 | | | ITS Withdrawal | ($3.00) | | $85.89 |
| OXF | 12/15/2003 06:27:11 PM | 72 | | | Sales | ($35.62) | | $50.27 |

Page 2

Date: 07/08/2004
Time: 12:58:00 pm

Facility: OXF

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
### Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 12/17/2003 11:45:05 AM | 36 | | | Sales | ($7.40) | | $42.87 |
| OXF | 12/17/2003 08:55:15 PM | ITS1217 | | | ITS Withdrawal | ($2.00) | | $40.87 |
| OXF | 12/22/2003 02:46:19 PM | 4536 | | 1130531 | Local Collections | $40.00 | | $80.87 |
| OXF | 12/26/2003 08:58:07 AM | ITS1226 | | | ITS Withdrawal | ($4.00) | | $76.87 |
| OXF | 12/28/2003 10:45:50 AM | ITS1228 | | | ITS Withdrawal | ($6.00) | | $70.87 |
| OXF | 12/30/2003 11:29:54 AM | 23 | | | Sales | ($4.94) | | $65.93 |
| OXF | 12/31/2003 05:40:56 PM | 90 | | | Sales | ($38.08) | | $27.85 |
| OXF | 01/06/2004 06:06:53 PM | 80 | | | Sales | ($22.45) | | $5.40 |
| OXF | 01/08/2004 08:39:56 AM | IOS3008 | | | Payroll - UNICOR | $151.22 | | $156.62 |
| OXF | 01/08/2004 10:45:13 PM | ITS0108 | | | ITS Withdrawal | ($1.00) | | $155.62 |
| OXF | 01/10/2004 08:41:55 PM | ITS0110 | | | ITS Withdrawal | ($4.00) | | $151.62 |
| OXF | 01/11/2004 10:14:54 PM | ITS0111 | | | ITS Withdrawal | ($1.00) | | $150.62 |
| OXF | 01/12/2004 11:14:12 AM | 16 | | | Sales | ($34.95) | | $115.67 |
| OXF | 01/12/2004 06:59:26 PM | 95 | | | Sales | ($63.70) | | $51.97 |
| OXF | 01/18/2004 08:59:06 AM | ITS0118 | | | ITS Withdrawal | ($3.00) | | $48.97 |
| OXF | 01/22/2004 05:57:09 PM | 88 | | | Sales | ($40.15) | | $8.82 |
| OXF | 01/27/2004 05:07:41 PM | 23 | | | Sales | ($4.69) | | $4.13 |
| OXF | 01/28/2004 06:07:30 PM | ITS0128 | | | ITS Withdrawal | ($2.00) | | $2.13 |
| OXF | 02/02/2004 04:32:49 PM | ITS0202 | | | ITS Withdrawal | ($1.00) | | $1.13 |
| OXF | 02/03/2004 05:37:57 PM | ITS0203 | | | ITS Withdrawal | ($1.00) | | $0.13 |
| OXF | 02/05/2004 01:22:55 PM | IOS3010 | | | Payroll - UNICOR | $142.04 | | $142.17 |
| OXF | 02/07/2004 07:28:52 PM | ITS0207 | | | ITS Withdrawal | ($2.00) | | $140.17 |
| OXF | 02/09/2004 11:21:37 PM | ITS0209 | | | ITS Withdrawal | ($3.00) | | $137.17 |
| OXF | 02/10/2004 11:32:51 AM | 35 | | | Sales | ($4.94) | | $132.23 |
| OXF | 02/11/2004 06:32:53 PM | 69 | | | Sales | ($103.14) | | $29.09 |
| OXF | 02/11/2004 07:09:12 PM | 92 | | | Sales | ($7.20) | | $21.89 |
| OXF | 02/12/2004 08:39:42 AM | 54-C | | | Books | $8.00 | | $29.89 |
| OXF | 02/12/2004 01:36:21 PM | 7597 | | 1131483 | Local Collections | $180.00 | | $209.89 |
| OXF | 02/14/2004 04:43:31 PM | ITS0214 | | | ITS Withdrawal | ($4.00) | | $205.89 |
| OXF | 02/18/2004 05:11:19 PM | 29 | | | Sales | ($39.18) | | $166.71 |

Date: 07/08/2004
Time: 12:58:00 pm

Facility: OXF

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 02/20/2004 08:37:40 AM | 54 | | | FPPOS Cancel Check | $8.00 | | $174.71 |
| OXF | 02/23/2004 05:59:25 PM | 104 | | | Sales | ($26.02) | | $148.69 |
| OXF | 02/24/2004 07:11:12 PM | ITS0224 | | | ITS Withdrawal | ($3.00) | | $145.69 |
| OXF | 02/24/2004 08:55:51 PM | ITS0224 | | | ITS Withdrawal | ($3.00) | | $142.69 |
| OXF | 02/27/2004 08:59:17 AM | 54-V | | | FPPOS Cancel Check | ($8.00) | | $134.69 |
| OXF | 03/01/2004 10:24:59 PM | ITS0301 | | | ITS Withdrawal | ($4.00) | | $130.69 |
| OXF | 03/03/2004 05:43:06 PM | 82 | | | Sales | ($35.10) | | $95.59 |
| OXF | 03/04/2004 07:30:12 AM | IOS3012 | | | Payroll - UNICOR | $118.58 | | $214.17 |
| OXF | 03/09/2004 05:35:01 PM | 36 | | | Sales | ($26.49) | | $187.68 |
| OXF | 03/12/2004 08:02:45 AM | | | 1304 | Court Fees | ($40.00) | | $147.68 |
| OXF | 03/12/2004 08:02:46 AM | | | 1305 | Court Fees | ($40.00) | | $107.68 |
| OXF | 03/12/2004 08:02:47 AM | | | 1306 | Court Fees | ($40.00) | | $67.68 |
| OXF | 03/14/2004 10:37:05 PM | ITS0314 | | | ITS Withdrawal | ($3.00) | | $64.68 |
| OXF | 03/15/2004 06:19:26 PM | 154 | | | Sales | ($23.69) | | $40.99 |
| OXF | 03/21/2004 10:59:08 PM | ITS0321 | | | ITS Withdrawal | ($3.00) | | $37.99 |
| OXF | 03/24/2004 06:03:06 PM | 63 | | | Sales | ($24.43) | | $13.56 |
| OXF | 03/29/2004 06:02:28 PM | ITS0329 | | | ITS Withdrawal | ($3.00) | | $10.56 |
| OXF | 04/06/2004 06:05:10 PM | 118 | | | Sales | ($7.60) | | $2.96 |
| OXF | 04/06/2004 08:40:55 PM | ITS0406 | | | ITS Withdrawal | ($2.00) | | $0.96 |
| OXF | 04/08/2004 08:01:11 AM | IOS3014 | | | Payroll - UNICOR | $148.41 | | $149.37 |
| OXF | 04/11/2004 11:06:35 PM | ITS0411 | | | ITS Withdrawal | ($3.00) | | $146.37 |
| OXF | 04/12/2004 11:53:20 AM | 64 | | | Sales | ($6.00) | | $140.37 |
| OXF | 04/12/2004 06:53:28 PM | 95 | | | Sales | ($51.95) | | $88.42 |
| OXF | 04/14/2004 07:42:01 AM | | | 1593 | Subscriptions | ($9.00) | | $79.42 |
| OXF | 04/14/2004 07:42:02 AM | | | 1594 | Outside Savings | ($35.00) | | $44.42 |
| OXF | 04/14/2004 07:50:52 AM | 162 | | | SPO | | ($16.35) | |
| OXF | 04/14/2004 10:27:02 PM | ITS0414 | | | ITS Withdrawal | ($3.00) | | $41.42 |
| OXF | 04/16/2004 08:10:54 AM | 1594-V | | | Outside Savings | $35.00 | | $76.42 |
| OXF | 04/21/2004 05:43:47 PM | 49 | | | Sales | ($37.08) | | $39.34 |
| OXF | 04/25/2004 08:20:33 PM | ITS0425 | | | ITS Withdrawal | ($2.00) | | $37.34 |

Page 4

Date: 07/08/2004
Time: 12:58:00 pm

Facility: OXF

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | 04/27/2004 04:57:44 PM | 16 | | | Sales | ($15.48) | | $21.86 |
| OXF | 04/27/2004 08:43:06 PM | ITS0427 | | | ITS Withdrawal | ($2.00) | | $19.86 |
| OXF | 04/28/2004 07:38:43 AM | 1780-C | | | Books | $3.50 | | $23.36 |
| OXF | 04/28/2004 10:18:38 PM | ITS0428 | | | ITS Withdrawal | ($3.00) | | $20.36 |
| OXF | 04/30/2004 06:03:44 AM | 162 | | | SPO - Released | | $16.35 | |
| OXF | 04/30/2004 06:03:44 AM | TX043004 | | | Transfer - Out to TRUFACS | ($20.36) | | $0.00 |
| OXF | 05/06/2004 09:03:24 AM | IOS3016 | | | Payroll - UNICOR | $115.83 | | $115.83 |
| OXF | 05/06/2004 09:22:41 AM | TX050604 | | | Transfer - Out to TRUFACS | ($115.83) | | $0.00 |
| OXF | 06/10/2004 08:36:42 AM | IOS3018 | | | Payroll - UNICOR | $8.03 | | $8.03 |
| OXF | 06/10/2004 11:39:11 AM | TX061004 | | | Transfer - Out to TRUFACS | ($8.03) | | $0.00 |
| OXF | 06/17/2004 01:14:27 PM | 1304-C | | | Court Fees | $40.00 | | $40.00 |
| OXF | 06/17/2004 01:15:01 PM | 1306-C | | | Court Fees | $40.00 | | $80.00 |
| OXF | 06/17/2004 02:10:58 PM | TX061704 | | | Transfer - Out to TRUFACS | ($80.00) | | $0.00 |
| OXF | 06/29/2004 04:32:22 AM | TX062904 | | | Transfer - In from TRUFACS | $245.16 | | $245.16 |
| OXF | 06/29/2004 04:46:30 PM | ITS0629 | | | ITS Withdrawal | ($5.00) | | $240.16 |
| OXF | 06/29/2004 09:51:46 PM | ITS0629 | | | ITS Withdrawal | ($5.00) | | $235.16 |
| OXF | 07/06/2004 11:06:57 AM | 6 | | | Sales | $22.60 | | $212.56 |
| OXF | 07/07/2004 04:44:24 PM | 5 | | | Sales | ($80.59) | | $131.97 |
| OXF | 07/07/2004 05:12:29 PM | 26 | | | Sales | $6.35 | | $138.32 |
| OXF | 07/07/2004 11:21:41 PM | ITS0707 | | | ITS Withdrawal | ($6.00) | | $132.32 |
| OXF | 07/08/2004 10:04:24 AM | JV0120 | | | Payroll - IPP | $5.25 | | $137.57 |
| OXF | 07/08/2004 10:23:09 AM | IS3020 | | | Payroll - UNICOR | $40.13 | | $177.70 |
| | **Total Transactions:** | **133** | | | **Totals:** | **$6.77** | **$0.00** | |

Page 5

Date: 07/08/2004
Time: 12:58:00 pm

Facility: OXF

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| Inmate Reg#: | 13418039 | Living Quarters: | M04-012L |
| Inmate Name: | NEWMAN, EMANUEL T | Arrived From: | THA |
| Current Site Name: | Oxford FCI | Transferred To: | |
| Housing Unit: | WISC WEST | Account Creation Date: | 12/2/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OXF | $177.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $177.70 |
| **Totals:** | **$177.70** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$177.70** |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) BUSINESS OFFICE/INMATE ACCOUNT | DATE: JUNE 30, 2004 |
|---|---|
| FROM: EMANUEL Thomas Newman | REGISTER NO.: 13418-039 |
| WORK ASSIGNMENT: Food Serv - P.M. | UNIT: MARO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I'M REQUESTING A PRINT OUT OF MY INMATE
ACCOUNT STATUS FROM MAY of 1999 TO PRESANT
*(JUNE 30, 2004).


        THANK YOU.



(Do not write below this line)

DISPOSITION:






| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                    This form replaces BP-148.070 dated Oct 86
                                                        and BP-3148.070 APR 94