IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN, | : | CIVIL ACTION NO. 1:01-CV-0677 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| LOUIS CAPRIO and JAMES P. WHITE, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of August, 2004, upon consideration of plaintiff's motion for an award of costs (Doc. 173), following the entry of judgment in favor of plaintiff in the above-captioned case (Doc. 160), brought pursuant to 42 U.S.C. § 1983, see, e.g., 28 U.S.C. §§ 1920, 1924; 42 U.S.C. § 1988; FED. R. CIV. P. 54(d), it is hereby ORDERED that:

1. Defendants shall file a brief in opposition to the motion (Doc. 173) on or before August 24, 2004.

2. Plaintiff shall be permitted to file a brief in reply to the brief in opposition on or before September 14, 2004.

                                         S/ Christopher C. Conner
                                         CHRISTOPHER C. CONNER
                                         United States District Judge