IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** : | CIVIL ACTION NO. 1:01-CV-0677 |
| : | |
| Plaintiff : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **LOUIS CAPRIO and JAMES P.** : | |
| **WHITE,** : | |
| : | |
| Defendants : | |

### ORDER

AND NOW, this 5th day of August, 2004, upon consideration of plaintiff's motion for an extension of time in which to file a request for attorney's fees and a bill of costs (Doc. 171), it is hereby ORDERED that the motion (Doc. 171) is GRANTED and the motion for an award of costs (Doc. 173) is DEEMED timely filed.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge