IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

Emanuel Thomas Newman,
    Plaintiff,

-Vs-

Case no. 01-CV-0677

Louis Caprui, and
Jimmie L. White, Jr.,
    Defendants,

(Conner, J)

FILED
HARRISBURG, PA
AUG 17 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## PLAINTIFF'S MOTION TO CORRECT ERROR

Comes Now, Emanuel Thomas Newman, Plaintiff, Pro-Se, and submitts this motion to correct an error in the billing of cost submitted to the court.

Rev. Richard Dahl, made an error in his billing statement, which was submitted by this plaintiff to the court.

Item number 13, Paralegal services by Bill Golden - $2,500, should not have been included, because said services were for pleadings, and research done in plaintiff's criminal litigation.

Therefore, because this plaintiff was able to catch this error in time, and notify the court and the defendants prior to their brief in opposition to his bill of cost, he would move the court strike the $2,500 cost of Bill Goldens services from consideration in this matter.

Respectfully submitted by, _____ 8/10/04
EMANUEL T. NEWMAN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Emanuel Thomas Newman, )
)
)
) Civil no. 1:CV-01-0677
Vs. )
)
)
)
Ronald L. Jury, et al, )
)
)

CERTIFICATE OF SERVICE

I, Emanuel Thomas Newman, pursuant to title 28 U.S.C. § 1746, do hereby upon my oath state that I have served all parties to this civil action via the United States Mail Service, of copies of the attached documents. CORRECTION of ERROR

This 10 day of Aug, 2004.

By, _____
Emanuel Thomas Newman

Copies to: U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703

U.S. DISTRICT COURT
CLERK OF THE COURT
228 WALNUT STREET
HARRISBURG, PA 17108





Emanuel Thomas Newman #13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK OF THE COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

17108-5501