UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

November 5, 2004

IN RE: **Emanuel Thomas Newman v. Louis Caprio and Jimmie L. White, Jr.**
No. 1:01-CV-0677

FILED
HARRISBURG, PA
NOV 12 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TO COUNSEL:    Mark Morrison, AUSA
U.S. Attorney's Office
228 Walnut Street
Suite 220
Harrisburg, PA 17108

Your **original** exhibits from the trial proceedings held in the above-referenced matter, on October 12, 2004, are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

Kindly acknowledge receipt of said exhibits by signing the bottom portion of this letter and returning it to the undersigned at your earliest possible convenience.

Very truly yours,

Mary E. D'Andrea, Clerk

Kimberly A. McKinney
Deputy Clerk

## RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by   **Defendants**
(Plaintiffs/Defendants)
in the above-captioned matter.

11/11/04
(Date)

_____
(Signature)