**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 09 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

EMANUEL T NEWMAN,
PLAINTIFF,

Vs.

LOUIS CAPRIO,
JIMMIE L. WHITE, ET AL,
DEFENDANTS,

Case No. 1:01-CV-0677

(CONNER, J)

## MOTION FOR ORDER TO PAY COST

Comes Now, Emanuel Thomas Newman, Plaintiff, Pro-se, and moves this Court to issue an order to the Defendants to pay Plaintiff his litigation cost within 30 days or pay him interest on the unpaid amount.

—1—

This Court issued an order on October 22, 2004 concerning plaintiff's litigation cost. No appeal was taken by either this plaintiff or the Defendants.

    Plaintiff, moves this court to intervene, and to order the Defendants to pay him his litigation cost within 30 days of the court's ruling on this matter. And, that should Defendants fail to comply, that plaintiff be allowed to collect interest on the outstanding amount.

On November 4, 2004, Plaintiff sent a letter to Defendants counsel stating he was not going to appeal, and that because the amount was nominal to forward it his inmate account so that he could purchase X-mass gifts for his Daughter.

There was no response, and this Plaintiff finds it necessary to request the Court to issue a specific payment order to the Defendants.

X *[signature]* 2/3/05
Emanuel T. Newman
1348-039
F.C.I. Oxford
P.O. Box 1000
Oxford, Wis 53952-1000

## CERTIFICATE OF SERVICE

I, EMANUEL THOMAS NEWMAN, PURSUANT TO TITLE 28 U.S.C. §1746, DO HEREBY STATE UNDER THE PAINS AND PENILTIES OF PERJURY THAT I HAVE PLACED FIRST CLASS POSTAGE SUFFICIENT FOR THE MAILING OF COPIES OF PLAINTIFF'S MOTION FOR ORDER TO PAY COST TO ALL PARTIES CONCERNED. AND, FURTHER I SAYETH NOT.

X _[signature]_                                DATE: 2-3-05

EMANUEL THOMAS NEWMAN
13418-039
P.O. BOX 1000
OXFORD, WIS 53952-1000

COPIES TO:

CLERK OF COURT                          U.S. ATTORNEY
~~[redacted]~~                          316 Federal Building
228 WALNUT STREET, #                    240 WEST THIRD STREET
HARRISBURG, PA 17108                    WILLIAMSPORT, PA 17703

EMANUEL T. NEWMAN
13416-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL MAIL



17108+3901

U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

