TAM:MEM:mel

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,    :  No. 1:CV-01-0677
           Plaintiff    :
                     :
          v.           :  (Conner, J.)
                     :
RONALD L. JURY, Lieutenant,   :
SIS, et al.,            :  **Filed Electronically**
           Defendants    :

### DEFENDANTS' BRIEF IN RESPONSE TO
### PLAINTIFF'S MOTION FOR ORDER TO PAY COSTS

Plaintiff Emanuel Newman is an inmate who brought a *pro se*
*Bivens* action against two Bureau of Prisons' employees.  The
matter was tried before a jury and a verdict was returned in
favor of Newman with a zero damages award.  On October 22, 2004,
a motion by Newman for an award of costs was granted only to the
extent it was unopposed.  Specifically, the Clerk of Court was
directed to tax against Defendants only those costs relating to
the filing and service fees enumerated in Newman's bill of costs,
for a total of $225.00.  Due to unexpected and unforeseen delays
in the processing of the payment of these costs, Newman has not
yet been reimbursed for his costs.  However, on February 18,
2005, a money order in the amount of $225.00 was purchased and is

being forwarded to prison officials at FCI Oxford, Wisconsin, for

delivery to Newman.  A copy of the money order is attached.

Presently pending before the Court is Newman's "Motion for

Order to Pay Cost" requesting the Court to direct defendants to

pay the litigation costs within thirty days or pay him interest

on the unpaid amount.  Newman's motion has been rendered moot in

light of defendants' recent action and should therefore be

dismissed.

                              Respectfully submitted,

                              THOMAS A. MARINO
                              United States Attorney


                              s/Mark E. Morrison
                              MARK E. MORRISON
                              Assistant U.S. Attorney
                              Atty. I.D. No. PA43875
                              MICHELE E. LINCALIS
                              Paralegal Specialist
                              316 Federal Building
                              240 West Third Street
                              Williamsport, PA 17701
                              Phone:  717-221-4482
                              Fax: 717-221-2246

Date:  February 18, 2005

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil No. 1:CV-01-0677** |
| | : | **(Conner, J.)** |
| **RONALD L. JURY, Lieutenant,** | : | |
| **SIS, et al.,** | : | **FILED ELECTRONICALLY** |
| **Defendants** | : | |

<u>CERTIFICATE OF SERVICE BY MAIL</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 18, 2005, she served a copy of the attached

**DEFENDANTS' BRIEF IN RESPONSE TO**
**PLAINTIFF'S MOTION FOR ORDER TO PAY COSTS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
F.C.I. Oxford
P.O.Box 1000
Oxford, WI 53952-1000

s/ Michele E. Lincalis
MICHELE E. LINCALIS
Paralegal Specialist