TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
1-800-542-3590

DATE/AMOUNT

4571739301          02/18/05
078    NN           $225.00

62294748427484                42

KEEP THIS STUB
FOR YOUR RECORDS

PLEASE SEE TERMS ON REVERSE SIDE    EMPLOYEE

4571739301 8

▼ DETACH HERE ▼



THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.    02/18/05    75-53/919

SUNOCO    TravelersExpress MoneyGram    4571739301
INTERNATIONAL MONEY ORDER    MONEY ORDER

4571739301 8

ISSUING AGENT    IMPORTANT - SEE BACK BEFORE CASHING

PAY TO THE ORDER OF: Emanuel T. Newman    **$225.00**

TWO HUNDRED ****
TWENTY-FIVE ****
DOLLARS 00 CENTS

PURCHASER, SIGNER FOR DRAWER:
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: P.O. Box 3500, White Deer, PA 17887

Payable thru
WF National Bank
South Central
Faribault, MN

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

9474827484
286204204907 9301

⑁091900533⑁ 457  1739301 8⑁    90