# NOTICE to ALL INMATES

Effective Date:   December 1, 2004

Subject:   New Process to Receive Funds From Family, Friends, Etc. (National LockBox)

The Federal Bureau of Prisons is centralizing the processing of all incoming inmate funds. This requires the establishment of a National LockBox location. Effective December 1, 2004 all funds being sent to inmates at the Federal correctional Institution, Oxford, wi, must be sent to the National LockBox location at the following address:

> Federal Bureau of Prisons
> Insert Inmate Name
> Insert Inmate Register Number
> Post Office Box 474701
> Des Moines, Iowa  50947-0001

The institution mail room at the federal correctional institution, oxford, wi, will no longer accept funds received from outside the institution effective December 1, 2004. Any funds received after that date will be returned to the sender with specific directions on how to send the funds to the national LockBox. Please notify all persons who send you funds that they must send all funds to the national LockBox mailing address (above) and adhere to the following instructions:

> Instruct them NOT to enclose personal checks, letters, pictures or any other items in the envelope. Enclose only the allowable negotiable instrument. The national LockBox can not forward any items enclosed with the negotiable instrument to the inmate. Items, personal in nature, must be mailed directly to the Bureau of Prisons' institution where the inmate is housed.

> Instruct them that they must have the inmate's committed name (no nicknames) and register number printed on all money orders; U.S. Treasury, state, and local government checks; any foreign negotiable instruments payable in U.S. currency; and envelopes.

> Instruct them that their name and return address must appear in the upper left hand corner of the envelope to ensure that their funds can be returned to them in the event that they can not be posted to the inmate's account.



