TAM:MEM:mel

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL THOMAS NEWMAN,<br>　　　　Plaintiff | : | No. 1:CV-01-0677 |
| | : | |
| 　　　　v. | : | (Conner, J.) |
| | : | |
| RONALD L. JURY, Lieutenant,<br>SIS, et al.,<br>　　　　Defendants | : | Filed Electronically |

### NOTICE TO THE COURT

Defendants hereby give notice to the Court that, on February 28, 2005, Plaintiff, Emanuel Newman, acknowledged receipt of Travelers Express Money Gram/Money Order No. 45717393018, dated February 18, 2005, in the sum of $225.00, which sum represents full satisfaction of the Court's Order, dated October 22, 2004, taxing costs in the amount of $225.00.  See Receipt, attached.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THOMAS A. MARINO
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　s/Mark E. Morrison
　　　　　　　　　　　　　　　　MARK E. MORRISON
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　PA 43875
　　　　　　　　　　　　　　　　MICHELE E. LINCALIS
　　　　　　　　　　　　　　　　Paralegal Specialist
　　　　　　　　　　　　　　　　316 Federal Building
　　　　　　　　　　　　　　　　240 West Third Street
　　　　　　　　　　　　　　　　Williamsport, PA 17701
　　　　　　　　　　　　　　　　Phone:  717-221-4482
　　　　　　　　　　　　　　　　Fax: 717-221-2246

Date:  March 4, 2005

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL THOMAS NEWMAN,** : | |
| Plaintiff : | |
| : | |
| v. : | Civil No. 1:CV-01-0677 |
| : | (Conner, J.) |
| **RONALD L. JURY, Lieutenant,** : | |
| **SIS, et al.,** : | **FILED ELECTRONICALLY** |
| Defendants : | |

CERTIFICATE OF SERVICE BY MAIL

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

      That on March 4, 2005, she served a copy of the attached

**NOTICE TO THE COURT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Emanuel Thomas Newman
Reg. No. 13418-039
F.C.I. Oxford
P.O.Box 1000
Oxford, WI 53952-1000

                                        s/ Michele E. Lincalis
                                        MICHELE E. LINCALIS
                                        Paralegal Specialist