UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMANUEL THOMAS NEWMAN,                    :   Civil No. 1:CV-01-0677
                                          :
                    Plaintiff,            :   (Judge Connor)
                                          :
          v.                              :
                                          :
LOUIS CAPRIO and JAMES P.                 :
WHITE,                                    :
                                          :
                    Defendants.           :

## R E C E I P T

I hereby certify that on this _28_ day of _FEBRUARY_ ,
2005, I received Travelers Express Money Gram/Money Order No.
45717393018, dated February 18, 2005, in the sum of $225.00,
which sum represents full satisfaction of the Court's Order,
dated October 22, 2004, taxing costs in the amount of $225.00.

EMANUEL THOMAS NEWMAN
Federal Register No. 13418-039
FCI Oxford
P.O. Box 1000
Oxford, WI 53952