IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL T. NEWMAN, PLAINTIFF, <br><br> -v- <br><br> LOUIS CAPRIO, JIMMIE L. WHITE, DEFENDANTS | CASE NO. 1:CV-01-0677 <br><br> (CONNER, J) <br><br> FILED HARRISBURG, PA <br> MAR 08 2005 <br> MARY E. D'ANDREA, CLERK <br> Per ___ |

## PLAINTIFF'S MOTION TO WITHDRAW HIS REBUTTLE BECAUSE IT IS MOOT.

Comes now, Emanuel T. Newman, Plaintiff, Pro-Se, moving this court to allow him to to withdraw his rebuttle to the defendant's motion in response to his motion for an order to pay cost.

Plaintiff would state to the court that the defendants have satisfied his request for cost of litigation in full, and all of his prior pleadings related to same are moot at this time.

Respectfully Submitted

3/1/05     by [signature]

# Certificate of Service

I, Emanuel T. Newman, pursuant to Title 28 U.S.C § 1746, do hereby state upon my oath, that I have placed adequate postage for first class mailing to all parties concerned of the attached document.

This 1 Day of March, 2005

By [signature]

Copies To:

U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17702

U.S. District Court
Office of the Clerk
228 Walnut St
Harrisburg, PA 17108

Emanuel T. Newman
13418-039
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis 53952-1000

LEGAL - MAIL

U.S. District Court
Office of The Clerk
228 Walnut Street
Harrisburg, PA 17108

17108+3901