**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMANUEL THOMAS NEWMAN,** | : | **CIVIL ACTION NO. 1:01-CV-0677** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS CAPRIO and JAMES P. WHITE,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of April, 2005, upon consideration of plaintiff's motion to withdraw (Doc. 185) the pending motion "for order to pay cost" (Doc. 181), it is hereby ORDERED that the motion to withdraw (Doc. 185) is GRANTED and the motion "for order to pay cost" (Doc. 181) is deemed WITHDRAWN.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge